AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| SHELLEY LEVINE, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03043 |
| THE PALESTINE LIBERATION ORG., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.

Date:   11/12/2021

/s/ Asher Perlin
*Attorney's signature*

Asher Perlin
*Printed name and bar number*

Law Office of Asher Perlin
4600 Sheridan Street
Suite 303
Hollywood, Florida 33021
*Address*

asher@asherperlin.com
*E-mail address*

(786) 233-7164
*Telephone number*

*FAX number*