AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | | |
|---|---|---|
| Shelley Levine, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-03043 |
| The Palestine Liberation Organization, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs .

Date: 11/12/2021

/s/ Jordan Factor
*Attorney's signature*

Jordan Factor, 38126
*Printed name and bar number*

Allen Vellone Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, CO 80202
*Address*

jfactor@allen-vellone.com
*E-mail address*

(303) 534.4499
*Telephone number*

*FAX number*