**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-03043-RM-STV

SHELLEY LEVINE,
STEFANIE LEVINE,
HAYA LEVINE, individually, as parent and guardian of minor Y.Y.L., and as personal representative of the estate of Rabbi Kalman (Cary) Levine,
ESTATE OF RABBI KALMAN (CARY) LEVINE,
AHARON LEVINE,
CHANA LEVINE,
Y.Y.L.,
MICHAL LEVINE, individually and as parent and guardian of minor H.Y.A.,
H.Y.A.,
BASSHEVA MIRIAM PELCOVICS, individually and as parent and guardian of minors L.Y.P., Y.M.P., N.B.P., AND Y.C.P.,
L.Y.P.,
Y.M.P.,
N.B.P.,
Y.C.P.,
YITZCHOK MEIR LEVINE,
YERACHMIEL LEVINE,
MOSHE LEVINE,
AVRAHAM LEVINE,
DR. NORMAN HECHINE,
JOSEPH WERFEL,
AVRAHAM NEFOUSSI,
DAVID SAMUEL SALIS, individually and as parent and guardian of minor E.Y.S.,
DANA-LEE SALIS, individually and as parent and guardian of minor E.Y.S.,
E.Y.S.,
AKIVA POLLACK,
RABBI SAUL GOLDSTEIN, individually and as parent and guardian of minors B.Y.G., E.G., A.D.G., N.G. AND B.G.,
MIRIAM GOLDSTEIN, individually and as parent and guardian of minors B.Y.G., E.G., A.D.G., N.G. AND B.G.,
SARAH RIVKA GOLDSTEIN,
MORDECHAI GOLDSTEIN,
B.Y.G.
E.G.,
A.D.G.,
N.G.,
B.G.,
MALKA GOLDSTEIN,

MOSHE GEDALIAH GOLDSTEIN,
YAKOVA KUPINSKY, individually and as parent and guardian of minors Y.K. AND M.K., and as personal representative of the estate of Rabbi Aryeh Kupinsky,
ESTATE OF RABBI ARYEH KUPINSKY,
YITZCHAK KUPINSKY,
DEVORAH KUPINSKY,
M.K.,
Y.K.,
ELIYAHU KUPINSKY,
BASHY MIRIAM TWERSKY, individually and as personal representative of the estate of Rabbi Moshe Twersky,
MESHULEM TWERSKY, individually and as parent and guardian of minors R.T. (1), C.T., E.T.(1), Y.T., M.T., E.T.(2), AND S.T., and as personal representative of the estate of Rabbi Moshe Twersky,
R.T. (1),
C.T.,
E.T.(1),
Y.T.,
M.T.,
E.T.(2),
S.T.,
ESTATE OF RABBI MOSHE TWERSKY,
REFAEL TWERSKY, individually and as parent and guardian of minors A.T., I.T., AND R.T. (2),
A.T.,
I.T.,
R.T. (2),
RIVKA WALDER, individually and as parent and guardian of minors Y.A.W., I.W., AND Y.W.,
Y.A.W.,
I.W.,
Y.W.,
NECHAMA CHARLAP, individually and as parent and guardian of minors I.C. AND E.C.,
I.C.,
E.C.,
AVRAHAM TWERSKY,
RINAL SAIF, individually and as parent and guardian of minor L.S., and as personal representative of the estate of Zidan Saif,
ESTATE OF ZIDAN SAIF,
L.S.,
NUHAD SAID,
JULIA SAIF,

BRIANA HAZEL GOLDBERG, individually and as personal representative of the estate of the Estate of Rabbi Abraham Samuel (Avraham) Goldberg,
ESTATE OF RABBI ABRAHAM SAMUEL (AVRAHAM) GOLDBERG,
DEBORAH (GOLDBERG) HAMMOND,
LIBBY GOLDBERG,
RIVKA (GOLDBERG) SIRELING,
HADASSA (GOLDBERG) TREUHAFT,
ADRIAN GOLDBERG,
ELISHEVA GOLDBERG,

    Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION, AND
THE PALESTINIAN AUTHORITY, a/k/a The Palestinian Interim Self-Government Authority and/or The Palestinian National Authority,

    Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

Entered By Magistrate Judge Scott T. Varholak

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case has been referred to this Court to, *inter alia*, convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.  [#8]

**IT IS ORDERED**:

1. Pursuant to Fed. R. Civ. P. 16(b) and Local Civil Rule 16.1, the Court shall hold a scheduling conference on:

**January 19, 2022 at 11:30 AM**

in Courtroom A-402, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).  If this date is not convenient for any party, the parties should either confer and file a motion or jointly call Chambers at 303.335.2365 to reschedule the scheduling conference to a more convenient date.

2. At least **21 days** in advance of the scheduling conference, the parties shall meet and attempt to agree upon a scheduling order pursuant to Fed. R. Civ. P. 26(f). The Court strongly encourages the parties to meet face to face, but should that prove impossible, the parties may meet by telephone conference. All parties are jointly responsible for arranging and attending the Rule 26(f) conference.

During the Rule 26(f) conference, the parties shall discuss all of the issues identified in Fed. R. Civ. P. 16(c)(2) and Fed. R. Civ. P. 26(f)(2-3), including the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case, make or arrange for the disclosures required by Fed. R. Civ. P. 26(a)(1), and develop their proposed scheduling/discovery plan. The parties should also discuss the possibility of informal discovery, whether the parties anticipate the need for experts, and whether the parties anticipate substantial electronic discovery. The parties should be prepared to discuss these issues at the scheduling conference.

3. On or before **January 12, 2022**, the parties shall file a joint proposed scheduling order in the form required pursuant to D.C.COLO.LCivR 16.2. A copy of the instructions for the preparation of the proposed scheduling order and the required form can be downloaded from the court's website at www.cod.uscourts.gov. Pursuant to D.C.COLO.LCivR 16.1, plaintiff shall be responsible for filing the proposed scheduling order, except in cases removed to this court, in which cases the party who removed the case shall file the proposed scheduling order. The proposed scheduling order shall be submitted electronically pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.1.

4. The parties shall comply with the mandatory disclosure requirements of Fed. R. Civ. P. 26(a)(1).

5. Pursuant to Fed. R. Civ. P. 26(d), no discovery shall be served prior to the Rule 26(f) meeting.

DATED: November 15, 2021                    BY THE COURT:

                                            s/Scott T. Varholak
                                            United States Magistrate Judge