IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case Number: 1:21-cv-03043-RM-STV

Shelley Levine, et al.

Plaintiff(s),

v. The Palestine Liberation Organization, et al.

Defendant(s).

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, plaintiff or counsel of record for the plaintiff, hereby request that the Clerk assist in dispatching a copy of the summons and complaint, and notice of suit where applicable, to (list name(s) and address(es) of defendant(s):

Palestine Liberation Organization, Office of the Chairman, Al Muqata'a Building, Ramallah, West Bank, VIA ISRAEL
Palestinian Authority, Office of the President, Al Muqata'a Building, Ramallah, West Bank, VIA ISRAEL

by: (check one)
- [ ] certified or registered mail, return receipt requested
- [ ] DHL
- [x] FedEx
- [ ] UPS

pursuant to the provisions of: (check one)
- [x] Fed. R. Civ. P. 4(f)(2)(C)(ii)
- [ ] 28 U.S.C. § 1608(a)(3)
- [ ] 28 U.S.C. § 1608(b)(3)(B)
- [ ] 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Israel, the West Bank and Gaza, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

s/ Asher Perlin     11-18-2021
Signature            Date

Asher Perlin, Law Office of Asher Perlin

4600 Sheridan St., Suite 303  Hollywood, FL 33021
(Name and address)

Created 1/2020