AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Shelley Levine; Nechama Charlap; Estate of Rabbi Abraham Samuel (Avraham) Goldberg; Estate of Rabbi Aryeh Kupinsky; Estate of Rabbi Kalman (Cary) Levine; (SEE ATTACHMENT)<br>*Plaintiff(s)*<br><br>v.<br><br>The Palestine Liberation Organization<br>and<br>The Palestinian Authority<br>*Defendant(s)* | Civil Action No. 1:21-cv-03043-RM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Palestinian Authority
Office of the President
Al Muqata'a Building
Ramallah, West Bank


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, CO 80209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: November 18, 2021

*s/ A. García Gallegos*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-03043-RM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**PLAINTIFFS:**

**SHELLEY LEVINE;**
**NECHAMA CHARLAP,** individually and as parent and natural guardian of minors I.C. and E.C.
**ESTATE OF RABBI ABRAHAM SAMUEL (AVRAHAM) GOLDBERG;**
**ESTATE OF RABBI ARYEH KUPINSKY;**
**ESTATE OF RABBI KALMAN (CARY) LEVINE;**
**ESTATE OF RABBI MOSHE TWERSKY,** by its personal representatives Bashy Miriam Twersky and Meshulem Twersky;
**ESTATE OF ZIDAN SAIF,** personal representative Rinal Saif;
**ADRIAN GOLDBERG;**
**BRIANA HAZEL GOLDBERG,** individually and as personal representative of the Estate of Rabbi Abraham Samuel (Avraham) Goldberg;
**ELISHEVA GOLDBERG;**
**LIBBY GOLDBERG;**
**MALKA GOLDSTEIN;**
**MIRIAM GOLDSTEIN,** individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G.;
**MORDECHAI GOLDSTEIN;**
**MOSHE GEDALIAH GOLDSTEIN;**
**SARAH RIVKA GOLDSTEIN;**
**RABBI SAUL GOLDSTEIN,** individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G.;
**DEBORAH (GOLDBERG) HAMMOND;**
**DR. NORMAN HECHING;**
**DEVORAH KUPINSKY;**
**ELIYAHU KUPINSKY;**
**YAKOVA KUPINSKY,** individually as parent and natural guardian of minors M.K., and Y.K., personal representative of the estate of Rabbi Aryeh Kupinsky;
**YITZCHAK KUPINSKY;**
**AHARON LEVINE;**
**AVRAHAM LEVINE;**
**CHANA LEVINE;**
**HAYA LEVINE,** as parent and natural guardian of minor Y.Y.L.;
**MICHAL LEVINE,** as parent and natural guardian of minor H.Y.A.;
**MOSHE LEVINE;**
**STEFANIE LEVINE;**
**YERACHMIEL LEVINE;**
**YITZCHOK MEIR LEVINE;**
**AVRAHAM NEFOUSSI;**
**BASSHEVA MIRIAM PELCOVICS,** as parent and natural guardian of minors L.Y.P., Y.M.P., N.B.P., and Y.C.P.;
**AKIVA POLLACK;**
**JULIA SAIF;**
**NUHAD SAIF;**

**RINAL SAIF,** individually, as parent and natural guardian of minor, L.S., personal representative of the Estate of Zidan Saif;
**DANA-LEE SALIS,** individually and as parent and natural guardian of minor E.Y.S.;
**DAVID SAMUEL SALIS,** individually and as parent and natural guardian of minor E.Y.S.;
**RIVKA (GOLDBERG) SIRELING;**
**HADASSA (GOLDBERG) TREUHAFT;**
**AVRAHAM TWERSKY;**
**BASHY MIRIAM TWERSKY,** personal representative of the Estate of Rabbi Moshe Twersky;
**MESHULEM TWERSKY,** individually, as parent and natural guardian of minors R.T.(1), C.T., E.T.(1), Y.T., M.T.,E.T.(2), and S.T
**REFAEL TWERSKY,** individually and as parent and natural guardian of minors A.T., I.T., and R.T.(2)
**RIVKA WALDER,** individually and as parent and natural guardian of minors Y.A.W., I.W. and Y.W.; and
**JOSEPH WERFEL**