AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
District of Colorado

Shelley Levine, et al., )
*Plaintiffs* )
v. ) Civil Action No. 1:21-cv-03043-RM
)
Palestine Liberation Organization, et al. )
*Defendants*

## WAIVER OF THE SERVICE OF SUMMONS

To: Daniel K. Calisher and Asher Perlin
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

We received your request to waive service of a summons in this action along with a copy of the Complaint.

The entities we represent—the Palestine Liberation Organization and the Palestinian Authority—agree to save the expense of serving a summons and complaint in this case.

We understand that the entities we represent—the Palestine Liberation Organization and the Palestinian Authority—will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that they waive any objections to the absence of a summons or of service.

We also understand that the entities we represent—the Palestine Liberation Organization and the Palestinian Authority—must file and serve an answer or a motion under Rule 12 not later than February 21, 2022 (90 days from the date when this request was made to entities outside the United States). If they fail to do so, a default judgment will be entered against them.

Date: November 21, 2021

/s/ *Mitchell R. Berger*
*Signature of the attorney or unrepresented party*

Palestine Liberation Organization, and
Palestinian Authority
*Printed name of party waiving service of summons*

Mitchell R. Berger
*Printed name*

Squire Patton Boggs (US) LLP
2550 M Street N.W.
Washington, DC 20037
*Address*

mitchell.berger@squirepb.com
*E-mail address*

(202) 457-5601
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court.  By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.