## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

LEVINE, et al.,

    Plaintiff(s),

v.

PALESTINE LIBERATION ORGANIZATION, et al.,

    Defendant(s).

---

## ENTRY OF APPEARANCE
---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

The Palestine Liberation Organization

The Palestinian Authority,

reserving all of Defendants' defenses, including as to jurisdiction and venue, except as to service of process, per Dkt. #15.

    DATED this 30th day of November, 2021.

                                      *s/ Brent R. Owen*
                                      Name of Attorney

                                      Squire Patton Boggs (US) LLP
                                      Firm Name
                                      1801 California Street, Suite 4900
                                      Office Address
                                      Denver, CO 80202
                                      City, State, ZIP Code
                                      (303) 594-6111
                                      Telephone Number
                                      brent.owen@squirepb.com

Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

asher@asherperlin.com
jfactor@allen-vellone.com
calisher@fostergraham.com

I hereby certify that I have mailed or served the foregoing document or paper to the following non-CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

N/A

*s/ Brent R. Owen*

2