IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

**SHELLEY LEVINE;**
**NECHAMA CHARLAP,** individually and as parent and natural guardian of minors I.C. and E.C.
**ESTATE OF RABBI ABRAHAM SAMUEL (AVRAHAM) GOLDBERG;**
**ESTATE OF RABBI ARYEH KUPINSKY;**
**ESTATE OF RABBI KALMAN (CARY) LEVINE;**
**ESTATE OF RABBI MOSHE TWERSKY,** by its personal representatives Bashy Miriam Twersky and Meshulem Twersky;
**ESTATE OF ZIDAN SAIF,** personal representative Rinal Saif;
**ADRIAN GOLDBERG;**
**BRIANA HAZEL GOLDBERG,** individually and as personal representative of the Estate of Rabbi Abraham Samuel (Avraham) Goldberg;
**ELISHEVA GOLDBERG;**
**LIBBY GOLDBERG;**
**MALKA GOLDSTEIN;**
**MIRIAM GOLDSTEIN,** individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G.;
**MORDECHAI GOLDSTEIN;**
**MOSHE GEDALIAH GOLDSTEIN;**
**SARAH RIVKA GOLDSTEIN;**
**RABBI SAUL GOLDSTEIN,** individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G.;
**DEBORAH (GOLDBERG) HAMMOND;**
**DR. NORMAN HECHING;**
**DEVORAH KUPINSKY;**
**ELIYAHU KUPINSKY;**
**YAKOVA KUPINSKY,** individually as parent and natural guardian of minors M.K., and Y.K., personal representative of the estate of Rabbi Aryeh Kupinsky;
**YITZCHAK KUPINSKY;**
**AHARON LEVINE;**
**AVRAHAM LEVINE;**
**CHANA LEVINE;**
**HAYA LEVINE,** as parent and natural guardian of minor Y.Y.L.;
**MICHAL LEVINE,** as parent and natural guardian of minor H.Y.A.;
**MOSHE LEVINE;**
**STEFANIE LEVINE;**
**YERACHMIEL LEVINE;**
**YITZCHOK MEIR LEVINE;**
**AVRAHAM NEFOUSSI;**

**BASSHEVA MIRIAM PELCOVICS,** as parent and natural guardian of minors L.Y.P., Y.M.P., N.B.P., and Y.C.P.;
**AKIVA POLLACK**;
**JULIA SAIF**;
**NUHAD SAIF**;
**RINAL SAIF,** individually, as parent and natural guardian of minor, L.S., personal representative of the Estate of Zidan Saif;
**DANA-LEE SALIS,** individually and as parent and natural guardian of minor E.Y.S.;
**DAVID SAMUEL SALIS,** individually and as parent and natural guardian of minor E.Y.S.;
**BASHY MIRIAM TWERSKY,** personal representative of the Estate of Rabbi Moshe Twersky;
**MESHULEM TWERSKY,** individually, as parent and natural guardian of minors R.T.(1), C.T., E.T.(1), Y.T., M.T.,E.T.(2), and S.T;
**REFAEL TWERSKY,** individually and as parent and natural guardian of minors A.T., I.T., and R.T.(2);
**RIVKA (GOLDBERG) SIRELING**;
**HADASSA (GOLDBERG) TREUHAFT**;
**AVRAHAM TWERSKY**;
**RIVKA WALDER,** individually and as parent and natural guardian of minors Y.A.W., I.W. and Y.W.; and
**JOSEPH WERFEL**

      Plaintiffs.

**v.**

**THE PALESTINE LIBERATION ORGANIZATION**; and
**THE PALESTINIAN AUTHORITY** (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority")

      Defendants.

### JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE

Plaintiffs and Defendants (collectively "Parties"), through their respective undersigned counsel, hereby jointly move to adjourn the scheduling conference currently set for January 19, 2022, until March 21, 2022 (or the Court's first available date thereafter).

In support of this joint motion, the Parties respectfully state as follows:

2

1. This action was filed on November, 11, 2021.

2. On November 22, 2021, Plaintiffs filed a waiver of service executed by Defendants, pursuant to which Defendants must serve an answer or a motion under Fed. R. Civ. P. 12(b) not later than February 21, 2022. (DE 15).

3. Defendants intend to file a Rule 12(b) motion on or before February 21, 2022, which will seek to dismiss this action for lack of personal jurisdiction, among other grounds.

4. The Parties have conferred regarding Defendants' anticipated motion and have reached an agreement under which Defendants will provide Plaintiffs with certain documents potentially relevant to Defendants' challenge to personal jurisdiction—subject to the entry by the Court of a protective order enabling Defendants to designate certain documents as confidential. The Parties have agreed on a proposed protective order and intend to submit it to the Court in the coming days.

5. Pursuant to the Parties' agreement, Defendants will provide Plaintiffs' counsel with the agreed-upon documents once a protective order is entered by the Court.

6. The Parties believe it would be most efficient for the Court and the Parties if the scheduling conference is adjourned until March 21, 2022 (or the first available date thereafter).[1]

7. An adjournment will allow the Parties to conduct their Rule 26(f) conference after the filing of Defendants' Rule 12(b) motion, and after Plaintiffs have received the documents from defense counsel.

---

[1] Plaintiffs' counsel will coordinate dates with the Court and defense counsel if for some reason the date(s) selected by the Court is unworkable for one or more counsel.

8. This, in turn, will ensure the Parties are more fully informed when they conduct their Rule 26(f) conference, and will also enable the Court to consider scheduling in this case with Defendants' Rule 12(b) motion already in hand.

DATED this 30th day of December, 2021.

        *s/ Daniel K. Calisher*
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com
*Attorneys for Plaintiffs*

        *s/ Jordan Factor*
Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiffs*

        *s/ Asher Perlin*
Asher Perlin
Law Office of Asher Perlin
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-233-7164
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*

        *s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US), LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: 202-457-6000
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of December, 2021, a true and correct copy of the foregoing **JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE** was electronically served upon all counsel of record via *ECF*.

                                                 *s/ Daniel K. Calisher*