IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

SHELLEY LEVINE, *et al.*,

               Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority"),

               Defendants.

Case No. 1:21-cv-03043-RM-STV

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiffs, Shelley Levine, et al., and Defendants the Palestine Liberation Organization and the Palestinian Authority (collectively the "Parties") move this Court to enter the proposed Stipulated Protective Order ("Order") filed herewith.

There is good cause for entry of this Order. In this action, the Parties either by agreement or by way of discovery may produce or disclose materials containing "Confidential Materials" to each other. "Confidential Materials" is defined in paragraph 4 of the Order to include:

    a. Trade secrets or other proprietary, commercial, or highly sensitive governmental information;

b.  Personal private medical (including mental health) information and records;

c.  Financial records or financial information that is personal and confidential to any Party or third-party;

d.  Any other information of a personal or intimate nature regarding any individual;

e.  Any other category of information afforded confidential status by the Court after the date of this Protective Order.

The disclosure of such Confidential Materials outside the terms of the Order could result in significant injury to the interests of the Parties or non-parties.

The entry of the proposed Order is "[c]onsistent with the goals underlying Rule 1 of the Federal Rules of Civil Procedure" and will "facilitate the disclosure of relevant information without fear of subsequent dissemination to non-parties and without the expense and delay associated with discovery disputes concerning specific information or documents." *Stroup v. United Airlines, Inc.*, No. 15-CV-01389-WYD-CBS, 2016 WL 7176717, at *3 (D. Colo. Sept. 16, 2016) (footnote omitted) (citing cases finding that stipulated protective orders regarding confidentiality facilitate and expedite litigation and reduce conflict).

For the foregoing reasons, the Parties respectfully request that the proposed Order be entered by the Court.

Respectfully Submitted,

January 3, 2022

*/s/ Gassan A. Baloul*
**Squire Patton Boggs (US) LLP**

Gassan A. Baloul
Mitchell R. Berger
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com
*Attorneys for Defendants*

*/s/ Daniel K. Calisher*
**Foster Graham Milstein & Calisher LLP**

Daniel K. Calisher
360 South Garfield Street,
6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com

*Attorneys for Plaintiffs*

*/s/ Jordan Factor*
**Allen Vellon Wolf Helfrich & Factor, P.C.**
Jordan Factor
1600 Stout Street,
Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiffs*

*/s/ Asher Perlin*
**Law Office of Asher Perlin**
Asher Perlin
4600 Sheridan Street,
Suite 303
Hollywood, Florida 33201
Telephone: 786-233-7164
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

Gassan A. Baloul, an attorney duly admitted to practice before this Court, certifies that on January 3, 2022 I caused true and correct copies of the foregoing motion and accompanying Stipulated Protective Order to be served on Plaintiffs' counsel of record via electronic filing on the Court's CM/ECF system.

Dated: January 3, 2022

*/s Gassan A. Baloul*
