UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, et al.,

                    Plaintiffs,

    v.

The PALESTINE LIBERATION ORGANIZATION and
THE PALESTINIAN AUTHORITY,

                    Defendants.

## PROPOSED ORDER GRANTING UNOPPOSED MOTION TO ENLARGE PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS

THE COURT, having considered the Unopposed Motion to Enlarge Page Limits for Defendants' Motion to Dismiss finds the Motion well taken.

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Unopposed Motion to Enlarge Page Limits for Defendants' Motion to Dismiss is hereby GRANTED;

2. The page limit for Defendants' Motion to Dismiss is enlarged to 35 pages, exclusive of the certificates of services and signature blocks.

DATED February ____, 2022.

BY THE COURT:

_____
Judge Raymond P. Moore
United States District Judge