UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
----------------------------------------------------------------x
SHELLEY LEVINE, et al.,

                            Plaintiffs,

          v.

                                         Case No. 21-cv-03043

The PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY,

                            Defendants.
----------------------------------------------------------------x

## NOTICE OF CONSTITUTIONAL CHALLENGE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1 TO 18 U.S.C. § 2334(e)

Pursuant to Federal Rule of Civil Procedure 5.1(a), Defendants the Palestine Liberation Organization and the Palestinian Authority hereby serve this Notice of constitutional challenge to the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA") (codified at 18 U.S.C. § 2334(e)), arguing that it cannot be applied to establish personal jurisdiction over them in this case without violating, *inter alia*, the Due Process Clause of the Fifth Amendment to the U.S. Constitution and the separation of powers doctrine. *See* Defs.' Mot. to Dismiss (Dkt. No. 30) at 4-16.

Defendants filed their Motion to Dismiss Plaintiffs' Complaint on February 21, 2022, challenging, *inter alia*, the constitutionality of the PSJVTA. *See id*. At this time, Plaintiffs' opposition brief is due by March 14, 2022 and Defendants' reply is due by March 28, 2022.

As indicated in the attached Certificate of Service, a copy of this Notice is being served

upon the Attorney General of the United States as required by Federal Rule of Civil Procedure 5.1(a)(2).

Respectfully Submitted,

February 28, 2022

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *Gassan A. Baloul*
Gassan A. Baloul (DC Bar 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (DC Bar 385467)
mitchell.berger@squirepb.com

2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

1801 California Street
Suite 4900
Denver, CO 80202
Telephone: (303) 830-1776
Facsimile: (303) 894-9239

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

Gassan A. Baloul, an attorney duly admitted to practice before this Court, certifies that on February 28, 2022, I caused true and correct copies of the foregoing Notice of Constitutional Challenge Pursuant to Federal Rule of Civil Procedure 5.1 to 18 U.S.C. § 2334(e) to be served on Plaintiffs' counsel of record via electronic filing on the Court's CM/ECF system.

I hereby certify that I have also mailed the foregoing documents to the Attorney General of the United States, Merrick B. Garland, by Certified Mail at the following address:

> Merrick B. Garland, Esq.
> Attorney General of the United States
> U.S. Department of Justice
> Room B-103
> 950 Pennsylvania Avenue, NW
> Washington, DC 20530-0001

Dated:  February 28, 2022

*/s/ Gassan A. Baloul*