IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03043-RM-STV

SHELLEY LEVINE;
STEFANIE LEVINE;
HAYA LEVINE, individually, as parent and natural guardian of minor Y.Y.L., and as personal representative of the Estate of Rabbi Kalman (Cary) Levine;
ESTATE OF RABBI KALMAN (CARY) LEVINE;
AHARON LEVINE;
CHANA LEVINE;
Y.Y.L., minor, by his parent and natural guardian Haya Levine;
MICHAL LEVINE, individually and as parent and natural guardian of minor H.Y.A.
H.Y.A., minor, by her parent and natural guardian Michal Levine;
BASSHEVA MIRIAM PELCOVICS, individually and as parent and natural guardian of minors L.Y.P., Y.M.P., N.B.P., and Y.C.P.;
L.Y.P., minor, by her parent and natural guardian Bassheva Miriam Pelcovics;
Y.M.P., minor, by his parent and natural guardian Bassheva Miriam Pelcovics;
N.B.P., minor, by his parent and natural guardian Bassheva Miriam Pelcovics;
Y.C.P., minor, by his parent and natural guardian Bassheva Miriam Pelcovics;
YITZCHOK MEIR LEVINE;
YERACHMIEL LEVINE;
MOSHE LEVINE;
AVRAHAM LEVINE;
DR. NORMAN HECHING;
JOSEPH WERFEL;
AVRAHAM NEFOUSSI;
DAVID SAMUEL SALIS, individually and as parent and natural guardian of minor E.Y.S.;
DANA-LEE SALIS, individually and as parent and natural guardian of minor E.Y.S.;
E.Y.S., minor, by his parents and natural guardians David Samuel Salis and Dana-Lee Salis;
AKIVA POLLACK;
RABBI SAUL GOLDSTEIN, individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G.;
MIRIAM GOLDSTEIN, individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G.;
SARAH RIVKA GOLDSTEIN;
MORDECHAI GOLDSTEIN;
B.Y.G. minor, by her parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;

Claims of Unconstitutionality

E.G. minor, by his parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
A.D.G., minor, by his parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
N.G., minor, by her parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
B.G., minor, by her parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
MALKA GOLDSTEIN;
MOSHE GEDALIAH GOLDSTEIN;
YAKOVA KUPINSKY, individually, as parent and natural guardian of minors M.K., and Y.K., and as personal representative of the estate of Rabbi Aryeh Kupinsky;
ESTATE OF RABBI ARYEH KUPINSKY, by its personal representative Yakova Kupinsky;
YITZCHAK KUPINSKY;
DEVORAH KUPINSKY;
M.K., minor, by her parent and natural guardian Yakova Kupinsky;
Y.K., minor, by his parent and natural guardian Yakova Kupinsky;
ELIYAHU KUPINSKY;
BASHY MIRIAM TWERSKY, individually and as personal representative of the Estate of Rabbi Moshe Twersky;
MESHULEM TWERSKY, individually, as parent and natural guardian of minors R.T.(1), C.T., E.T.(1), Y.T., M.T., E.T.(2), and S.T., and as personal representative of the Estate of Rabbi Moshe Twersky;
R.T.(1), minor, by her parent and natural guardian Meshulem Twersky;
C.T., minor, by her parent and natural guardian Meshulem Twersky;
E.T.(1), minor, by her parent and natural guardian Meshulem Twersky;
Y.T., minor, by his parent and natural guardian Meshulem Twersky;
M.T., minor, by his parent and natural guardian Meshulem Twersky;
E.T.(2), minor, by her parent and natural guardian Meshulem Twersky;
S.T., minor, by her parent and natural guardian Meshulem Twersky;
ESTATE OF RABBI MOSHE TWERSKY, by its personal representatives Bashy Miriam Twersky and Meshulem Twersky;
REFAEL TWERSKY, individually and as parent and natural guardian of minors A.T., I.T., and R.T.(2);
A.T., minor, by his parent and natural guardian Refael Twersky;
I.T., minor, by her parent and natural guardian Refael Twersky;
R.T.(2), minor, by her parent and natural guardian Refael Twersky;
RIVKA WALDER, individually and as parent and natural guardian of minors Y.A.W., I.W. and Y.W.;
Y.A.W., minor, by his parent and natural guardian Rivka Walder;
I.W., minor, by her parent and natural guardian Rivka Walder;
Y.W., minor, by his parent and natural guardian Rivka Walder;
NECHAMA CHARLAP, individually and as parent and natural guardian of minors I.C. and E.C.;

2

Claims of Unconstitutionality

I.C., minor, by her parent and natural guardian Nechama Charlap;
E.C., minor, by his parent and natural guardian Nechama Charlap;
AVRAHAM TWERSKY;
RINAL SAIF, individually, as parent and natural guardian of minor, L.S., and as personal rep-resentative of the Estate of Zidan Saif;
ESTATE OF ZIDAN SAIF, by its personal representative, Rinal Saif;
L.S., minor, by her parent and natural guardian, Rinal Saif;
NUHAD SAIF;
JULIA SAIF;
BRIANA HAZEL GOLDBERG, individually and as personal representative of the Estate of Rabbi Abraham Samuel (Avraham) Goldberg;
ESTATE OF RABBI ABRAHAM SAMUEL (AVRAHAM) GOLDBERG;
DEBORAH (GOLDBERG) HAMMOND;
LIBBY GOLDBERG;
RIVKA (GOLDBERG) SIRELING;
HADASSA (GOLDBERG) TREUHAFT;
ADRIAN GOLDBERG; and
ELISHEVA GOLDBERG

      Plaintiff,

v.

THE PALESTINE LIBERATION ORGANIZATION; and
THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority")

      Defendants.

## CERTIFICATE

I, Jeffrey P. Colwell, Clerk of the United States District Court for the District of Colorado, do hereby certify, pursuant to 28 U.S.C. § 2403, that a Notification of Claim of Unconstitutionality was filed in this court in the within action, a copy of said claim is attached hereto.

DATED at Denver, Colorado this 28th day of February 2022.

3

Claims of Unconstitutionality

U.S. Attorney General
Room 5111, Main Justice Building
10th and Constitution, N.W.
Washington, D.C. 20530

U.S. Attorney
1801 California Street
Suite 1600
Denver, CO 80202

                                        JEFFREY P. COLWELL, CLERK


                                        <u>By: s/ S. Dunbar_____</u>
                                        Deputy Clerk

CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on February 28, 2022, I mailed a copy of the Certificate using the CM/ECF system which will send notification of such filing to the following individuals: See Attached NEF.

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants:

U.S. Attorney General
Room 5111, Main Justice Building
10th and Constitution, N.W.
Washington, D.C. 20530

U.S. Attorney
1801 California Street
Suite 1600
Denver, CO 80202

                JEFFREY P. COLWELL, CLERK

                By: s/ S. Dunbar
                Deputy Clerk

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark
Here

Sent To _US Attorney_
Street and Apt. No., or PO Box No. _1801 California St. Suite 1600_
City, State, ZIP+4® _Denver, CO 80202_

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7019 2970 0001 1984 1267

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Attorney
   1801 California Street
   Suite 1600
   Denver, CO 80202

   9590 9402 5927 0049 4434 94

2. Article Number (Transfer from service label)

   7019 2970 0001 1984 1267

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage | |

Postmark Here

7011 1150 0001 8752 6252

Sent To: United States Attorney General
Street, Apt. or PO Box No.: Room 5111, Main Justice Building
10th and Constitution, N.W.
City, State, ZIP: Washington, D.C. 20530

PS Form 3800, August 2006     See Reverse for Instructions

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL™

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United States Attorney General
Room 5111, Main Justice Building
10th and Constitution, N.W.
Washington, D.C. 20530

9590 9402 5927 0049 4435 00

2. Article Number *(Transfer from service label)*

7011 1150 0001 8752 6252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)* | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt