IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

        Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

        Defendants.

[Proposed]
**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS
AND JOINT MOTION TO ADJOURN SCHEDULING CONFERENCE**

**THE COURT**, having considered the Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Dismiss and Joint Motion to Adjourn Scheduling Conference finds the Motion well taken.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Dismiss and [Joint Motion] to Adjourn Scheduling Conference Pending the Parties' Submission of a Joint Status Report Unopposed Motion to Enlarge Page Limits for Defendants' Motion to Dismiss is hereby **GRANTED**;

2. The Plaintiffs shall respond to the Defendants' Motion to Dismiss on or before May 13, 2022.

3. The Court adjourns the scheduling conference currently set for March 29, 2022.

4. The Parties are ordered to file a status report not later than May 11, 2022, advising the Court of their position(s) in respect to the timing of a rescheduled conference, in light of the Plaintiffs' decision whether to oppose Defendants' Motion to Dismiss, or to amend the complaint.

DATED March __, 2022.

BY THE COURT:

_____
United States District Court Judge