UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
---------------------------------------------------------------x
SHELLEY LEVINE, et al.,

Plaintiffs,

v.

Case No. 21-cv-03043

The PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY,

Defendants.
---------------------------------------------------------------x

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to Civ. Practice Standard IV.E.4, Defendants the Palestine Liberation Organization and the Palestinian Authority provide this supplemental notice of the attached decision from Judge Daniels in *Sokolow v. PLO*, No. 04-cv-397, Dkt 1054 (S.D.N.Y. Mar. 10, 2022), which holds that exercising personal jurisdiction over Defendants under the "deemed consent" provisions of the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA") would violate the Due Process Clause of the Fifth Amendment. This decision is relevant to the issues of personal jurisdiction discussed on pages 4-16 of Defendants' Motion to Dismiss Plaintiffs' Complaint [Dkt 30].

March 11, 2022

Respectfully Submitted,

**SQUIRE PATTON BOGGS (US) LLP**

/s/ *Gassan A. Baloul*
Gassan A. Baloul (DC Bar 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (DC Bar 385467)
mitchell.berger@squirepb.com

2550 M Street, N.W.

Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

1801 California Street
Suite 4900
Denver, CO 80202
Telephone: (303) 830-1776
Facsimile: (303) 894-9239

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Gassan A. Baloul, an attorney duly admitted to practice before this Court, certify that on March 11, 2022, I caused true and correct copies of the foregoing Notice of Supplemental Authority to be served on Plaintiffs' counsel of record via electronic filing on the Court's CM/ECF system.

Dated: March 11, 2022

*/s/ Gassan A. Baloul*