**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   United States Attorney General
   Room 5111, Main Justice Building
   10th and Constitution, N.W.
   Washington, D.C. 20530

9590 9402 5927 0049 4435 00

2. Article Number (Transfer from service label)

   7011 1150 0001 8752 6252

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

   MAR 07

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery over $500

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053        Domestic Return Receipt

USPS TRACKING #

9590 9402 5927 0049 4435 00

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

UNITED STATES DISTRICT COURT
DENVER, COLORADO

FILED
MAR 10 2022
JEFFREY P. COLWELL
CLERK

Sender: Please print your name, address, and ZIP+4® in this box•

Alfred A. Arraj United States Courthouse
United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

21 cv 3043 RM