IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SHELLEY LEVINE, *et al.*,

                  Plaintiffs,

    v.

THE PALESTINE LIBERATION
ORGANIZATION and THE PALESTINIAN
AUTHORITY,

                  Defendants.

Case No. 1:21-cv-03043-RM-STV

UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF TIME
TO DECIDE WHETHER TO INTERVENE

On February 28, 2022, the Court certified to the Department of Justice the defendants' constitutional challenge to the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA").  Under Fed. R. Civ. P. 5.1(c), the Court may not enter judgment holding the statute unconstitutional before allowing the government to intervene at least 60 days after such a certification—here, until April 29, 2022.  The Court may also set "a later time" for the United States to intervene.  The United States now respectfully asks that the Court give the United States until May 20, 2022, to decide whether to intervene pursuant to Rule 5.1.  This is the government's first request for an extension of time.  Counsel for the parties consent to this request.

In deciding whether to intervene, the Solicitor General seeks input from a number of components of the Department of Justice, including, in this case, the United States

Attorney's Office, the Federal Programs Branch, and the Civil Division Appellate Staff, as well as other interested federal agencies, here including the Department of State.  The additional time now requested is needed for the government to complete the process of inter-agency consultation, for the Solicitor General to reach a final decision, and, should the Solicitor General authorize intervention, for the preparation of a memorandum for filing.

Plaintiffs have also indicated that they might file an amended complaint on or before May 13, 2022.  *See* ECF No. 34.  Any amended complaint could allege bases of personal jurisdiction other than the PSJVTA, which might obviate the need for the United States to address the constitutionality of the statute.

For these reasons, the United States respectfully asks that the Court give the United States until May 20, 2022 to decide whether to intervene pursuant to Rule 5.1

Dated: April 27, 2022                    Respectfully submitted,

                                         BRIAN M. BOYNTON
                                         Principal Deputy Assistant Attorney General

                                         ALEXANDER K. HAAS
                                         Director, Federal Programs Branch

                                         ANTHONY J. COPPOLINO
                                         Deputy Director

                                         */s/ Zachary A. Avallone*
                                         ZACHARY A. AVALLONE
                                         Trial Attorney
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch

1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE