UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, et al.,

Plaintiffs,

v.

The PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY,

Defendants.

---

## NOTICE OF FIRM ADDRESS CHANGE

---

TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that effective May 1, 2022, the new address for undersigned

counsel and the Denver office of Squire Patton Boggs (US) LLP is :

Squire Patton Boggs (US) LLP
717 17th Street, Suite 1825
Denver, Colorado  80202
Telephone: (303) 830-1776
Facsimile: (303) 894-9239

All future orders, papers, correspondence and pleadings should be directed to the

undersigned counsel at the new address.  The telephone numbers, facsimile number and email

addresses remain unchanged.

Dated: May 2, 2022.

/s/ Brent R. Owen
Brent R. Owen (#45068)
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
Phone: (303) 830-1776
Facsimile: (303) 894-9239
brent.owen@squirepb.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

Brent R. Owen, an attorney duly admitted to practice before this Court, certifies that on May 2, 2022, I caused true and correct copies of the foregoing NOTICE OF FIRM ADDRESS CHANGE to be served on all counsel of record via electronic filing on the Court's CM/ECF system.

/s/ *Brent R. Owen*
Brent R. Owen