## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

                Defendants.

---

### JOINT STATUS REPORT AND MOTION TO ADJOURN SCHEDULING CONFERENCE AND TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

---

Plaintiffs, Shelley Levine, et al., and Defendants the Palestine Liberation Organization and the Palestinian Authority (collectively the "Parties") file this Status Report pursuant to Court's Order of March 8, 2022 (the "Order"). (DE 36).

The Order granted both Plaintiffs' unopposed motion for an extension of time through May 13, 2022 to respond to Defendants' motion to dismiss, either by opposing that motion or by filing an Amended Complaint, and the Parties' joint motion to adjourn the scheduling conference that had been set for March 29, 2022. (DE 34).

Plaintiffs intend to file an Amended Complaint in this action by the May 13, 2022, deadline set in the Order, and Defendants intend to move to dismiss the Plaintiffs' Amended Complaint. Accordingly, the Parties jointly propose that, in the interest of efficiency and to conserve judicial and party resources, the Court should further adjourn the scheduling conference, and that the Parties should file a status report not later than 7 days after the completion of briefing on Defendants' motion to dismiss the Amended Complaint, to advise the Court of their position(s) as to the timing of a rescheduled conference, in light of the issues and arguments presented in the Parties' motion papers.

Additionally, pursuant to COLO.LCivR 6.1, Defendants request that the Court grant them a period of 45 days, until and including June 27, 2022, to move to dismiss the Amended Complaint, a 31-day extension of the 14-day period to respond to the Amended Complaint provided for in Fed. R. Civ. P. 15 (a)(3). Plaintiffs do not oppose the extension requested. This is Defendants' first request for an extension of time to respond to Plaintiffs' Amended Complaint.

Defendants make this request: (1) to provide sufficient time to review factual and/or legal amendments to the Complaint and for defense counsel to confer with their clients regarding same; (2) to assess the jurisdictional issues raised by the Amended Complaint, including anticipated reliance on the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA"), in light of the three recent decisions holding the PSJVTA unconstitutional. *See Fuld v. PLO*, No. 20-CV-3374,

2022 U.S. Dist. LEXIS 3102 (S.D.N.Y. Jan. 6, 2022); *Sokolow v. PLO,* No. 04-CV-397, 2022 U.S. Dist. LEXIS 43096 (S.D.N.Y. Mar. 10, 2022); *Shatsky v. PLO*, No. 18-CV-12355, 2022 U.S. Dist. LEXIS 48721 (S.D.N.Y. Mar. 18, 2022); and (3) to consider the U.S. Government's intervention decision, which is due on May 20, 2022. (DE 42).

A copy of this Motion is being provided to Defendants in accordance with COLO.LCivR 6.1(c).

Dated: May 9, 2022

Respectfully Submitted,

*s/ Daniel K. Calisher*
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com
*Attorneys for Plaintiff*

*s/ Jordan Factor*
Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiff*

s/ *Asher Perlin*

Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-233-7164
Email: asher@asherperlin.com
*Attorneys for Plaintiff*


s/ *Gassan A. Baloul*

Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
gassan.baloul@squirepb.com
mitchell.berger@squirepb.com
*Attorneys for Defendants*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 9th day of May, 2022, a true and correct copy of the foregoing **JOINT STATUS REPORT AND MOTION TO ADJOURN SCHEDULING CONFERENCE AND TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT** was electronically served upon all counsel of record via *ECF*.

*s/ Daniel K. Calisher*