# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                              Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

                              Defendants.

---

## [PROPOSED] ORDER GRANTING THE PARTIES' MOTION TO ADJOURN SCHEDULING CONFERENCE AND TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

---

Upon consideration of the Parties' Motion to Adjourn Scheduling Conference and to Extend Defendants' Time to Respond to Plaintiffs' Amended Complaint (the "Motion"), and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted. Plaintiffs shall file their Amended Complaint in this action on or before May 13, 2022. Defendants will then have 45 days from the filing of the Amended Complaint to file their Motion to Dismiss the Amended Complaint.

**IT IS FURTHER ORDERED** that the Parties file a status report not later than seven (7) days after the completion of briefing on Defendants' Motion to Dismiss the Amended Complaint to advise the Court of their position(s) on the setting of a scheduling conference in this matter.

DATED this __ day of _____, 2022.

_____
United States District Judge