## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**SHELLEY LEVINE**, *et al.*,

          Plaintiffs,

v.

**THE PALESTINE LIBERATION ORGANIZATION** and **THE PALESTINIAN AUTHORITY**,

          Defendants.

Case No. 1:21-cv-03043-RM-STV

## UNITED STATES OF AMERICA'S NOTICE REGARDING INTERVENTION

On February 28, 2022, the Court certified to the Department of Justice the Defendants' constitutional challenge to the Promoting Security and Justice for Victims of Terrorism Act of 2019 ("PSJVTA") raised in Defendants' motion to dismiss Plaintiffs' original complaint. ECF No. 32. The Court extended the deadline for the United States to intervene to May 20, 2022. ECF No. 42.

On May 13, 2022, Plaintiffs filed an Amended Complaint. ECF No. 49. Defendants now have until June 27, 2022, to respond to the Amended Complaint. *See* ECF No. 48.

Since Defendants' motion to dismiss is no longer pending, there is no active challenge to the constitutionality of the PSJVTA in this case. In their Amended Complaint, Plaintiffs raise numerous grounds for personal jurisdiction, including under the PSJVTA. *See* Am. Compl., ¶¶ 13–37, ECF No. 50. If Defendants again raise a constitutional challenge to a federal statute in their forthcoming motion to dismiss and file a renewed

1

notice that their written motion raises a constitutional question, Fed. R. Civ. P. 5.1(a), the United States will decide whether to "intervene within 60 days after the notice of filed or after the court certifies the challenge, whichever is earlier" or at a later time, if set by the Court, Fed. R. Civ. P. 5.1(c).

Dated: May 19, 2022                    Respectfully submitted,

                                                      BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
