AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| SHELLEY LEVINE; STEFANIE LEVINE; HAYA LEVINE; et al. (SEE ATTACHMENT) <br> *Plaintiff(s)* <br> v. <br> THE PALESTINE LIBERATION ORGANIZATION; THE PALESTINIAN AUTHORITY; and RIYAD MANSOUR <br> *Defendant(s)* | Civil Action No. 1:21-cv-03043-RM-STV |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> Riyad Mansour
> 8034 Dorsel Ct.
> Orlando, FL 32836

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Daniel K. Calisher
> Foster Graham Milstein & Calisher, LLP
> 360 South Garfield Street, 6th Floor
> Denver, CO 80209

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: 5/26/2022

s/ S. Dunbar
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-03043-RM-STV

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**PLAINTIFFS:**

**SHELLEY LEVINE**;
**STEFANIE LEVINE**;
**HAYA LEVINE**, individually and as personal representative of the Estate of Rabbi Kalman (Cary) Levine;
**ESTATE OF RABBI KALMAN (CARY) LEVINE**, by its personal representative, Haya Levine;
**AHARON LEVINE**;
**CHANA LEVINE**;
**YEHUDA YISROEL LEVINE**;
**MICHAL LEVINE**, individually and as parent and natural guardian of minor H.Y.A.
**H.Y.A.**, minor, by her parent and natural guardian Michal Levine;
**BASSHEVA MIRIAM PELCOVICS**, individually and as parent and natural guardian of minors L.Y.P., Y.M.P., N.B.P., and Y.C.P.;
**L.Y.P.**, minor, by her parent and natural guardian Bassheva Miriam Pelcovics;
**Y.M.P.**, minor, by his parent and natural guardian Bassheva Miriam Pelcovics;
**N.B.P.**, minor, by his parent and natural guardian Bassheva Miriam Pelcovics;
**Y.C.P.**, minor, by his parent and natural guardian Bassheva Miriam Pelcovics;
**YITZCHOK MEIR LEVINE**;
**YERACHMIEL LEVINE**;
**MOSHE LEVINE**;
**AVRAHAM LEVINE**;
**DR. NORMAN HECHING**;
**CHAYA WERFEL**, as personal representative of the Estate of Joseph Werfel;
**THE ESTATE OF JOSEPH WERFEL**, by its personal representative, Chaya Werfel;
**AVRAHAM NEFOUSSI**;
**DAVID SAMUEL SALIS**, individually and as parent and natural guardian of minor E.Y.S.;
**DANA-LEE SALIS**, individually and as parent and natural guardian of minor E.Y.S.;
**E.Y.S.**, minor, by his parents and natural guardians David Samuel Salis and Dana-Lee Salis;
**AKIVA POLLACK**;
**RABBI SAUL GOLDSTEIN**, individually and as parent and natural guardian of minors E.G., A.D.G., N.G. and B.G.;
**MIRIAM GOLDSTEIN**, individually and as parent and natural guardian of minors E.G., A.D.G., N.G. and B.G.;
**SARAH RIVKA GOLDSTEIN**;
**MORDECHAI GOLDSTEIN**;
**BASYA YEHUDIS GOLDSTEIN**;
**E.G.** minor, by his parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
**A.D.G.**, minor, by his parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
**N.G.**, minor, by her parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
**B.G.**, minor, by her parents and natural guardians Rabbi Saul Goldstein and Miriam Goldstein;
**MALKA GOLDSTEIN**;
**MOSHE GEDALIAH GOLDSTEIN**;

**YAKOVA KUPINSKY**, individually, as parent and natural guardian of minors M.K., and Y.K., and as personal representative of the estate of Rabbi Aryeh Kupinsky;
**ESTATE OF RABBI ARYEH KUPINSKY**, by its personal representative, Yakova Kupinsky;
**YITZCHAK KUPINSKY**;
**DEVORAH KUPINSKY**;
**M.K.**, minor, by her parent and natural guardian Yakova Kupinsky;
**Y.K.**, minor, by his parent and natural guardian Yakova Kupinsky;
**ELIYAHU KUPINSKY**;
**BASHY MIRIAM TWERSKY**, individually and as personal representative of the Estate of Rabbi Moshe Twersky;
**MESHULEM TWERSKY**, individually, as parent and natural guardian of minors R.T.(1), C.T., E.T.(1), Y.T., M.T., E.T.(2), and S.T., and as personal representative of the Estate of Rabbi Moshe Twersky;
**R.T.(1)**, minor, by her parent and natural guardian Meshulem Twersky;
**C.T.**, minor, by her parent and natural guardian Meshulem Twersky;
**E.T.(1)**, minor, by her parent and natural guardian Meshulem Twersky;
**Y.T.**, minor, by his parent and natural guardian Meshulem Twersky;
**M.T.**, minor, by his parent and natural guardian Meshulem Twersky;
**E.T.(2)**, minor, by her parent and natural guardian Meshulem Twersky;
**S.T.**, minor, by her parent and natural guardian Meshulem Twersky;
**ESTATE OF RABBI MOSHE TWERSKY**, by its personal representatives Bashy Miriam Twersky and Meshulem Twersky;
**REFAEL TWERSKY**, individually and as parent and natural guardian of minors A.T., I.T., and R.T.(2);
**A.T.**, minor, by his parent and natural guardian Refael Twersky;
**I.T.**, minor, by her parent and natural guardian Refael Twersky;
**R.T.(2)**, minor, by her parent and natural guardian Refael Twersky;
**RIVKA WALDER**, individually and as parent and natural guardian of minors Y.A.W., I.W. and Y.W.;
**Y.A.W.**, minor, by his parent and natural guardian Rivka Walder;
**I.W.**, minor, by her parent and natural guardian Rivka Walder;
**Y.W.**, minor, by his parent and natural guardian Rivka Walder;
**NECHAMA CHARLAP**, individually and as parent and natural guardian of minors I.C. and E.C.;
**I.C.**, minor, by her parent and natural guardian Nechama Charlap;
**E.C.**, minor, by his parent and natural guardian Nechama Charlap;
**AVRAHAM TWERSKY**;
**RINAL SAIF**, individually, as parent and natural guardian of minor, L.S., and as personal representative of the Estate of Zidan Saif;
**ESTATE OF ZIDAN SAIF**, by its personal representative, Rinal Saif;
**L.S.**, minor, by her parent and natural guardian, Rinal Saif;
**NUHAD SAIF**;
**JULIA SAIF**;

**BRIANA HAZEL GOLDBERG**, individually and as personal representative of the Estate of Rabbi Abraham Samuel (Avraham) Goldberg;
**ESTATE OF RABBI ABRAHAM SAMUEL (AVRAHAM) GOLDBERG**, by its personal representative, Briana Hazel Goldberg;
**DEBORAH (GOLDBERG) HAMMOND**;
**LIBBY GOLDBERG**;
**RIVKA (GOLDBERG) SIRELING**;
**HADASSA (GOLDBERG) TREUHAFT**;
**ADRIAN GOLDBERG**; and
**ELISHEVA GOLDBERG**