UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
----------------------------------------------------------------x
SHELLEY LEVINE, et al.,

         Plaintiffs,
  v.

              Case No. 21-cv-03043

The PALESTINE LIBERATION
ORGANIZATION, *et al*.

         Defendants.
----------------------------------------------------------------x

## STIPULATION FOR EXTENSION OF TIME
## FOR DEFENDANT RIYAD MANSOUR
## TO RESPOND TO THE FIRST AMENDED COMPLAINT

Pursuant to D.C. COLO. LCivR 6.1(a), undersigned counsel for the parties hereby stipulate to extend from June 16, 2022, until and including June 27, 2022, the time for Defendant Riyad Mansour, sued "as the representative of The Palestine Liberation Organization and The Palestinian Authority" under Fed. R. Civ. P. 23.2 (*see* 1st Am. Compl., caption & ¶¶ 31-35, ECF No. 50), to move to dismiss, or otherwise respond to, the First Amended Complaint in this action. In so stipulating, Defendants expressly reserve all of their defenses to the First Amended Complaint, including all jurisdictional objections pursuant to Fed. R. Civ. P. Rule 12(b)(2) (including without limitation that Riyad Mansour is not properly designated as a Rule 23.2 representative for jurisdictional purposes).

A copy of this Stipulation shall be served on Defendants in accordance with D.C. COLO. LCivR 6.1(c).

Dated: June 1, 2022

              Respectfully Submitted,

            [SIGNATURES ON FOLLOWING PAGE]

SQUIRE PATTON BOGGS (US) LLP

/s/ *Gassan A. Baloul*
Gassan A. Baloul (DC Bar 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (DC Bar 385467)
mitchell.berger@squirepb.com

2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315

717 17th Street, Suite 1825
Denver, CO 80202
Telephone: (303) 830-1776
Facsimile: (303) 894-9239

*Attorneys for Defendants*

/s/ *Daniel K. Calisher*
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com

Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com

Asher Perlin
Law Office of Asher Perlin
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-233-7164
Email: asher@asherperlin.com

*Attorneys for Plaintiffs*

2