UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, et al.,

                          Plaintiffs,

    v.

The PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY,

                          Defendants.

**PROPOSED ORDER GRANTING <u>UNOPPOSED</u> MOTION TO ENLARGE PAGE LIMITS FOR DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

THE COURT, having considered the Unopposed Motion to Enlarge Page Limits for Defendants' Motion to Dismiss the First Amended Complaint finds the Motion well taken.

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Unopposed Motion to Enlarge Page Limits for Defendants' Motion to Dismiss the First Amended Complaint is hereby GRANTED;

2. The page limit for Defendants' Motion to Dismiss is enlarged to 45 pages, exclusive of the certificates of services and signature blocks.

DATED February ____, 2022.

                          BY THE COURT:

                          _____
                          Judge Raymond P. Moore
                          United States District Judge