IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

           Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

           Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

**THE COURT**, having considered the Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Dismiss the First Amended Complaint, finds the Motion well taken.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Dismiss the First Amended Complaint is hereby **GRANTED**;

2. The Plaintiffs shall respond to the Defendants' Motion to Dismiss the First Amended Complaint on or before September 14, 2022.

DATED July __, 2022.

BY THE COURT:

_____
United States District Court Judge

2