**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postage
$

Total P
$

Sent To: United States Attorney General
Street: Room 5111, Main Justice Bldg.
        10th and Constitution, N.W.
City, S: Washington, D.C. 20530

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7019 2970 0001 1984 5363

7019 2970 0001 1984 5363

**CERTIFIED MAIL®**
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



