

**USPS TRACKING #**

9590 9402 5677 9346 0033 30

**United States**
**Postal Service**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**JUL 21 2022**

JEFFREY P. COLWELL
CLERK

First-Class Mail
Postage & Fees Paid
USPS

• Sender: Please print your name, address, and ZIP+4® in this box•

Alfred A. Arraj United States Courthouse
United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

21-cv-3043-RM

| **SENDER:** *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* |
|---|---|

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X  ☐ Agent  ☐ Addressee

**B. Received by (Printed Name)**    **C. Date of Delivery**

1. Article Addressed to:

United States Attorney General
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

**D. Is delivery address different from item 1?** ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 1 8 2022

9590 9402 5677 9346 0033 30

2. Article Number *(Transfer from service label)*
7119 2970 0001 1984 2363

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt