IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

                Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO ENLARGE THE PAGE LIMIT AND FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT

**THE COURT**, having considered the Plaintiffs' Unopposed Motion to Enlarge the Page Limit and for Extension of Time to Respond to Motion to Dismiss the First Amended Complaint, finds the Motion well taken.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Unopposed Motion to Enlarge the Page Limit and for Extension of Time to Respond to Motion to Dismiss the First Amended Complaint is hereby **<u>GRANTED</u>**;

2. The Plaintiffs are granted leave to leave to submit a response to the Defendants' Motion to Dismiss the First Amended Complaint that is no longer than fifty-five (55) pages.

3. The Plaintiffs shall respond to the Defendants' Motion to Dismiss the First Amended Complaint on or before September 19, 2022.

DATED August __, 2022.

BY THE COURT:

_____
United States District Court Judge