# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **SHELLEY LEVINE**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **THE PALESTINE LIBERATION ORGANIZATION** and **THE PALESTINIAN AUTHORITY**, <br><br> Defendants. | Case No. 1:21-cv-03043-RM-STV |

## UNITED STATES OF AMERICA'S NOTICE OF INTERVENTION

Pursuant to Federal Rules of Civil Procedure 5.1(c) and 24(a)(1), 28 U.S.C. § 2403, and this Court's certification of a constitutional question entered on July 6, 2022, ECF No. 62, the United States is intervening in the above-captioned case for the limited purpose of defending the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act of 2019, 18 U.S.C. § 2334(e). The United States plans to submit a brief on that issue by September 26, 2022. Undersigned counsel has conferred with counsel for Defendants and Plaintiffs, and no party opposes that schedule.

Dated: September 6, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

1

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Intervenor*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2022, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
