**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

                Defendants.

---

**DECLARATION OF ASHER PERLIN IN SUPPORT OF**
**PLAINTIFFS'OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS'**
**FIRST AMENDED COMPLAINT UNDER RULE 12(b)(2) AND RULE 12(b)(6)**

---

Pursuant to 28 U.S.C. § 1746 Asher Perlin declares as follows:

1. I am co-lead counsel for Plaintiffs in this matter and submit this declaration in support of the Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6).

2. I am over 18 years of age.

3. Exhibit A hereto is a true and accurate copy of the Memorandum Opinion prepared by the DOJ Office of Legal Counsel, *Mutual Consent Provisions in the Guam Commonwealth Legislation: Memorandum Opinion for the Special Representative for Guam Commonwealth* (July 28, 1994), also available at:

https://www.justice.gov/sites/default/files/olc/opinions/attachments/2014/11/10/1994-07-28-guam-mutual-consent.pdf.

4.  Exhibit B hereto is a true and accurate copy of *Report by the President's Task Force on Puerto Rico's Status*, App. E (Dec. 2007) (Letter from Robert Raben, Assistant Attorney General), also available at: https://www.justice.gov/archive/opa/docs/2007-report-by-the-president-task-force-on-puerto-rico-status.pdf.

5.  Exhibit C hereto is a true and accurate copy of United States' Motion for Partial Dismissal filed in *Puerto Rico Pub. Hous. Admin. v. U.S. Dep't of Hous. & Urban Dev.*, No. 96-1304 (D.P.R. 1996).

6.  Exhibit D hereto is a true and accurate copy of the Brief for the U.S. filed in *Palestine Info. Office v. Schultz*, No. 87-5396 (D.C. Cir. 1988).

7.  Exhibit E hereto is a true and accurate copy of the Opinion prepared by the DOJ Office of Legal Counsel, *Constitutionality of Closing the Palestine Information Office, an Affiliate of the Palestine Liberation Organization*, 11 Op. O.L.C. 104 (1987), also available at: https://www.justice.gov/sites/default/files/olc/opinions/1987/08/31/op-olc-v011-p0104_0.pdf.

8.  Exhibit F hereto is a true and accurate copy of the D.C. Circuit's unpublished ruling in *Toumazou v. Turkish Republic of Northern Cyprus*, No. 14-7170 (D.C. Cir. Jan. 15, 2016).

9.  Exhibit G hereto is a true and accurate copy of Plaintiff's Opposition and Memorandum of Points and Authorities in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss, ECF No. 20, *Toumazou v. Turkish Republic of Northern Cyprus*, No. 1:09-cv-01967 (D.D.C.).

10. Exhibit H hereto is a true and accurate copy of the Brief of Appellants, *Toumazou v. Turkish Republic of Northern Cyprus*, No. 14-7170 (D.C. Cir.).

11. Exhibit I hereto is a true and accurate copy of the August 9, 2012 Hearing Transcript from *Sokolow v. PLO*, 04-cv-397 (S.D.N.Y.).

12. Exhibit J hereto is a true and accurate copy of the Declaration of Kent Yalowitz in Support of Plaintiffs' Motion for Summary Judgment on Defendants' Fourth Affirmative Defense, DE 490, including, as Exhibit B, thereto, which is an "excerpted copy of Defendants' Objections and Responses to the [Fifth] Set of Interrogatories From All Plaintiffs (To The Goldberg Plaintiffs), dated December 21, 2012, DE 490-3, *Sokolow v. PLO*, 04-cv-397 (S.D.N.Y.).

13. Exhibit K hereto is a true and accurate copy of the Bates numbered documents referred to in, and served with, Defendants' Objections and Responses to the [Fifth] Set of Interrogatories From All Plaintiffs (To The Goldberg Plaintiffs), dated December 21, 2012, DE 490-3, *Sokolow v. PLO*, 04-cv-397 (S.D.N.Y.).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

September 19, 2022

 /s/ Asher Perlin