UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SHELLEY LEVINE, *et al.*,

    Plaintiffs,

- v -

THE PALESTINE LIBERATION ORGANIZATION and
THE PALESTINIAN AUTHORITY,

    Defendants.

Case No. 21-cv-03043

# UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Pursuant to COLO.LCivR 6.1, Defendants respectfully request that the Court grant them until and including November 14, 2022, to file their reply in support of their motion to dismiss the First Amended Complaint (D.E. 58), a 42-day extension of the 14-day period provided in COLO.LCivR 7.1(d) and the Court's Civil Practice Standards. Plaintiffs do not oppose the extension requested. This is Defendants' first request for an extension of time to file their reply.

Defendants make this request: (1) to provide sufficient time, given the nature and number of issues presented, to review factual and/or legal arguments made by Plaintiffs in their 51-page response brief and for defense counsel to confer with their clients regarding the same; (2) to provide sufficient time for Defendants to consider the issues raised in the United States Government's forthcoming intervention brief, which is due on September 26, 2022 (*see* D.E. 67); and (3) due to other obligations of defense counsel, including a brief on behalf of these same Defendants in the United States Court of Appeals for the Second Circuit in *Fuld v. Palestine Liberation Organization*, Nos. 22-76, 22-496 (2d Cir.), which is due October 20, 2022 and involves some overlapping issues.

- 1 -

In further support of this request, Defendants note that Plaintiffs requested (D.E. 60, 65), and the Court granted (D.E. 61, 66), two extensions of time totaling 63 additional days beyond the 21 days for opposition provided by COLO.LCivR 7.1(d), to file their response to Defendants' Motion to Dismiss. Defendants' requested extension of time to file their reply is proportional to the extensions granted to Plaintiffs for their response to Defendants' Motion to Dismiss applying the ratios in COLO.LCivR 7.1(d).

A copy of this Motion is being provided to Defendants in accordance with COLO.LCivR 6.1(c).

For the foregoing reasons, Defendants respectfully request that the Court grant them until and including November 14, 2022, to file their reply in support of their Motion to Dismiss the First Amended Complaint.

Dated: September 20, 2022

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

By: /s/ Gassan A. Baloul
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
202-457-6155
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

*Attorneys for Defendants*

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of September, 2022, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** was electronically served upon all counsel of record via *ECF*. I further certify that a copy of this Motion is being provided to Defendants in accordance with COLO.LCivR 6.1(c).

      *Gassan A. Baloul*