UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SHELLEY LEVINE, *et al.*, <br><br> Plaintiffs, <br><br> - v - <br><br> THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY, <br><br> Defendants. | Case No. 21-cv-03043 |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Upon consideration of Defendants' Unopposed Motion For Extension of Time to File Reply in Support of Motion to Dismiss (the "Motion"), and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted. Defendants shall file their reply in support of their motion to dismiss on or before November 14, 2022.

DATED this __ day of _____, 2022.

_____
Raymond P. Moore
United States District Judge