# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                    Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian National Authority"),

                    Defendants.

## TABLE OF AUTHORITIES SUPPLEMENT
## TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
## TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT
## UNDER RULE 12(b)(2) AND RULE 12(b)(6)

      Plaintiffs, Shelley Levine, et al. (collectively "Plaintiffs"), submit this Table of Authorities Supplement to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12 (b)(6) (Doc. 69) as follows:

# TABLE OF AUTHORITIES

**Cases**

*Abecassis v. Wyatt*,
   785 F.Supp.2d 614 (S.D.Tex. 2011) ................................................................. 43

*Acorda Therapeutics Inc. v. Mylan Pharms. Inc.*,
   817 F.3d 755 (Fed. Cir. 2016) ........................................................................ 18

*Aetna Cas. & Sur. Co. v. Iso-Tex, Inc.*,
   75 F.3d 216 (5th Cir. 1996) ........................................................................... 28

*Agbara v. Okoji*,
   2021 WL 4940927 (D.D.C. Oct. 22, 2021) .................................................... 12

*Aicher v. Access Corr.*,
   2017 WL 8944040 (D.N.M. Aug. 28, 2017) .................................................. 39

*Alfaro-Huitron v. Cervantes Agribusiness*,
   982 F.3d 1242 (10th Cir. 2020) ............................................................... 43, 45

*Am. Select Ins. Co. v. Johnson*,
   U.S. Dist. LEXIS 101446, (D. Colo. June 18, 2018) ..................................... 45

*Associated Press v. Bd. of Pub. Educ.*,
   246 Mont. 386 (1991) ...................................................................................... 3

*Atchley v. AstraZeneca UK Ltd.*,
   22 F.4th 204 (D.C. Cir. 2022) ................................................................. passim

*Battle Fowler v. Brignoli*,
   765 F. Supp. 1202, (S.D.N.Y. 1991) .............................................................. 25

*Bibbs v. Molson Coors Beverage Co. USA, LLC*,
   --- F.Supp.3d ----, 2022 WL 2900275, n.2 (N.D. Tex. July 22, 2022) ........... 22

*Boim v. Am. Muslims for Palestine*,
 9 F.4th 545 (7th Cir. 2021) ...................................................................................45

*Boim v. Holy Land Found. for Relief & Dev.*,
 549 F.3d 685 (7th Cir. 2008) ............................................................................ 35-36

*Boston Telecomm. Grp., Inc. v. Deloitte Touche Tohmatsu*,
 249 Fed.App'x 534 (9th Cir. 2007) ......................................................................13

*Buckley v. Airshield Corp.*,
 116 F. Supp. 2d 658 (D. Md. 2000) .....................................................................32

*Burger King Corp. v. Rudzewicz*,
 471 U.S. 462 (1985) .............................................................................................21

*Calagaz v. Calhoon*,
 309 F.2d 248 (5th Cir. 1962) ......................................................................... 24, 27

*CGHH, LLC v. Cesta Punta Deportes, S.A. de C.V.*,
 2006 WL 8430970 (N.D. Ga. Mar. 31, 2006) ......................................................13

*City of E. St. Louis v. Cir. Ct. for the Twentieth Jud. Cir., St. Clair Cnty., Ill.*,
 986 F.2d 1142 (7th Cir. 1993) ...............................................................................3

*Cockrum v. Donald J. Trump for President, Inc.*,
 319 F. Supp. 3d 158 (D.D.C. 2018) .....................................................................18

*Cohen v. Facebook*,
 252 F. Supp. 3d 140 (E.D.N.Y. 2017) .................................................................17

*Coniglio v. Highwood Servs., Inc.*,
 60 F.R.D. 359 (W.D.N.Y. 1972) .................................................................... 28, 29

*Constitutionality of Closing the Palestine Information Office, an Affiliate of the Palestine Liberation Organization*,
 11 Op. O.L.C. 104 (1987) ......................................................................................6

*Creek v. Village of Westhaven*,
 1987 WL 5429 (N.D. Ill. Jan. 15, 1987) ................................................................3

*Curley v. Brignoli, Curley & Roberts Assoc.*,
  915 F.2d 81 (2d Cir. 1990) .................................................. 25, 27, 28, 29, 30, 32

*Ditter v. Subaru Corp.*,
  2022 WL 889102 (D. Colo. Mar. 25, 2022) .................................................. 16, 20

*DRFP v. Republica Bolivariana de Venezuela*,
  945 F. Supp. 2d 890 (S.D. Ohio 2013) ..................................................................4

*Eastman v. Union Pac. R. Co.*,
  493 F.3d 1151 (10th Cir. 2007) ..................................................................32

*Estate of Parsons v. Palestinian Auth.*,
  651 F.3d 118 (D.C.Cir. 2011) ........................................................... 42, 45

*Flanagan v. Islamic Republic of Iran*,
  190 F. Supp. 3d 138 (D.D.C. 2016) ..................................................................37

*Flory v. United States*,
  79 F.3d 24 (5th Cir. 1996) ..................................................................12

*Ford Motor Co. v. Montana Eighth Jud. Dist. Ct.*,
  141 S. Ct. 1017 (2021) ............................................................. 16, 17, 20, 21, 22,

*Frontera Res. Azerbaijan Corp. v. State Oil Co. of Azerbaijan Republic*,
  582 F.3d 393 (2d Cir. 2009) ..................................................................4

*Gill*,
  893 F.Supp.2d ..................................................................42

*Goldberg v. UBS*,
  660 F. Supp. 2d 410 (E.D.N.Y. 2009) .............................................................1, 22

*Gridiron Steel Co. v. Jones & Laughlin Steel Corp.*,
  361 F.2d 791 (6th Cir. 1966) ..................................................................32

*Halberstam v. Welch*,
  705 F.2d 472 (D.C. Cir. 1983) ........................................................... 47, 48, 50

*Havel v. Honda Motor Eur. Ltd.*,
   2014 WL 4967229 (S.D. Tex. Sept. 30, 2014) ............................................ 18, 19,

*Hood v. Am. Auto Care, LLC*,
   21 F.4th 1216 (10th Cir. 2021) ..................................................................26

*Hunger U.S. Special Hydraulics Cylinders Corp. v. Hardie-Tynes Mfg. Co.*,
   203 F.3d 835 (10th Cir. 2000) ...................................................................14

*Hunter v. Serv-Tech, Inc.*,
   2009 WL 2858089 (E.D. La. Aug. 28, 2009) .............................................13

*In re Nexus 6P Prod. Liab. Litig.*,
   2018 WL 827958 (N.D. Cal. Feb. 12, 2018) ..............................................18

*In re Parmalat Sec. Litig.*,
   474 F. Supp. 2d 547 (S.D.N.Y. 2007) ................................................. 44, 45

*In re Parmalat Sec. Litig.*,
   594 F. Supp. 2d 444 (S.D.N.Y. 2009) ........................................................46

*In re Scott Cable Commc'ns, Inc.*,
   259 B.R. 536 (D. Conn. 2001) .....................................................................3

*Ins. Corp. of Ireland v. Compagnie des Bauxites de Guinee*,
   456 U.S. 694 (1982) ............................................................................. 10,

*J. McIntyre Mach., Ltd. v. Nicastro*,
   564 U.S. 873, (2011) .................................................................................11

*Jenco v. Islamic Republic of Iran*,
   154 F. Supp. 2d 27 (D.D.C. 2001) .............................................................44

*Kaplan v. Lebanese Canadian Bank*,
   405 F. Supp. 3d 525 (S.D.N.Y. 2019) ................................................. 38, 42

*Kemper v. Deutsche Bank AG*,
   911 F.3d 383 (7th Cir. 2018) .....................................................................41

4873-6555-8836, v. 1

*Kerney v. Fort Griffin Fandangle Ass'n, Inc.*,
  624 F.2d 717 (5th Cir. 1980) ...................................................................................27

*Klinghoffer,*
  739 F.Supp. ...............................................................................................................33

*Knox v. PLO*,
  306 F. Supp. 2d 424 (S.D.N.Y. 2004) .........................................................................2

*Leibovitch v. Syrian Arab Republic*,
  25 F. Supp. 3d 1071 (N.D. Ill. 2014) .........................................................................51

*Linde v. Arab Bank*,
  882 F.3d 314 (2d Cir. 2018) ......................................................................................36

*Livnat v. PA*,
  851 F.3d 45 (D.C. Cir. 2017) ................................................................ 7, 8, 20, 21, 22,

*Luna v. Bank of Am. NA*,
  2015 WL 11120875 (N.D. Tex. Nov. 9, 2015) ..........................................................39

*Lyngaas v. Ag*,
  992 F.3d 412 (6th Cir. 2021) .....................................................................................26

*Marks v. U.S.*,
  430 U.S. 188 (1977) ...................................................................................................12

*Miller v. Arab Bank*,
  372 F. Supp. 3d 33 (E.D.N.Y. 2019) ........................................................................36

*Mohamad v. PA*,
  566 U.S. 449 (2012) ............................................................................................ 45, 46

*Mohamad v. Rajoub*,
  634 F.3d 604 (D.C. Cir. 2011) ..................................................................................46

*Molock v. Whole Foods Mkt. Grp., Inc.*,
  952 F.3d 293 (D.C. Cir. 2020) ..................................................................................26

*Murray v. Sevier*,
    156 F.R.D. 235 (D. Kan. 1994) ................................................. 27, 28, 29, 30, 32

*Mussat v. Enclarity*,
    362 F. Supp. 3d 468 (N.D. Ill. 2019) ................................................... 12

*Mussat v. IQVIA, Inc.*,
    953 F.3d 441 (7th Cir. 2020) ............................................................ 26

*New Hampshire v. Maine*,
    121 S. Ct. 1808 (2001) ..................................................................... 32

*Northbrook Excess & Surplus v. Med. Malpractice Joint Underwriting Ass'n of Massachusetts*,
    900 F.2d 476 (1st Cir. 1990) ....................................................... 26, 27

*Oklahoma v. Int'l Registration Plan, Inc.*,
    455 F.3d 1107 (10th Cir. 2006) ........................................................... 3

*Owens v. BNP Paribas, S.A.*,
    897 F.3d 266 (D.C. Cir. 2018) ........................................................... 41

*Parsons v. PA*,
    715 F. Supp. 2d 27 (D.D.C. 2010) ..................................................... 45

*Patrician Towers Owners, Inc. v. Fairchild*,
    513 F.2d 216 (4th Cir. 1975) ............................................................ 29

*Peay v. BellSouth Med. Assistance Plan*,
    205 F.3d 1206 (10th Cir. 2000) ........................................................ 22

*Price v. Socialist People's Libyan Arab Jamahiriya*,
    294 F.3d 82 (D.C. Cir. 2002) ........................................................... 7, 8

*Puerto Rico Pub. Hous. Admin. v. U.S. Dep't of Hous. & Urb. Dev.*,
    59 F. Supp. 2d 310 (D.P.R. 1999) ..................................................... 4, 5

*Republic of Argentina v. Weltover*,
    504 U.S. 607 (1992) ...................................................................... 3-4

*Resolution Trust Corp. v. Deloitte & Touche*,
  822 F. Supp. 1512 (D. Colo. 1993) ............................................................... 25, 33

*Rothstein v. UBS AG*,
  708 F.3d 82 (2d Cir. 2013) .................................................................................41

*Rux v. Republic of Sudan*,
  461 F.3d 461 (4th Cir. 2006) ..............................................................................37

*Salt Lake City Corp. v. Sekisui SPR Americas, LLC*,
  2018 WL 4688356 (D. Utah Sept. 28, 2018) .....................................................12

*Sattar v. United States*,
  314 F. Supp. 2d 279 (S.D.N.Y. 2004) ................................................................37

*Schansman v. Sberbank of Russia*,
  565 F. Supp. 3d 405 (S.D.N.Y. 2021) ................................................................38

*Sclafani v. Air & Liquid Sys. Corp.*,
  2013 WL 12119556, n.9 (C.D. Cal. Mar. 20, 2013) ..........................................32

*Sembach v. McMahon Coll., Inc.*,
  86 F.R.D. 188 (S.D. Tex. 1980) ................................................................. 25, 28

*Shatsky v. PLO*,
  955 F.3d 1016 (D.C. Cir. 2020) ........................................................... 20, 21, 22

*Shatsky v. PLO*,
  2017 WL 2666111 (D.D.C. June 20, 2017) ................................................ 40, 41

*Shatsky v. PLO*,
  2022 WL 826409 (S.D.N.Y Mar. 18, 2022) ....................... 6, 7, 9, 10, 11, 12, 15

*Sokolow v. PLO*,
  60 F. Supp. 3d 509 (S.D.N.Y. 2014) ..................................... 30, 31, 32, 43, 45

*Sokolow v. PLO*,
  2015 WL 10852003 (S.D.N.Y. Oct. 1, 2015) ......................................................1

*Sokolow v. PLO*,
  --- F.Supp.3d ----, 2022 WL 719261 (S.D.N.Y. Mar. 10, 2022) ............. 10, 11, 12

*South Carolina v. Katzenbach*,
  383 U.S. 301 (1966) ............................................................................ 3, 4, 5

Southern District of New York agreed the PSJVTA is unconstitutional. *Fuld v. PLO*,
  578 F. Supp. 3d 577 (S.D.N.Y. 2022) ................................................................ 10

*Taha v. Bucks Cnty. Pennsylvania*,
  172 F. Supp. 3d 867 (E.D. Pa. 2016) ................................................................. 3

*Tinley v. Poly-Triplex Techs., Inc.*,
  2009 WL 812150 (D. Colo. Mar. 26, 2009) ........................................................ 14

*Titan Feeding, LLC v. Corey Cattle Company, LLC*,
  2022 WL 4182458 (D. Colo. Sept. 13, 2022) .......................................... 18, 19, 22

*Toumazou v. Turkish Republic of Northern Cyprus*,
  No. 14-7170 (D.C. Cir. Jan 15, 2016) ................................................................ 8

*Ungar v. PA*,
  315 F. Supp. 2d 164 (D.R.I. 2004) ............................................................. 2, 33

*United States v. Kandic*,
  2022 WL 1266431, (E.D.N.Y. Apr. 28, 2022) ..................................................... 37

*V&A Collection, LLC v. Guzzini Properties Ltd.*,
  46 F.4th ----, 2022 WL 3589143 (2d Cir. Aug. 23, 2022) .............................. 10, 11

*Virgin Islands v. Miller*,
  2010 WL 1790213 (V.I. Super. May 4, 2010) ...................................................... 4

*Waldman v. PLO*
  835 F.3d 317 (2d Cir. 2016) ................................................................. 2, 7, 8

*Waldman*, *Livnat*, *Klieman v. PA*,
  923 F.3d 1115 (D.C. Cir. 2019) ................................................................ 20, 22

*Weiss v. Nat'l Westminster Bank*,
  768 F.3d 202 (2d Cir. 2014) ...................................................................................36

*Wenz v. Memery Crystal*,
  55 F.3d 1503 (10th Cir. 1995) ......................................................................... 17, 20

*White-Ruiz v. City of New York*,
  1996 WL 744892 (S.D.N.Y. Dec. 31, 1996) ........................................................12

*Wultz v. Islamic Republic of Iran*,
  755 F.Supp.2d 1 (D.D.C. 2010)........................................................................ 42, 51

*WW, LLC v. Coffee Beanery, Ltd.*,
  2012 WL 3728184 (D. Md. Aug. 27, 2012) .........................................................14

**Statutes**

18 U.S.C. § 2331 ................................................................................ 1, 19, 21, 34

18 U.S.C. § 2333 ........................................................ 19, 34, 36, 42, 46, 47, 50, 51

18 U.S.C. § 2334 .............................................................................................. 2, 9, 23

18 U.S.C. § 2339 ............................................................................................. 36, 37

U.S. Const. Amend. V.........................................................................................3

**Rules**

Fed. R. Civ. P. 4 ...................................................................................................2

Fed. R. Civ. P. 12 ........................................................................................ passim

Fed. R. Civ. P. 17 .................................................................................................27

Fed. R. Civ.P. 23 ......................................................................................... passim

Fed. R. Evid. 801(d)(2) ........................................................................................32

## Other Authorities

7C Fed. Prac. & Proc. Civ. § 1861 (3d ed.) .......................................... 35, 40, 42, 44

8B Wright, Miller & Marcus, § 2180 (3d ed. 2010) .................................................44

*Continuing Work of the Civil Committee: 1966 Amendments of the Federal Rules of Civil Procedure (I)*,
   81 Harv. L. Rev. 356............................................................................... 37, 40, 41

*The History of the Modern Class Action, Part I: Sturm Und Drang, 1953-1980*,
   90 WASH. U. L. REV. 587 (2013).......................................................................36

Wright & Miller § 1867 ........................................................................ 36, 38, 41

DATED this 20th day of September, 2022.

        *s/ Daniel K. Calisher*
        Daniel K. Calisher
        Foster Graham Milstein & Calisher, LLP
        360 South Garfield Street, 6th Floor
        Denver, Colorado 80209
        Telephone: 303-333-9810
        Email: calisher@fostergraham.com
        *Attorneys for Plaintiffs*

        *s/ Jordan Factor*
        Jordan Factor
        Allen Vellon Wolf Helfrich & Factor, P.C.
        1600 Stout Street, Suite 1900
        Denver, Colorado 80202
        Telephone: 303-534-4499
        Email: jfactor@allen-vellone.com
        *Attorneys for Plaintiffs*

        *s/ Asher Perlin*
        Asher Perlin, Esq.
        4600 Sheridan Street, Suite 303
        Hollywood, Florida 33021
        Telephone: 786-233-7164
        Email: asher@asherperlin.com
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of September, 2022, a true and correct copy of the foregoing **TABLE OF AUTHORITIES SUPPLEMENT TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT UNDER RULE 12(b)(2) AND RULE 12(b)(6)** was electronically served upon all counsel of record via *ECF*.

*s/ Daniel K. Calisher*