UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

SHELLEY LEVINE, *et al.*,

            Plaintiffs,

            - v -

THE PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY,

            Defendants.

Case No. 21-cv-03043

## DEFENDANTS' UNOPPOSED MOTION TO FILE OVERSIZE REPLY BRIEF

Pursuant to COLO.LCivR 7.1, Defendants respectfully request that the Court grant leave for Defendants to file a reply brief in support of their Motion to Dismiss the First Amended Complaint (ECF No. 58) of no more than 38 pages. Plaintiffs do not oppose the requested enlargement.

Defendants make this request because: (1) Defendants must respond to two briefs filed by Plaintiffs (51 pages) (ECF No. 69) and the United States (19 pages) (ECF No. 73), respectively, which total 70 pages of briefing, and (2) the Court granted Plaintiffs' motion to file an oversize 55-page response brief (ECF No. 66), which more than doubled Plaintiffs' 20-page limit under Rule IV.C of the Court's Civil Practice Standards ("Rule IV.C").

Defendants note that their requested enlargement is proportional to the enlargement granted to Plaintiffs for their response to Defendants' Motion to Dismiss the First Amended Complaint. Defendants will be replying to Plaintiffs' 51-page opposition brief and the Government's 19-page intervention brief. Whether calculated solely as against Plaintiffs' brief, or as against both Plaintiffs' and the Government's brief taken together, a 38-page reply is proportional under the ratio—20-page limit for opposition briefs to 15-page limit for reply briefs—set forth in Rule IV.C.

For the foregoing reasons, Defendants respectfully request that the Court allow them leave to file a reply brief in support of their Motion to Dismiss the First Amended Complaint of no more than 38 pages.

Dated: October 27, 2022

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

By: /s/ Gassan A. Baloul
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, NW
Washington, DC 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
Email: gassan.baloul@squirepb.com
Email: mitchell.berger@squirepb.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this 27th day of October, 2022, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION TO FILE OVERSIZE REPLY BRIEF** was electronically served upon all counsel of record via *ECF*.


                                      *Gassan A. Baloul*