UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| SHELLEY LEVINE, *et al.*,<br><br>    Plaintiffs,<br><br>    - v -<br><br>THE PALESTINE LIBERATION ORGANIZATION and<br>THE PALESTINIAN AUTHORITY,<br><br>    Defendants. | Case No. 21-cv-03043 |

### [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE OVERSIZE REPLY BRIEF

Upon consideration of Defendants' Unopposed Motion To File Oversize Reply Brief in Support of their Motion to Dismiss the First Amended Complaint (the "Motion"), and for good cause shown;

**IT IS HEREBY ORDERED** that the Motion is granted.  Defendants shall have leave to file a reply in support of their motion to dismiss of no more than 38 pages.

DATED this __ day of _____, 2022.

_____
Raymond P. Moore
United States District Judge