# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

        Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

        Defendants.

## JOINT MOTION FOR EXTENSION OF TIME
## TO FILE STATUS REPORT *NUNC PRO TUNC*

Plaintiffs Shelley Levine, et al., and Defendants the Palestine Liberation Organization and the Palestinian Authority (collectively "Parties") submit this Joint Motion for Extension of Time to File Status Report *Nunc Pro Tunc* as follows:

    1.    Pursuant to the Court's Order dated May 9, 2022 [Doc. No. 48], the Parties were directed to file a status report advising the Court of their positions as to the timing of a scheduling conference within seven (7) days of the completion of briefing on Defendants' motion to dismiss the Amended Complaint.

    2.    Briefing on Defendants' motion to dismiss was completed on November 14, 2022.

    3.    The Parties' deadline to file a status report was November 21, 2022.

4. The Parties inadvertently missed the November 21, 2022, deadline—likely because it was triggered from the close of briefing and not a date certain. The Parties apologize to the Court for this oversight.

5. This is the Parties' second request for an extension of time in connection with filing a status report as to the scheduling conference.

6. No party will be prejudiced by the relief requested herein.

WHEREFORE, the Parties hereby request an extension of time, *nunc pro tunc*, through and including December 7, 2022, in which to file a status report regarding the setting of the scheduling conference.

Dated: November 25, 2022.

*s/ Daniel K. Calisher*
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com
*Attorneys for Plaintiffs*

*s/ Jordan Factor*
Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiffs*

4889-3723-8080, v. 1

*s/ Asher Perlin*
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-233-7164
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*


*s/ Gassan A. Baloul*
Gassan A. Baloul
Mitchell R. Berger
Squire Patton Boggs (US) LLP
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile:  (202) 457-6315
gassan.baloul@squirepb.com
mitchell.berger@squirepb.com
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

    I hereby certify that on this 25th day of November, 2022, a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT** *NUNC PRO TUNC* was electronically served upon all counsel of record via *ECF*.

    *s/ Daniel K. Calisher*

4889-3723-8080, v. 1