IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

        Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority"),

        Defendants.

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE STATUS REPORT *NUNC PRO TUNC***

THIS MATTER comes before the Court on the Joint Motion for Extension of Time to File Status Report *Nunc Pro Tunc* ("Motion") filed by Plaintiffs Shelley Levine, et al., and Defendants the Palestine Liberation Organization and the Palestinian Authority (collectively "Parties"), and upon consideration, the Court GRANTS the Motion and ORDERS that the Parties shall have an extension of time, through and including December 7, 2022, in which to file a status report regarding the setting of the scheduling conference.

DATED this _____ day of November, 2022.

                      BY THE COURT:

                      _____
                      United States District Court Judge