IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHABTAI SCOTT SHATSKY, *et al.*,    )<br><br>                                    )<br>Plaintiffs,    )<br>v.    )<br>                                    )<br>THE SYRIAN ARAB REPUBLIC, *et al.*,    )<br>                                    )<br>Defendants.    ) | Civil Action No. 1:02cv02280 (RJL) |

**DEFENDANTS THE PALESTINIAN AUTHORITY'S AND
THE PALESTINE LIBERATION ORGANIZATION'S
RULE 26(a)(1)(A) DISCLOSURES**

I.    <u>Introduction</u>:

Defendants, The Palestinian Authority ("PA") and The Palestine Liberation Organization ("PLO"), by and through counsel, submit the following Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A). Defendants' ability to submit their Initial Disclosures is limited by the generalized, non-specific and speculative nature of the allegations contained in Plaintiffs' First Amended Complaint [DE 3] ("Complaint"). *See, e.g.*, Answer of Defendants The Palestinian Authority and The Palestine Libaration Organization [DE 128] at Eighth Affirmative Defense and ¶¶ 3, 4, 27-30, 32-57, 60, 63-65, 166. The Complaint also includes allegations lodged against unidentified defendants "John Does 1-99," hampering Defendants' investigation into the facts alleged therein. *See, e.g.*, Complaint at ¶¶ 3, 27, 30, 32-39, 42, 45-54, 56, 57, 60, 63-65, 84-89, 143, 144, 149, 161-163.

Accordingly, Defendants make the following disclosures subject to and without waiving their right to amend or supplement the disclosures if and when Plaintiffs provide information in support of the generalized, non-specific and speculative allegations contained in their Complaint.

**EXHIBIT A**

1.      The disclosures contained herein are based on certain non-privileged information that is currently available to the Defendants. The Defendants reserve the right, if and as required under Fed. R. Civ. P. 26(a)(1) and Fed. R. Civ. P. 26(e), to amend the Initial Disclosures as discovery progresses in this case.

2.      In this regard, though Defendants' investigation into the facts alleged in Plaintiffs' Complaint is ongoing, Defendants note that the attack alleged in the Complaint took place in an area controlled by the Government of Israel, where the PA and PLO lack governing, investigative, and law enforcement authority and capability. Defendants' ability to gather information and documents that they may use to support their defenses to Plaintiffs' allegations is hampered by this fact.

3.      The Defendants are not hereby disclosing any information that is protected from disclosure by the attorney-client privilege, the attorney work-product doctrine, or other applicable statutory or common law privileges.

4.      Pursuant to Fed. R. Civ. P. 26(a)(1)(A), the Defendants are not disclosing information that they may have and may use solely for purposes of impeachment.

II.     Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A):

    *A.     Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i):*

**"The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment."**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), Defendants provide below the name and other required information, as known, concerning individuals "likely to have discoverable information" that the Defendants "may use to support [their] claims or defenses." As stated above, the investigation is continuing, and Defendants will supplement these disclosures as they

1199265 1

**EXHIBIT A**

encounter additional individuals that Defendants may use to support their claims or defenses. Listing the following individuals (i) does not constitute a representation that Defendants have yet spoken with the individuals, (ii) does not suggest that Defendants have or will sponsor any statements by the individuals, and (iii) does not suggest that Defendants have the ability to make the individuals available or will call the individuals to testify at trial. Where employed by Defendants, individuals may be contacted through counsel for Defendants.

|   | Name | Address | Subject of Discoverable Information |
|---|------|---------|-------------------------------------|
| 1 | Representative from the Office of the Presidential Security Services | Headquarters of the Office of the Presidential Security Service, The Muqata'a Ramallah, Occupied Palestinian Territory<br><br>c/o counsel of record for Defendants | May have information relating to the security situation and security infrastructure in the Occupied Territories at the time of the incident; may have information relating to the existence, contents, organization and destruction of records of military, police, law enforcement and security organizations in the Palestinian Territories, including, without limitation, the removal and/or destruction of such records by the Israeli Defense Forces; and may have information relating to Defendants' lack of responsibility for the incident. |
| 2 | Representative from the Office of the Palestinian National Security Forces | Headquarters of the Palestinian National Security Forces, The Muqata'a Ramallah, Occupied Palestinian Territory<br><br>c/o counsel of record for Defendants | May have information relating to the security situation and security infrastructure in the Occupied Territories at the time of the incident; may have information relating to the existence, contents, organization and destruction of records of military, police, law enforcement and security organizations in the Palestinian Territories, including, without limitation, the removal and/or destruction of such records by the Israeli Defense Forces; and may have information relating to Defendants' lack of responsibility for the incident. |

1199265.1

**EXHIBIT A**

|   | Name | Address | Subject of Discoverable Information |
|---|------|---------|-----------------------------------|
| 3 | Representative from the Office of the Palestinian Civil Police | Headquarters of the the Palestinian Civil Police, Ramallah, Occupied Palestinian Territory<br><br>c/o counsel of record for Defendants | May have information relating to the security situation and security infrastructure in the Occupied Territories at the time of the incident; may have information relating to the existence, contents, organization and destruction of records of military, police, law enforcement and security organizations in the Palestinian Territories, including, without limitation, the removal and/or destruction of such records by the Israeli Defense Forces; and may have information relating to Defendants' lack of responsibility for the incident. |
| 4 | Representative from the Office of the Palestinian General Intelligence Service | Headquarters of the Palestinian General Intelligence Service, Ramallah, Occupied Palestinian Territory<br><br>c/o counsel of record for Defendants | May have information relating to the security situation and security infrastructure in the Occupied Territories at the time of the incident; may have information relating to the existence, contents, organization and destruction of records of military, police, law enforcement and security organizations in the Palestinian Territories, including, without limitation, the removal and/or destruction of such records by the Israeli Defense Forces; and may have information relating to Defendants' lack of responsibility for the incident. |
| 5 | Any individual identified by Plaintiffs in their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i) to which Defendants do not otherwise object on any basis, including any basis relating to the discovery, use or admissibility of information known by the individual | | |

4

1199265.1

**EXHIBIT A**

B.      *Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii):*

**"A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment."**

The PA hereby describes, by category, non-privileged documents and tangible things that Defendants may use to support their claims or defenses. As stated above, the investigation is continuing, and Defendants will supplement these disclosures as they encounter additional documents that Defendants may use to support their claims or defenses.

1.      Documents produced by Plaintiffs in response to Defendants' Requests for Production of documents to which Defendants do not otherwise object on any basis, including any basis relating to the discovery, use or admissibility of such documents.

2.      Documents filed in connection with Defendants' Motion to Vacate Clerk's Entry of Default [DE 77] and Defendants' Memorandum in Reply to Plaintiffs' Memorandum in Opposition to Motion to Vacate Clerk's Entry of Default [DE 98], including but not limited to all Exhibits submitted in support of these pleadings.

3.      Any documents identified by Plaintiffs in their disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii) to which Defendants do not otherwise object on any basis, including any basis relating to the discovery, use or admissibility of such documents.

4.      Statements issued by The Palestinian Authority condemning the incident at issue in this lawsuit.

C.      *Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii):*

At this time, Defendants have no disclosures to make pursuant to this subsection.

D.      *Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iv):*

At this time, Defendants have no disclosures to make pursuant to this subsection.

1199265.1

**EXHIBIT A**

Dated:  October 28, 2011

Richard A. Hibey (No. 74823)
Mark J. Rochon (No. 376042)
Charles F. B. McAleer, Jr. (No. 388681)
Timothy P. O'Toole (No. 469800)
MILLER & CHEVALIER CHARTERED
655 15th St., N.W., Suite 900
Washington D.C.  20005-6701
(202) 626-5800 (telephone)
(202) 626-5801 (facsimile)

*Attorneys for Defendants The Palestinian
Authority and The Palestine Liberation
Organization*

6

1199265.1

**EXHIBIT A**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 28, 2011, a true and genuine copy of the foregoing

was sent by First Class Mail to the following:

Robert J. Tolchin
The Berkman Law Office, LLC
111 Livingston Street – Suite 1928
Brooklyn, NY 11201
rjt@tolchinlaw.com

*Attorneys for Plaintiffs*

Richard A. Hibey

1199265.1

**EXHIBIT A**