

**From:** Dan Calisher
**Sent:** Tuesday, December 20, 2022 7:21 AM
**To:** Asher Perlin <asher@asherperlin.com>; Alonzo, Joseph <joseph.alonzo@squirepb.com>
**Cc:** Berger, Mitchell <mitchell.berger@squirepb.com>; M Haller <Hallermm@gmail.com>; Jordan Factor (jfactor_allen-vellone.com) (jfactor_allen-vellone.com) <jfactor@allen-vellone.com>; Jason M. Spitalnick <jspitalnick@fostergraham.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>; Owen, Brent R. <brent.owen@squirepb.com>; Brown Doolittle, Amy <amy.doolittle@squirepb.com>; Chip G. Schoneberger <cschoneberger@fostergraham.com>; Tiffany Noel <tiffany@fostergraham.com>; Larry Katz <lkatz@fostergraham.com>
**Subject:** Document Preservation

Counsel:

In the parties' Joint Status Report, the Defendants claimed, without elaboration, that "Defendants ... are aware of and complying with their document preservation obligations." (DE 80 at § 29). Please advise specifically what actions Defendants and their counsel have taken in this regard, including what actions, if any, have been taken by Defendants and counsel to identify all potentially relevant documents and information and to place them under a litigation hold. Cf. <u>Cache La Poudre Feeds, LLC v. Land O'Lakes, Inc.</u>, 244 F.R.D. 614 (D. Colo. 2007) (discussing duties of litigants and counsel).

Thank you.

**EXHIBIT B**

**Daniel K. Calisher**
**Foster Graham Milstein & Calisher, LLP**
360 South Garfield Street
Sixth Floor
Denver, Colorado 80209
Phone: 303-333-9810
www.fostergraham.com



Confidentiality Notice and Disclaimer: This e-mail and/or attachment(s) may contain privileged and/or confidential information for the intended recipient. Any unauthorized distribution, copying, or other use is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this e-mail.

**From:** Asher Perlin <asher@asherperlin.com>
**Sent:** Tuesday, December 20, 2022 4:28 AM
**To:** Alonzo, Joseph <joseph.alonzo@squirepb.com>
**Cc:** Dan Calisher <calisher@fostergraham.com>; Berger, Mitchell <mitchell.berger@squirepb.com>; M Haller <Hallermm@gmail.com>; Jordan Factor (jfactor_allen-vellone.com) (jfactor_allen-vellone.com) <jfactor@allen-vellone.com>; Jason M. Spitalnick <jspitalnick@fostergraham.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>; Owen, Brent R. <brent.owen@squirepb.com>; Brown Doolittle, Amy <amy.doolittle@squirepb.com>; Chip G. Schoneberger <cschoneberger@fostergraham.com>; Tiffany Noel <tiffany@fostergraham.com>; Larry Katz <lkatz@fostergraham.com>
**Subject:** [EXTERNAL] Re: Conferral

**[EXTERNAL EMAIL]** CAUTION: This email originated from outside of the organization. DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Joe,
The attachments that were inadvertently left off Dan's email are attached hereto.

Asher Perlin
786-687-0404
asherperlin.com

On Tue, Dec 20, 2022 at 1:27 AM Alonzo, Joseph <joseph.alonzo@squirepb.com> wrote:

> Dear Mr. Calisher,

**EXHIBIT B**

Your email states that "Copies of the statements are attached hereto," but no attachments were in fact included. Please provide them to us.



**Joseph S. Alonzo**

Partner

Squire Patton Boggs (US) LLP

1211 Avenue of the Americas, 26th Floor

New York, NY 10036

T +1 212 872 9831

O +1 212 872 9800

F +1 212 872 9815

**joseph.alonzo@squirepb.com** | squirepattonboggs.com

Find Us: Twitter | LinkedIn | Facebook | Instagram

---

**From:** Dan Calisher <calisher@fostergraham.com>
**Sent:** Monday, December 19, 2022 6:03 PM
**To:** Berger, Mitchell <mitchell.berger@squirepb.com>; Asher Perlin <asher@asherperlin.com>
**Cc:** M Haller <Hallermm@gmail.com>; Jordan Factor (jfactor_allen-vellone.com) (jfactor_allen-vellone.com) <jfactor@allen-vellone.com>; Jason M. Spitalnick <jspitalnick@fostergraham.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>; Owen, Brent R. <brent.owen@squirepb.com>; Brown Doolittle, Amy <amy.doolittle@squirepb.com>; Alonzo, Joseph <joseph.alonzo@squirepb.com>; Chip G. Schoneberger <cschoneberger@fostergraham.com>; Tiffany Noel <tiffany@fostergraham.com>; Larry Katz <lkatz@fostergraham.com>
**Subject:** [EXT] Conferral

Dear Mr. Berger,

As we made clear in the parties' Joint Status Report, a stay of discovery will cause Plaintiffs serious and irreparable prejudice because, among other reasons, several of Defendants' current and past officials with relevant personal knowledge are well advanced in years and will retire or possibly pass away (or become incapacitated) in the not-too-

**EXHIBIT B**

distant future. While Plaintiffs oppose any stay, we intend to argue in the alternative that even if a stay of discovery is granted it should be partial, and Plaintiffs should be permitted to take depositions of several witnesses without delay.

One of these witnesses is Sultan Abu al-Einein, who for at least a decade has served as a senior PA official with the rank of minister and as an advisor to Mahmoud Abbas. In light of his position, Abu al-Einein is subject to deposition by notice on the PA, pursuant to Rule 30(b)(1). However, Abu al-Einein is over 70 years old, and therefore can be expected to retire in the not-distant future, in which case the PA would no longer be required to produce him for deposition, and he would very likely become unavailable as a witness. Additionally, of course, there is no guarantee of his continued health, given his age.

Plaintiffs seek to take Abu al-Einein's deposition now in order to authenticate several statements published by him on his Facebook page, in support of the terrorist massacre from which the *Levine* case arises. Given his position in the PA when he made them, those statements are admissible as evidence of the PA's state of mind regarding the attack. Copies of the statements are attached hereto. Statement 1 contains an English translation of the Arabic text, provided by Facebook, that we understand to be essentially accurate. We are informed that the Arabic text in Statement 2 says: "**Uday and Ghassan Abu Jamal, who carried out the heroic Jerusalem operation**." We are informed that the translation of the Arabic text in Statement 3 provided by Facebook is not accurate, and that a better translation of the relevant parts would be: "**Peace be upon you, O children of Jerusalem ... Blessed be your quality weapons ... your kitchen knives and axes. By Allah, these are stronger than the arsenals of our enemy, because [they are being used] according to Allah's will. [We,] Allah's soldiers carry out his will**."

We seek to depose Abu al-Einein in order to confirm that the Facebook page on which these statements were published (https://www.facebook.com/AllwaSltanAbwAlynyn) is in fact his Facebook page. This deposition could be obviated easily, if Defendants would simply agree to stipulate that the Facebook page does indeed belong to Abu al-Einein.

Accordingly, pursuant to Local Civil Rule 7.1(a), please advise whether Defendants will agree to produce Abu al-Einein for a video deposition on a mutually convenient date in the near future, or, alternatively, to provide a stipulation that the Facebook page on which these statements were published is indeed Abu al-Einein's Facebook page.

Thank you.

**Daniel K. Calisher**

**Foster Graham Milstein & Calisher, LLP**

360 South Garfield Street

Sixth Floor

**EXHIBIT B**

Denver, Colorado 80209

Phone: 303-333-9810

www.fostergraham.com

Confidentiality Notice and Disclaimer: This e-mail and/or attachment(s) may contain privileged and/or confidential information for the intended recipient. Any unauthorized distribution, copying, or other use is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this e-mail.

------------------------------------------------------------------
45 Offices in 20 Countries

This message is confidential and may be legally privileged or otherwise protected from disclosure. If you are not the intended recipient, please telephone or email the sender and delete this message and any attachment from your system; you must not copy or disclose the contents of this message or any attachment to any other person.

For information about how Squire Patton Boggs processes UK and EU personal data that is subject to the requirements of applicable data protection laws, please see our Privacy Notice regarding the processing of UK and EU personal data about clients and other business contacts at www.squirepattonboggs.com.

Squire Patton Boggs (US) LLP is part of the international legal practice Squire Patton Boggs, which operates worldwide through a number of separate legal entities. Please visit www.squirepattonboggs.com for more information.

#US
------------------------------------------------------------------

**EXHIBIT B**