**Major General Sultan Abu Al-**

اللواء سلطان ابو العينين

November 18, 2014

الصور من مكان تنفيذ العملية البطولية في المعهد الديني الصهيوني ردا على اغتيال الشهيد يوسف الرموني (ابو جهاد)

Photos from the place where the heroic operation was carried out at the Zionist Religious Institute in response to the assassination of the martyr Youssef Al-Ramouni (Abu Jihad)

· Hide original · Rate this translation



EXHIBIT C



EXHIBIT C





EXHIBIT C