

**Major General Sultan Abu Al-Einein**

اللواء سلطان ابو العينين
November 18, 2014

عدي وغسان ابو جمل منفذا عملية القدس البطولية

Uday and Ghassan Abu Jamal, who carried out the heroic Jerusalem

307   39 comments   11 shares

Like   Comment   Share

All comments

Write a comment...
Press Enter to post.

EXHIBIT D