Case No. 1:21-cv-03043-GPG-STV   Document 85-6   filed 12/28/22   USDC Colorado   pg 1 of 4

12/28/22, 6:05 PM          ENGEL-- Ranking Member Eliot Engel Sends Bipartisan Letter to Palestinian President Mahmoud Abbas Criticizing Incitement to…

(/)

# PRESS RELEASES (/PRESS-RELEASES)

**SIGN UP FOR PRESS RELEASE LIST (/PRESS-LIST-SUBSCRIBE)**

# ENGEL-- Ranking Member Eliot Engel Sends Bipartisan Letter to Palestinian President Mahmoud Abbas Criticizing Incitement to (/press-releases?ID=33BF4EB9-7DBA-4406-A8B6-1440AC9A1E06)

## May 15, 2013

Washington, D.C. –Rep. Eliot Engel (D-NY), Ranking Member of the House Committee on Foreign Affairs, today sent a bipartisan letter to Palestinian President Mahmoud Abbas, condemning the comments made by Fatah official Sultan Abu Al-Einein, who expressed

EXHIBIT F

Case No. 1:21-cv-03043-GPG-STV   Document 85-6   filed 12/28/22   USDC Colorado   pg 2 of 4

12/28/22, 6:05 PM                ENGEL-- Ranking Member Eliot Engel Sends Bipartisan Letter to Palestinian President Mahmoud Abbas Criticizing Incitement to…

his open support for the murderer of Evyatar Borovsky, an Israeli who was stabbed to death by Palestinian terrorist Salam Al-Zaghal while he was waiting for a ride.

The letter was cosigned by Ed Royce, Chairman of the House Committee on Foreign Affairs, Nita Lowey, Ranking Member of the Appropriations Committee, Ted Deutch, Ranking Member of the Subcommittee on the Middle East, and Brad Sherman, Ranking Member of the Subcommittee on Terrorism, Non-proliferation, and Trade.

The text of the letter follows:

His Excellency Mahmoud Abbas

President

Palestinian National Authority

Al Muqata'a, Ramallah West Bank

May 15, 2013

Dear Mr. President:

During our recent meeting in Ramallah, you stressed your absolute commitment to non-violence in resolving the Palestinian-Israeli conflict. We were encouraged by your remarks, and appreciate the time you shared with our delegation.

However, upon our return to the United States we were troubled to learn that a senior Palestinian Authority official, Sultan Abu Al-Einein, who previously served as your advisor holding the rank of minister, had recently expressed his open support for the murderer who killed Evyatar Borovsky, an Israeli who was stabbed to death by Palestinian terrorist Salam Al-Zaghal while he was waiting for a ride.

Mr. Al-Einein stated, "We salute the heroic fighter, the self-sacrificing Salam Al-Zaghal." And he went on to note that "He [Al-Zaghal] insisted on defending his honor, so he went against the settler and killed him. Blessings to the breast that nursed Salam Al-Zaghal." We have also become aware that only hours after the murder, the administrator of Fatah's official Facebook page glorified Al-Zaghal as a "hero."

**EXHIBIT F**

Case No. 1:21-cv-03043-GPG-STV   Document 85-6   filed 12/28/22   USDC Colorado   pg 3 of 4

12/28/22, 6:05 PM                ENGEL-- Ranking Member Eliot Engel Sends Bipartisan Letter to Palestinian President Mahmoud Abbas Criticizing Incitement to…

President Abbas, allowing this type of incitement and hatemongering to take place within your ranks is intolerable if you are truly dedicated to non-violence. We ask that you publically and officially denounce and condemn Mr. Al-Einein's remarks at once and remove him from his position in your government. We also request that Fatah immediately remove its Facebook page glorifying this murder.

We look forward to seeing you take action on this matter and working with you to create a peaceful and prosperous future for the Palestinian people.

Sincerely,

Eliot L. Engel   Ed Royce

Ranking Member   Chairman

Committee on Foreign Affairs   Committee on Foreign Affairs

Nita Lowey   Brad Sherman

Ranking Member   Ranking Member

Committee on Appropriations   Subcommittee on Terrorism,

Nonproliferation, and Trade

Ted Deutch

Ranking Member

Subcommittee on the Middle East

and North Africa

---

**Related Coverage**

**Original Letter sent by Ranking Member Eliot Engel to Palestinian President Mahmoud Abbas (/sites/democrats.foreignaffairs.house.gov/files/migrated/113/051413AbbasLetter.pdf)**

EXHIBIT F

12/28/22, 6:05 PM  ENGEL-- Ranking Member Eliot Engel Sends Bipartisan Letter to Palestinian President Mahmoud Abbas Criticizing Incitement to…

Permalink: **https://foreignaffairs.house.gov/2013/5/engel-ranking-member-eliot-engel-sends-bipartisan-letter-palestinian-president (https://foreignaffairs.house.gov/2013/5/engel-ranking-member-eliot-engel-sends-bipartisan-letter-palestinian-president)**

**EXHIBIT F**