

**From:** Dan Calisher
**Sent:** Monday, December 19, 2022 4:03 PM
**To:** 'Berger, Mitchell' <mitchell.berger@squirepb.com>; Asher Perlin <asher@asherperlin.com>
**Cc:** M Haller <Hallermm@gmail.com>; Jordan Factor (jfactor_allen-vellone.com) (jfactor_allen-vellone.com) <jfactor@allen-vellone.com>; Jason M. Spitalnick <jspitalnick@fostergraham.com>; Baloul, Gassan A. <gassan.baloul@squirepb.com>; Owen, Brent R. <brent.owen@squirepb.com>; Brown Doolittle, Amy <amy.doolittle@squirepb.com>; Alonzo, Joseph <joseph.alonzo@squirepb.com>; Chip G. Schoneberger <cschoneberger@fostergraham.com>; Tiffany Noel <tiffany@fostergraham.com>; Larry Katz <lkatz@fostergraham.com>
**Subject:** Conferral

Dear Mr. Berger,

As we made clear in the parties' Joint Status Report, a stay of discovery will cause Plaintiffs serious and irreparable prejudice because, among other reasons, several of Defendants' current and past officials with relevant personal knowledge are well advanced in years and will retire or possibly pass away (or become incapacitated) in the not-too-distant future. While Plaintiffs oppose any stay, we intend to argue in the alternative that even if a stay of discovery is granted it should be partial, and Plaintiffs should be permitted to take depositions of several witnesses without delay.

One of these witnesses is Sultan Abu al-Einein, who for at least a decade has served as a senior PA official with the rank of minister and as an advisor to Mahmoud Abbas. In light of his position, Abu al-Einein is subject to deposition by notice on the PA, pursuant to Rule 30(b)(1). However, Abu al-Einein is over 70 years old, and therefore can be expected to

**EXHIBIT H**

retire in the not-distant future, in which case the PA would no longer be required to produce him for deposition, and he would very likely become unavailable as a witness. Additionally, of course, there is no guarantee of his continued health, given his age.

Plaintiffs seek to take Abu al-Einein's deposition now in order to authenticate several statements published by him on his Facebook page, in support of the terrorist massacre from which the *Levine* case arises. Given his position in the PA when he made them, those statements are admissible as evidence of the PA's state of mind regarding the attack. Copies of the statements are attached hereto. Statement 1 contains an English translation of the Arabic text, provided by Facebook, that we understand to be essentially accurate. We are informed that the Arabic text in Statement 2 says: "**Uday and Ghassan Abu Jamal, who carried out the heroic Jerusalem operation**." We are informed that the translation of the Arabic text in Statement 3 provided by Facebook is not accurate, and that a better translation of the relevant parts would be: "**Peace be upon you, O children of Jerusalem ... Blessed be your quality weapons ... your kitchen knives and axes. By Allah, these are stronger than the arsenals of our enemy, because [they are being used] according to Allah's will. [We,] Allah's soldiers carry out his will**."

We seek to depose Abu al-Einein in order to confirm that the Facebook page on which these statements were published (https://www.facebook.com/AllwaSltanAbwAlynyn) is in fact his Facebook page. This deposition could be obviated easily, if Defendants would simply agree to stipulate that the Facebook page does indeed belong to Abu al-Einein.

Accordingly, pursuant to Local Civil Rule 7.1(a), please advise whether Defendants will agree to produce Abu al-Einein for a video deposition on a mutually convenient date in the near future, or, alternatively, to provide a stipulation that the Facebook page on which these statements were published is indeed Abu al-Einein's Facebook page.

Thank you.

**Daniel K. Calisher**
**Foster Graham Milstein & Calisher**, LLP
360 South Garfield Street
Sixth Floor
Denver, Colorado 80209
Phone: 303-333-9810
www.fostergraham.com



Confidentiality Notice and Disclaimer: This e-mail and/or attachment(s) may contain privileged and/or confidential information for the intended recipient. Any unauthorized distribution, copying, or other use is strictly prohibited. If you have received it in error, please immediately notify us by telephone (303-333-9810) or e-mail, and delete this e-mail.