**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

              Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

              Defendants.

---

### DECLARATION OF DR. RONNI SHAKED

---

Dr. Ronni Shaked declares pursuant to 28 U.S.C. § 1746, as follows:

**I.    Introduction**

1. My full name is Ronni Shaked. I am an Israeli citizen and resident.

2. I am the Head of the Middle East Research Unit at the Harry S. Truman Research Institute for the Advancement of Peace, in Jerusalem. I have no financial interest in this litigation.

3. The purpose of this Declaration, provided at the request of plaintiffs' counsel in the above-captioned case, is to present the Court with the information set forth in Parts III-IV below.

**II.    Professional Background**

4. Between 1969 and 1982, I worked for the Israeli Security Agency (the "ISA"), the Israeli government intelligence and investigatory agency responsible for combating terrorism in

Israel and in the West Bank and Gaza Strip.[1] I held a number of positions during my service with the ISA, including: Commander of the Jerusalem Sector, and Commander of the Ramallah Sector.

5. I specifically dedicated a year of my service in the ISA to the study of terrorism and the development of theories aimed at defeating it in the West Bank and Gaza, in addition to the development of theories and procedures for the defense of Israeli targets in other countries.

6. Throughout my years of work with the ISA, I handled agents who operated within terrorist organizations, I participated in and conducted interrogations of terrorist operatives, and I participated in and commanded operations intended to defeat terrorist operations. I was also responsible for intelligence-related functions such as collecting and analyzing evidence.

7. From 1982 until 2013, I was a commentator and analyst for the newspaper with the largest distribution in Israel, *Yedioth Ahronoth*, where I wrote about Palestinian affairs, terrorism and Islamic fundamentalist organizations. As a member of the editorial board, I wrote hundreds of articles, almost all of them about Palestinian and terrorism related issues.

8. During my tenure at *Yedioth Ahronoth* I interviewed many important members of terrorist organizations, including the Popular Front for the Liberation of Palestine ("PFLP"). I also interviewed leaders of the Palestine Liberation Organization ("PLO") and Palestinian Authority ("PA"), including the late Yasser Arafat and current PLO/PA head Mahmoud Abbas.

9. In order to confirm my research and findings, I cross-reference sources of information by, for example, interviewing leaders and officials from competing groups. Similarly,

---

[1] The ISA is also sometimes known as the Shabak or Shin Bet, which are, respectively, an acronym and the initials of its name in Hebrew (*Sherut haBitachon haKlali*).

I conduct interviews with Israeli and Palestinian security sources in order to authenticate information, and I rely on official written reports by domestic and foreign security agencies.

10. I have a Bachelor's degree in Middle Eastern Studies from the Hebrew University.

11. I have a Master's degree (*summa cum laude*) in Middle Eastern Studies, with a focus on fundamental Islam, suicide attacks and Palestinian Islamic organizations, from the Hebrew University.

12. I have a Ph.D. in Middle Eastern and Social Psychology, with a focus on the psychological aspects of the Israeli-Palestinian conflict, from the Hebrew University. My dissertation was "The Palestinian Society's Ethos of Conflict."

13. I have provided expert declarations or reports in United States federal courts in the following civil cases:

- *Ungar v. Islamic Republic of Iran*, 211 F. Supp. 2d 91 (D.D.C. 2002)
- *Rubin v. Islamic Republic of Iran*, No. 01-cv-1655 (D.D.C. 2003)
- *Stern v. Islamic Republic of Iran*, 271 F. Supp. 2d 286 (D.D.C. 2003)
- *Haim v. Islamic Republic of Iran*, 425 F. Supp. 2d 56 (D.D.C. 2006)
- *Strauss v. Crédit Lyonnais, S.A.*, No. 06-cv-702 (E.D.N.Y. 2009)
- *Weiss v. National Westminster Bank Plc*, No. 05-cv-4622 (E.D.N.Y. 2010)
- *Linde v. Arab Bank Plc*, No. 04-cv-2799 (E.D.N.Y. 2011).
- *Gill v. Islamic Republic of Iran*, No. 15-cv-2272 (D.D.C. 2017).
- *Weinstock v. Islamic Republic of Iran*, No. 17-cv-23272 (S.D.Fla. 2018).
- *Steinberg v. Islamic Republic of Iran*, No. 17-cv-1990-RCL (D.D.C.).
- *Henkin, et al v. Islamic Republic of Iran* No. 18-cv-0127 (D.D.C.).
- *Fuld et al v. Islamic Republic of Iran, et.al.* 20-2444-RCL (D.D.C).

14. I have offered testimony at deposition or trial in the following civil cases:

- *Ungar v. Islamic Republic of Iran*, 211 F. Supp. 2d 91 (D.D.C. 2002)
- *Rubin v. Islamic Republic of Iran,* No. 01-cv-1655 (D.D.C. 2003)
- *Strauss v. Crédit Lyonnais*, No. 06-cv-702 (E.D.N.Y. 2009)
- *Weiss v. National Westminster Bank Plc*, No. 05-cv-4622 (E.D.N.Y. 2011)
- *Linde v. Arab Bank Plc*, No. 04-cv-2799 (E.D.N.Y. 2014).
- *Henkin, et al v. Islamic Republic of Iran*, No. 18-cv-0127 (D.D.C.).

15. I have authored or co-authored six books:

- Ronni Shaked and Aviva Shabi, Hamas: From Belief in Allah to the Path of Terror, Keter Publishing House, Jerusalem (1994).
- Ronni Shaked and Shlomo Harari, Capucci, Yedioth Ahronoth Books, Tel Aviv (1995).
- Ronni Shaked, On the Fence: The Palestinians in Israel: National Radicalism, Carmel, Jerusalem (2012).
- Ronni Shaked and Botun Mas'ud, From Jerusalem to Damascus and Back: An Intelligence Agent Behind Enemy Lines, Lavie P. Enterprise Publication, Jerusalem (2012).
- Ronni Shaked and Arnon Groiss, Schoolbooks of the Palestinian Authority : The Attitude to the Jews, to Israel and the Peace, Simon Wiesenthal Center Middle East Forum (2017)
- Ronni Shaked, From Behind the Kaffiyeh – The Conflict from the Palestinian Perspective, Yedioth Ahronoth, Tel Aviv (2018).

16. I have also served as an expert consultant for several documentaries relating to Palestinian terrorist organizations, including:

- "Collaborators" (1995)
- "The Army of Roses – Women Suicide Bombers" (2002)

- "The Engineer of Death" (2003)
- "For the Sake of Allah" (2006)
- "To Die in Jerusalem" (2008).

17. I have worked as a consultant for many governmental entities, including the United States Federal Bureau of Investigation, the United States Department of State, and the United States Department of Justice. From 1991-2001, I also served as a consultant to the Anti-Defamation League.

18. I have served as a commentator on Israeli television and radio. I have also served as a commentator on Arabic-language television stations, such as Al Jazeera and Al Arabiya. I also appeared as a regular commentator for the broadcast radio channel *Radio Lelo Hafsaka*.

19. Since 1988 until the present I have been invited to lecture officers of the Israel Defense Force (the Israeli army) on numerous occasions as an expert on terrorism.

20. I have been invited to give briefings on Palestinian terrorism to the Foreign Affairs Committee of the U.S. House of Representatives (senior staff briefing, January 1996); to U.S. Senator Evan Bayh (1999, four-hour briefing); to the Extra-Parliamentary Foreign Affairs Committee (London 1999); to the Federal Bureau of Investigation (in 1997 and 2000); to the United States State Department (1992); to the Anti-Defamation League (1991 - present); and, at the request of the United States Embassy in Israel, to various embassy staff and visiting U.S. government officials.

21. I was invited to lecture on Palestinian terrorism at the International Security and Defense Institute (May 2000) and at McGill University, Montreal (1997).

22. I have served as an advisor on Palestinian terrorism to the Ministry of Foreign Affairs, State of Israel; to the Israeli Police; and to the Office of the United States Attorney, Middle District, Florida - Special Committee on Islamic Jihad (2000).

23. As part of my professional work and research I frequently interview and speak with operatives and members of Palestinian terrorist groups, and exchange information with security and intelligence officials. I also frequently have access to documents and evidence gathered by Israeli and American intelligence and law enforcement agencies, including statements and confessions made by captured terrorist operatives.

24. Between 1988 and 1999 I was employed by the Hebrew University of Jerusalem as a lecturer in Palestinian affairs, Middle East terrorism and Islamic fundamentalist movements.

25. From 2012, I have served as a Principal Research Associate in the Harry Truman Institute for the Advancement of Peace at the Hebrew University. In 2015, I was appointed Head of the Middle East unit at the Truman Institute. I currently dedicate most of time to conducting academic research and consulting on Palestinian-related issues.

26. I am fluent in spoken and written Hebrew, Arabic and English, and qualified to translate between these languages.

27. My knowledge of and familiarity with the matters discussed herein is based on the expertise I have developed during many decades of on-going research, study and publishing, as well as the sources referenced herein.

### III.     Major-General Sultan Abu al-Einein

28.     Sultan Abu al-Einein's full legal name is Hassan Ahmad Mohammed al-Einein.[2] He was born in Lebanon in 1951.[3] He served in various senior leadership positions in the "Fatah" faction of the PLO (the PLO's dominant and largest faction) in Lebanon for decades, was granted the rank of "Brigadier General" by the PLO, and relocated to the West Bank in 2009.[4] He currently lives in the Ramallah area, about 10 miles north of Jerusalem.

29.     By early 2010, Sultan Abu al-Einein had been promoted by the PLO to the rank of Major-General.[5] On March 8, 2010, PA President and PLO Chairman Mahmoud Abbas issued Resolution No. 54 (2010), appointing Abu al-Einein "as an advisor to the President" (i.e., to Abbas himself) on refugee affairs, "with the rank of Minister." The March 8, 2010 Resolution appointing Abu al-Einein was published in the PA's official gazette.[6]

30.     On March 6, 2012, PA President and PLO Chairman Abbas issued Resolution No. 29 (2012), which transferred Abu al-Einein from his prior position, to the position of "advisor to the President on NGO affairs," with the "same rank," i.e., the rank of Minister. The March 6, 2012 Resolution appointing Abu al-Einein was published in the PA's official gazette.[7]

---

[2] *See* bit.ly/3IamVW3.

[3] *See* https://www.aljazeera.net/encyclopedia/icons/2010/12/5/سلطان-أبو-العينين; https://www.alquds.co.uk/أمريكا-تطلب-من-القيادة-الفلسطينية-طرد/.

[4] *Id.*

[5] *See* https://wafa.ps/ar_page.aspx?id=0Lz6LNa536622135225a0Lz6LN

[6] *See* bit.ly/3IamVW3.

[7] *See* https://info.wafa.ps/userfiles/server/pdf/fact_95.pdf.

7

31. On December 25, 2012, PA President Abbas issued Decree No. 11 (2012), creating a new PA governmental agency, named the "Civil Organizations Affairs Authority." The Decree provides that the Civil Organizations Affairs Authority is subordinate to the President of the PA (Article 2) and is subject to the financial and administrative control mechanisms of the PA (Article 5). The Decree further provides that the Head of the Civil Organizations Affairs Authority shall be appointed by the President of the PA (Article 6), must obtain the approval of the PA President for the Authority's operational plan, and must submit annual reports to the PA President. (Article 7). The Decree was published in the PA's official gazette.[8]

32. A few days later, on December 31, 2012, PA President Abbas issued Resolution No. 139 (2012), appointing Abu al-Einein as the Head of the PA's newly-established Civil Organizations Affairs Authority, "with the same rank," i.e., the rank of Minister. The Resolution was published in the PA's official gazette.[9]

33. Sultan Abu al-Einein remains until today the Head of the PA's Civil Organizations Affairs Authority, with the PA rank of Minister and the PLO rank of Major-General.[10]

---

[8] *See* https://info.wafa.ps/userfiles/server/pdf/Proceedings_of_the_99.pdf. *See also* http://palembassy-lb.net/_news.php?news_id=4664.

[9] *Id.*

[10] *See e.g.* the December 20, 2022 announcement on the official Facebook page of the Civil Organizations Affairs Authority (https://www.facebook.com/CSOC.PALESTINE) on behalf of both the Authority and "**its Head, Major General Sultan Abu al-Einein**," mourning the death of Nasser Abu Hamid, who was convicted of murdering seven Israeli and American citizens in terrorist attacks, at bit.ly/3WL21kr. (According to the PA's own domain registry, the official website address of the Authority is www.coc.ps, but that URL simply redirects to the aforementioned Facebook page).

34. The Facebook page https://www.facebook.com/AllwaSltanAbwAlynyn *appears* to belong to Sultan Abu al-Einein. The name on the page is "Major-General Sultan Abu al-Einein," the main photograph (as well as many other photos) are of Abu al-Einein, and the numerous posts on the page *appear* (given their topics and content) to have been posted by Abu al-Einein.

## IV.   Dr. Ramzi Khoury

35. Article 24 of the PLO Constitution (1968) provided for the establishment of the PLO's "treasury," to be called the Palestinian National Fund ("PNF"). The PNF "is responsible for funding the PLO's activities and constituent organizations," such as the PFLP. [11]

36. Dr. Ramzi Khoury has served as the Director-General of the PNF from 2005 until today. Khoury is also a member of the PLO's Executive Committee, and holds the rank of Minister in the PA.[12] Khoury was born in 1946, and resides in both Ramallah and Amman.

37. In a very lengthy interview (in Arabic) published by the PLO on January 23, 2020, on one of its official websites (www.plo.ps), Khoury explained that in 2005, PLO Chairman Mahmoud Abbas "issued the decision to entrust me with the responsibility of administering the Palestinian National Fund, considering it to be the backbone of the PLO and the key to making it work," that since 2005 Khoury has *personally* conducted an extremely extensive restructuring, auditing, and record archiving program within the PNF, which continues to this day, and that he personally has a unique, bird's-eye understanding of the PNF's payment flows.[13]

---

[11] https://ecfr.eu/special/mapping_palestinian_politics/ramzi-khoury/; https://fatehwatan.ps/page-37461.html.

[12] https://ecfr.eu/special/mapping_palestinian_politics/ramzi-khoury/.

[13] www.plo.ps/article/52072/.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 28, 2022

_____
Ronni Shaked