**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

                Defendants.

---

## DECLARATION OF YANIV BERMAN

I, Yaniv Berman, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read and understand Arabic and English fluently, and I am capable of translating accurately from Arabic to English.

2. The three documents attached hereto are true copies of posts on the Facebook page https://www.facebook.com/AllwaSltanAbwAlynyn, and the English-language texts appearing in the documents are true and accurate translations of the adjacent Arabic-language original texts.

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 28, 2022.

                                                                                     Yaniv Berman

**Major General Sultan Abu Al-Einein**

اللواء سلطان ابو العينين

November 18, 2014

الصور من مكان تنفيذ العملية البطولية في المعهد الديني الصهيوني ردا على اغتيال الشهيد يوسف الرموني (ابو جهاد)

Photos from the place where the heroic operation was carried out at the Zionist Religious Institute in response to the assassination of the martyr Youssef Al-Ramouni (Abu Jihad)

· Hide original · Rate this translation











**Major General Sultan Abu Al-Einein**
اللواء سلطان ابو العينين
November 18, 2014

عدي وغسان ابو جمل منفذا عملية القدس البطولية

Uday and Ghassan Abu Jamal, who carried out the heroic Jerusalem operation

307        39 comments    11 shares

Like        Comment        Share

All comments

Write a comment...
Press Enter to post.

 facebook  



**Major General Sultan Abu Al-Einein**
اللواء سلطان ابو العينين
November 19, 2014

سلام الله عليكم يا ابناء القدس،، ايها المرابطون في رحاب قبلة الله الاولى نيابة عن شعبكم اولا وامتكم العربيه وما بقي منها على قيد الحياة واظنهم اموات في عداد الاحياء

سلمت عجلات سياراتكم وسكاكين المطابخ وبلطات سلاحكم النوعي فوالله ان هذا لاقوى من ترسانة عدونا لانه بارادة من عند الله

ان لله جنودا ان ارادوا اراد

May God's peace be with you, O people of Jerusalem. You who are stationed at the plazas of God's first qibla [Translator's note: "first qibla" is a religious term for Jerusalem], primarily in the name of your people, and also your Arab nation, or what is left of it. I consider them dead among the living.

God bless the tires of your cars, your kitchen knives, and your excellent axes. They are the most powerful weapon to fend off our enemy, as it is God's will.

If God's soldiers have the will, so shall HE.

· Hide original · Rate this translation

300     18 comments  11 shares

Like     Comment     Share

Most relevant