# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

           Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

           Defendants.

## NOTICE OF AMENDED EXHIBIT C, EXHIBIT D AND EXHIBIT E
## TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY
## DISCOVERY AND RELATED PROCEEDINGS PENDING RESOLUTION OF
## DEFENDANTS' MOTION TO DISMISS

Plaintiffs hereby submit amended Exhibits C, D and E to their Opposition to Defendants' Motion to Stay Discovery and Related Proceedings Pending Resolution of Defendants' Motion to Dismiss (Dkt. No. 85).

DATED this 29th day of December, 2022.

                              *s/ Daniel K. Calisher*
                              Daniel K. Calisher
                              Foster Graham Milstein & Calisher, LLP
                              360 South Garfield Street, 6th Floor
                              Denver, Colorado 80209
                              Telephone: 303-333-9810
                              Email: calisher@fostergraham.com
                              *Attorneys for Plaintiffs*

*s/ Jordan Factor*
Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiffs*


*s/ Asher Perlin*
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-233-7164
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2022, a true and correct copy of the foregoing **NOTICE OF AMENDED EXHIBIT C, EXHIBIT D AND EXHIBIT E TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY AND RELATED PROCEEDINGS PENDING RESOLUTION OF DEFENDANTS' MOTION TO DISMISS** was electronically served upon all counsel of record via *ECF*.

*s/ Daniel K. Calisher*