

EXHIBIT C



**EXHIBIT C**



**EXHIBIT C**



**EXHIBIT C**