

**Major General Sultan Abu Al-Einein**

اللواء سلطان ابو العينين
November 18, 2014 ·

عدي وغسان ابو جمل منفذا عملية القدس البطولية

Uday and Ghassan Abu Jamal, who carried out the heroic Jerusalem operation

👍 307                           39 comments  11 shares

👍 Like          💬 Comment          ↗ Share

All comments ▼

 Write a comment...          
Press Enter to post.

**EXHIBIT D**