12/18/22, 3:04 PM

Facebook

**facebook**

**Major General Sultan Abu Al-Einein**
اللواء سلطان ابو العينين
November 19, 2014

سلام الله عليكم يا ابناء القدس،، ايها المرابطون في رحاب قبلة الله الاولى نيابة عن شعبكم اولا وامتكم العربيه وما بقي منها على قيد الحياة واظنهم اموات في عداد الاحياء
سلمت عجلات سياراتكم وسكاكين المطابخ وبلطات سلاحكم النوعي فوالله ان هذا لاقوى من ترسانة عدونا لانه بارادة من عند الله
ان لله جنودا ان ارادوا اراد

May God's peace be with you, O people of Jerusalem. You who are stationed at the plazas of God's first qibla [Translator's note: "first qibla" is a religious term for Jerusalem], primarily in the name of your people, and also your Arab nation, or what is left of it. I consider them dead among the living.

God bless the tires of your cars, your kitchen knives, and your excellent axes. They are the most powerful weapon to fend off our enemy, as it is God's will.

If God's soldiers have the will, so shall HE.

· Hide original · Rate this translation

300                18 comments  11 shares

👍 Like          💬 Comment         ↗ Share

Most relevant ▼

https://www.facebook.com/AllwaSltanAbwAlynyn/posts/pfbid0LhBpEcTbi5Qp4U3JK3bMbZLv84HLY3hVTj5uYd35sJM2ePzqmKjUX2Lb9dSsXEh9l

1/5

**EXHIBIT E**