IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

        Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian
National Authority"),

        Defendants.

## MOTION TO PERMIT WITNESSES TO
## APPEAR BY VIDEO CONFERENCING TECHNOLOGY

Pursuant to COLO.L.Civ.R. 7.1 and 83.1 and for good cause, Plaintiffs move to permit their expert witness, Dr. Ronni Shaked, to appear by video conferencing technology for his examination by Defendants' counsel (if any) at the hearing scheduled for January 10, 2023, on Defendants' Motion to Stay. Plaintiffs also move to permit any witnesses who provide declarations in support of Defendants' Reply, to appear for their examination by Plaintiffs' counsel at the hearing, in the same manner.

In support hereof, Plaintiffs state as follows:

1.    On December 14, 2022, Defendants moved to stay discovery and related proceeding pending resolution of their motion to dismiss (DE 82).

2. On the same date, the Court entered a minute order setting an expedited briefing schedule for the Defendants' Motion to Stay (DE 84).

3. The minute order also set a Motion Hearing for January 10, 2023 (DE 84).

4. The Plaintiffs filed their Opposition to the Defendants' Motion to Stay on December 28, 2022 (DE 85). Plaintiffs argued that the Motion should be denied in its entirety, and in the alternative, that the Court should allow them to take video depositions of two witnesses whose testimony may be lost if delayed (DE 85).

5. In support of their Opposition to the stay, the Plaintiffs filed the expert Declaration of Dr. Ronni Shaked, who explained the necessity for the testimony of the two named witnesses and discussed the witness's advanced age and other factors that could render their testimony unavailable if delayed (DE 85, 85-9).

6. Dr. Shaked is an expert on Palestinian affairs and Palestinian terrorist organizations, including the Defendants (DE 85-9). Dr. Shaked resides and works in Israel, where he serves as the Head of the Middle East Research Unit at the Harry S. Truman Research Institute for the Advancement of Peace, in Jerusalem.

7. On December 29, 2022, Plaintiffs asked Defense counsel to advise whether Defendants intended to examine Dr. Shaked regarding his declaration at the January 10, 2023, hearing on the Defendants' Motion to Stay. Plaintiffs requested a prompt response due to the expedited briefing schedule and the need to make appropriate arrangements for Dr. Shaked to appear, if necessary.

8. Defendants' counsel refused to provide a prompt response and did not indicate when, if ever, they would respond to Plaintiffs' inquiry as to whether they would seek to examine Dr. Shaked.

9. Accordingly, on December 30, 2022, Plaintiffs' counsel again wrote to Defense counsel stating that because Defendants would not inform Plaintiffs whether they intended to examine Dr. Shaked, Plaintiffs would move for leave to have Dr. Shaked appear by video for any examination. Pursuant to Local Rule 7.1(a) Plaintiffs asked whether Defendants would consent to this motion.

10. Defendants again refused to provide a prompt response, stating that they would advise Plaintiffs whether they opposed Dr. Shaked's appearance by video conference, only on January 3, 2023.

11. Thus, Defendants have indicated that they may (or may not) seek to examine Dr. Shaked, and may (or may not) demand to examine him in person.

12. Accordingly, given the very short time remaining until the hearing, Defendants' inexplicable refusal to take a position (even about video testimony), and the fact that Dr. Shaked lives abroad, the Plaintiffs are constrained to file this motion.

13. Given the purpose of the motion hearing, the nature of the testimony provided by Dr. Shaked in his declaration, the absence of any possible prejudice to Defendants, the tight time frame, Defendants' refusal to state whether they even intend to examine Dr. Shaked, and the potential waste of time and resources, the Court should permit Dr. Shaked to appear by video conference for any examination.

14. By the same token, if Defendants file any declarations as exhibits to their Reply in support of their Motion to Stay, those declarants should be permitted to appear by video conference for examination at the hearing by Plaintiffs' counsel.

For the foregoing reasons, the Plaintiffs respectfully request that the Court grant this Motion.

Respectfully Submitted,

*s/ Asher Perlin*
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-687-0404
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*

4