IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE SCOTT T. VARHOLAK**

| | |
|---|---|
| Civil Action:21-cv-03043-RM-STV | FTR - Reporter Deck - Courtroom A402 |
| Date: January 10, 2023 | Courtroom Deputy:  Monique Ortiz |

<u>Parties</u>:

LEVINE et al

    Plaintiff,

v.

PALESTINE LIBERATION ORGANIZATION, THE,
PALESTINIAN AUTHORITY, THE, and RIYAD MANSOUR

    Defendants.

<u>Counsel</u>:

Daniel Calisher
Asher Perlin (by phone)

Mitchell Berger
Brent Owen
Gassan Baloul

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in session:   11:18 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court on Defendants' Motion to Stay Discovery and Related Proceedings Pending Resolution of Defendants' Motion to Dismiss [ECF Doc. No. 82, filed 12/14/2022].  The court has reviewed the motion and all related briefing.

Arguments by counsel.

For the reasons as stated on the record, it is:

**ORDERED:** Defendants' Motion to Stay Discovery and Related Proceedings Pending Resolution of Defendants' Motion to Dismiss [ECF Doc. No. 82] is **GRANTED** with the limited exception of the three Requests for Production, three Requests for Admission and three Interrogatories,

limited to the preservation of evidence with respect to Mr. Khoury and Mr. Al-Einein.

HEARING CONCLUDED.
**Court in  recess:**    **11:51 a.m.**
Time In Court:         00:33

To order a transcript of this proceeding, contact Patterson Transcription Company at (303)755-4536 OR AB Litigation Services at (303)629-8534.