**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**


Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                  Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian National Authority"),

                  Defendants.

---

## PLAINTIFFS' NOTICE OF NEW SUPPLEMENTAL AUTHORITY RELEVANT TO DEFENDANTS' PENDING MOTION TO DISMISS

---

In their Reply in support of their motion to dismiss Plaintiffs' First Amended Complaint (FAC), Defendants quoted *Freeman v. HSBC Holdings*, 413 F. Supp. 3d 67 (E.D.N.Y. 2019) in support of their claim "[t]he FAC does not plausibly allege that Defendants 'conspire[d] directly with the person or entity'—here, Uday Abu Jamal and Ghassan Abu Jamal—to commit any act of 'international terrorism' as defined in the ATA, let alone 'the act of international terrorism that injured the plaintiff[s].'" (DE 76 at 30) (quoting *Freeman*).

Plaintiffs file this Notice to alert the Court to the recent decision in *Freeman v. HSBC Holdings PLC*, ___ F.4th ____, 2023 WL 105568 (2d Cir. Jan. 5, 2023), which explicitly rejected the holding of the district court relied upon by Defendants.

The Second Circuit held in *Freeman* that the Antiterrorism Act (ATA), as amended by the Justice Against Sponsors of Terrorism Act (JASTA), 18 U.S.C. § 2333(d)(2), provides for conspiracy liability where, as here, the Defendants and the terrorist organization carrying out the terrorist attack—here the PFLP—are part of a common conspiracy, and does not require that the defendant conspire with the individual terrorist perpetrators: "So long as the defendant and the 'person' – which can include an entity or association – carrying out the act of international terrorism are part of a common conspiracy, there is nothing in the text or structure of JASTA requiring that they meet, communicate, or interact for the defendant to be held liable for his coconspirator's actions." *Freeman*, 2023 WL 105568, at \*6 (emphasis added). Plaintiffs' FAC satisfies this standard *a fortiori* because it alleges Defendants conspired <u>directly</u> with the PFLP.

While the Second Circuit affirmed dismissal of the ATA conspiracy claims against the defendant banks in *Freeman*, it did so on two grounds entirely inapposite here.

First, the Second Circuit affirmed due to the lack of allegations that the "Banks and the terrorist groups shared any 'common intent,' or 'that the Banks and the terrorist groups 'engaged in a common pursuit.'" *Id.*, at \*7 (cleaned up). By contrast, the FAC in this case alleges in detail an agreement and a common scheme between Defendants and the PFLP to use terrorism to advance their joint political goals.

The Second Circuit also affirmed the dismissal because the *Freeman* plaintiffs failed to allege the underlying terrorist attacks were carried out "in furtherance" of the conspiracy. *Freeman*, 2023 WL 105568, at \*8-9. By contrast, Plaintiffs in this case allege extensively the synagogue attack was one of many terror attacks executed by the PFLP further to its common scheme with Defendants to use terrorism to wrest control of territories from Israel. Indeed, the

4878-9086-7275, v. 1

PFLP itself expressly confirmed this fact. *See* FAC ¶ 173 (PFLP officials stated "the two martyrs' blood that was shed yesterday has reinforced Jerusalem's Arab identity, and has thwarted the attempts to Judaize [sic] Jerusalem," and that the attack "prove[s] that … we will continue to chase this enemy wherever it is until he leaves our land.").

DATED this 19th day of January, 2023.

*s/ Daniel K. Calisher*
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com
*Attorneys for Plaintiffs*

*s/ Jordan Factor*
Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiffs*

*s/ Asher Perlin*
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-233-7164
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2023, a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF NEW SUPPLEMENTAL AUTHORITY RELEVANT TO DEFENDANTS' PENDING MOTION TO DISMISS** was electronically served upon all counsel of record via *ECF*.


_____*s/ Daniel K. Calisher*_____

4878-9086-7275, v. 1