UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, et al.,

          Plaintiffs,

v.

The PALESTINE LIBERATION ORGANIZATION and
THE PALESTINIAN AUTHORITY,

          Defendants.

## ENTRY OF APPEARANCE

Amy Brown Doolittle of the law firm Squire Patton Boggs (US) LLP hereby enters her appearance as counsel for and on behalf of Defendants The Palestine Liberation Organization and The Palestinian Authority in the above-captioned proceeding. Per Local Attorney Rule 5(a)(3)(c), I am a member in good standing of the U.S. District Court for the District of Colorado. Please serve all documents in this case directly at the address below.

Respectfully submitted this 23rd day of February, 2023.

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Amy Brown Doolittle*
Amy Brown Doolittle
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
(202) 457-6315 (facsimile)
amy.doolittle@squirepb.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

Amy Brown Doolittle, an attorney duly admitted to practice before this Court, certifies that on February 23, 2023, I caused true and correct copies of the foregoing **ENTRY OF APPEARANCE** to be served on all counsel of record via electronic filing on the Court's CM/ECF system.

Dated: February 23, 2023

/s/ *Amy Brown Doolittle*
Amy Brown Doolittle