UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION and
THE PALESTINIAN AUTHORITY,

                Defendants.

## DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF DAVID J. LIZMI AS COUNSEL

Pursuant to D.C. COLO. LCivR 7.1 and D.C. COLO. L. Atty. R. 5(b), the Palestinian Liberation Organization and the Palestinian Authority (collectively, "Defendants"), through their undersigned counsel of record, Squire Patton Boggs (US) LLP, respectfully move for an order withdrawing David J. Lizmi as counsel in this matter and request that he be removed from service of any further pleadings in connection therewith.  Mr. Lizmi is no longer an employee of Squire Patton Boggs (US) LLP or otherwise affiliated with the firm, and therefore will no longer represent Defendants in this matter.  Squire Patton Boggs remains counsel of record for Defendants, and the appearances by the other Squire Patton Boggs attorneys in this matter are not affected by this request.  Accordingly, no delay or prejudice to any party will result from the relief requested herein.

For the aforementioned reasons, Defendants respectfully request that the Court withdraw David J. Lizmi as counsel for the Defendants in this matter.

Dated: March 6, 2023

Respectfully submitted,

**SQUIRE PATTON BOGGS (US) LLP**

By: */s/ Gassan A. Baloul*
Gassan A. Baloul (DC Bar 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (DC Bar 385467)
mitchell.berger@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2023, a true and correct copy of the foregoing was electronically served upon all counsel of record via electronic filing on the Court's CM/ECF system.

Dated: March 6, 2023

*/s/ Gassan A. Baloul*
Gassan A. Baloul (DC Bar 1034245)

3