IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian National Authority"),

                Defendants.

**PLAINTIFFS' NOTICE OF NEW SUPREME COURT AUTHORITY**

Plaintiffs respectfully file this notice to alert the Court to the Supreme Court's recent decision in *Mallory v. Norfolk S. Ry. Co.*, No. 21-1168 (U.S. June 27, 2023) (copy attached). *Mallory* is directly relevant to, and dispositive of, Defendants' argument in their pending motion to dismiss that the Promoting Security and Justice for Victims of Terrorism Act ("PSJVTA") violates the due process clause by deeming Defendants' conduct to constitute submission to personal jurisdiction in actions under the Antiterrorism Act, 18 U.S.C. § 2333, such as the instant case. *Mallory* rejected a due process challenge to a similar jurisdictional statute, which, like the PSJVTA, deems specified conduct by a defendant to constitute submission to personal jurisdiction.

Plaintiffs intend to move the Court to permit supplemental briefing regarding the impact of *Mallory* on the PSJVTA, on the facts of this case. Before filing that motion, however, Plaintiffs will solicit Defendants' position regarding such supplemental briefing, and inquire of counsel for the United States (which has appeared in this action to defend the constitutionality of the PSJVTA) whether the United States would join the motion and/or seek to participate in such briefing.

DATED this 12[h] day of July, 2023.

Respectfully Submitted,

*s/ Daniel K. Calisher*
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com
*Attorneys for Plaintiffs*

*s/ Jordan Factor*
Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.

1

1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiffs*

s/ Asher Perlin
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-687-0404
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July, 2023, a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF NEW SUPREME COURT AUTHORITY** was electronically served upon all counsel of record via *ECF*.

*s/ Asher Perlin*

3