IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-GPG-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION;
THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority"
and/or "The Palestinian National Authority");
and RIYAD MANSOUR.

                Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs.

    DATED this 2nd day of August, 2023.

                                     *s/ Michael A. Rollin*
                                     Michael A. Rollin
                                     Foster Graham Milstein & Calisher, LLP
                                     360 South Garfield Street, 6th Floor
                                     Denver, Colorado 80209
                                     Telephone: 303-333-9810
                                     Email: mrollin@fostergraham.com
                                     *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2023, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically served upon all counsel of record via *ECF*.

                                              *s/ Michael A. Rollin*