# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03043-GPG-STV

SHELLEY LEVINE, *et al.*,

          Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION, *et al.*,

          Defendants.

## NOTICE OF APPEAL

Notice is hereby given that all the plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Tenth Circuit from the Order of the United States District Court for the District of Colorado (Gallagher, *J.*), filed on August 23, 2023 (Dkt. No. 111), which dismissed this action, and from the Final Judgment entered by the aforementioned district court on August 23, 2023 (Dkt. No. 112), which entered final judgment dismissing this action.

All the plaintiffs herein hereby appeal from each and every part of the aforementioned Order and Final Judgment, and from any and all other orders entered in this action that merged into the aforementioned Order and Final Judgment.

DATED this 13th day of September, 2023.

Respectfully Submitted,

*s/ Daniel K. Calisher*
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com
*Attorneys for Plaintiffs*

*s/ Jordan Factor*
Jordan Factor
Allen Vellon Wolf Helfrich & Factor, P.C.
1600 Stout Street, Suite 1900
Denver, Colorado 80202
Telephone: 303-534-4499
Email: jfactor@allen-vellone.com
*Attorneys for Plaintiffs*

*s/ Asher Perlin*
Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone: 786-687-0404
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2023, a true and correct copy of the foregoing **Notice of Appeal**, was electronically served upon all counsel of record via *ECF*.

*s/ Asher Perlin*

2