**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher**

Civil Action No. **1:21-cv-03043-GPG-STV**

SHELLEY LEVINE, et al.,

    Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION;
THE PALESTINIAN AUTHORITY (a/k/a "The Palestinian Interim Self-Government Authority" and/or "The Palestinian National Authority"); and
RIYAD MANSOUR, as the representative of The Palestine Liberation Organization and The Palestinian Authority,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the order entered by Judge Gordon P. Gallagher on August 23, 2023, [D. 111] it is

**ORDERED** that Defendants' Motion to Dismiss [D. 58] is **GRANTED**, It is

**FURTHER ORDERED** that Plaintiffs' First Amended Complaint and all remaining claims are dismissed without prejudice, it is

**FURTHER ORDERED:** that judgment is entered in favor of the Defendants, and against the Plaintiffs, it is

**FURTHER ORDERED** that the Defendants are awarded their costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

This case will be closed.

DATED at Grand Junction, Colorado this 23rd day of August 2023.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                              By:     <u>s/ D. Clement</u>
                                        D. Clement
                                        Deputy Clerk