ALLMTN,APPEAL,JD1,STAYED,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:21–cv–03043–GPG–STV

Levine et al v. Palestine Liberation Organization, The, et al
Assigned to: District Judge Gordon P Gallagher
Referred to: Magistrate Judge Scott T. Varholak
Cause: 18:2331 – Anti–Terrorism Act (Definitions)

Date Filed: 11/11/2021
Date Terminated: 08/23/2023
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Chaya Werfel**                          represented by    **Asher Perlin**
Asher Perlin, Attorney at Law
4600 Sheridan Street
Suite 303
Hollywood, FL 33021
786–687–0404
Email: asher@asherperlin.com
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
Suite 600
Denver, CO 80209
303–333–9810
Fax: 303–333–9786
Email: calisher@fostergraham.com
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street
Suite 600
Denver, CO 80209
303–333–9810
Fax: 303–333–9786
Email: mrollin@fostergraham.com
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street
Suite 1900
Denver, CO 80202
303–534–4499
Fax: 303–893–8332
Email: jfactor@allen–vellone.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Basya Yehudis Goldstein**                represented by    **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

| | | |
|---|---|---|
| **United States of America** | represented by | **Zach A. Avallone** |

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
202–514–2705
Email: zachary.a.avallone@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Shelley Levine** | represented by | **Asher Perlin** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Stefanie Levine** | represented by | **Asher Perlin** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Haya Levine** | represented by | **Asher Perlin** |

*as parent and natural guardian of minor Y.Y.L.*
*next friend*
Y.Y.L.
*Estate of*
Estate of Rabbi Kalman (Cary) Levine

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Rabbi Kalman (Cary) Levine**     represented by     **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Aharon Levine**     represented by     **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Chana Levine**     represented by     **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michal Levine**     represented by     **Asher Perlin**
*as parent and natural guardian of minor*     (See above for address)
*H.Y.A*     *ATTORNEY TO BE NOTICED*
*next friend*
H.Y.A.     **Jordan D. Factor**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bassheva Miriam Pelcovics**                    represented by    **Asher Perlin**
*as parent and natural guardian of minors*                        (See above for address)
*L.Y.P., Y.M.P., N.B.P., and Y.C.P*                               *ATTORNEY TO BE NOTICED*
*next friend*
L.Y.P.                                                            **Jordan D. Factor**
*born*                                                            (See above for address)
Y.M.P.                                                            *ATTORNEY TO BE NOTICED*
*next friend*
N.B.P.                                                            **Michael Andrew Rollin**
*next friend*                                                     (See above for address)
Y.C.P.                                                            *ATTORNEY TO BE NOTICED*

                                                                  **Daniel Kennedy Calisher**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yitzchok Meir Levine**                         represented by    **Asher Perlin**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jordan D. Factor**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Michael Andrew Rollin**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Daniel Kennedy Calisher**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yerachmiel Levine**                            represented by    **Asher Perlin**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Jordan D. Factor**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Michael Andrew Rollin**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

                                                                  **Daniel Kennedy Calisher**
                                                                  (See above for address)
                                                                  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moshe Levine**                    represented by   **Asher Perlin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jordan D. Factor**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Andrew Rollin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daniel Kennedy Calisher**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Avraham Levine**                  represented by   **Asher Perlin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jordan D. Factor**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Andrew Rollin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daniel Kennedy Calisher**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Dr. Norman Heching**              represented by   **Asher Perlin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jordan D. Factor**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Andrew Rollin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Daniel Kennedy Calisher**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Joseph Werfel**                   represented by   **Asher Perlin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jordan D. Factor**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Michael Andrew Rollin**
                                                     (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Avraham Nefoussi**                     represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Samuel Salis**                     represented by   **Asher Perlin**
*individually and as parent and natural*                         (See above for address)
*guardian of minor E.Y.S.*                                       *ATTORNEY TO BE NOTICED*
*next friend*
E.Y.S.                                                           **Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dana–Lee Salis**                     represented by   **Asher Perlin**
*individually and as parent and natural*                         (See above for address)
*guardian of minor E.Y.S.*                                       *ATTORNEY TO BE NOTICED*
*next friend*
E.Y.S.                                                           **Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Akiva Pollack**                     represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rabbi Saul Goldstein**                     represented by     **Asher Perlin**
*individually and as parent and natural*                        (See above for address)
*guardian of minors B.Y.G., E.G., A.D.G.,*                     *ATTORNEY TO BE NOTICED*
*N.G. and B.G.*
*next friend*                                                   **Jordan D. Factor**
B.Y.G.                                                          (See above for address)
*next friend*                                                   *ATTORNEY TO BE NOTICED*
E.G.
*next friend*                                                   **Michael Andrew Rollin**
A.D.G.                                                          (See above for address)
*next friend*                                                   *ATTORNEY TO BE NOTICED*
N.G.
                                                               **Daniel Kennedy Calisher**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Miriam Goldstein**                         represented by     **Asher Perlin**
*individually and as parent and natural*                        (See above for address)
*guardian of minors B.Y.G., E.G., A.D.G.,*                     *ATTORNEY TO BE NOTICED*
*N.G. and B.G.;*
*next friend*                                                   **Jordan D. Factor**
B.Y.G.                                                          (See above for address)
*next friend*                                                   *ATTORNEY TO BE NOTICED*
E.G.
*next friend*                                                   **Michael Andrew Rollin**
A.D.G.                                                          (See above for address)
*next friend*                                                   *ATTORNEY TO BE NOTICED*
N.G.
                                                               **Daniel Kennedy Calisher**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sarah Rivka Goldstein**                    represented by     **Asher Perlin**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Jordan D. Factor**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Michael Andrew Rollin**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Daniel Kennedy Calisher**
                                                               (See above for address)
                                                               *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mordechai Goldstein**                     represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Malka Goldstein**                     represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Moshe Gedaliah Goldstein**                     represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Yakova Kupinsky**                     represented by   **Asher Perlin**
*individually, as parent and natural*                          (See above for address)
*guardian of minors M.K., and Y.K.,*                          *ATTORNEY TO BE NOTICED*
*personal representative of the estate of*
*Rabbi Aryeh Kupinsky*                          **Jordan D. Factor**
*next friend*                          (See above for address)
M.K.                          *ATTORNEY TO BE NOTICED*
*Estate of*
Estate of Rabbi Aryeh Kupinsky                          **Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Estate of Rabbi Aryeh Kupinsky                represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Yitzchak Kupinsky                represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Devorah Kupinsky                represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Eliyahu Kupinsky                represented by   **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Bashy Miriam Twersky**<br>*personal representative of the Estate of Rabbi Moshe Twersky*<br>*Estate of*<br>Estate of Rabbi Moshe Twersky | represented by | **Asher Perlin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan D. Factor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Andrew Rollin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Kennedy Calisher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Meshulem Twersky**<br>*individually, as parent and natural guardian of minors R.T.(1), C.T., E.T.(1), Y.T., M.T., E.T.(2), and S.T*<br>*Estate of*<br>Estate of Rabbi Moshe Twersky<br>*next friend*<br>R.T.(1)<br>*next friend*<br>E.T.(1)<br>*next friend*<br>Y.T.<br>*next friend*<br>M.T.<br>*next friend*<br>E.T.(2)<br>*next friend*<br>S.T. | represented by | **Asher Perlin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan D. Factor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Andrew Rollin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Kennedy Calisher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

| | | |
|---|---|---|
| **Estate of Rabbi Moshe Twersky**<br>*by its personal representatives Bashy Miriam Twersky and Meshulem Twersky* | represented by | **Asher Perlin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Jordan D. Factor**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Michael Andrew Rollin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Daniel Kennedy Calisher**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Plaintiff**

**Refael Twersky**
*individually and as parent and natural
guardian of minors A.T., I.T., and R.T.(2)
next friend*
A.T.
*next friend*
L.T.
*next friend*
R.T.(2)

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rivka Walder**
*individually and as parent and natural
guardian of minors Y.A.W., I.W. and Y.W.
next friend*
Y.A.W.
*next friend*
I.W.
*next friend*
Y.W.

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Nechama Charlap**
*individually and as parent and natural
guardian of minors I.C. and E.C.
next friend*
I.C.
*next friend*
E.C.

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Avraham Twersky**

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Rinal Saif**
*individually, as parent and natural
guardian of minor, L.S., personal
rep−resentative of the Estate of Zidan
Saif
next friend*
L.S.
*Estate of*
Estate of Zidan Saif

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Estate of Zidan Saif**
*personal representative, Rinal Saif*

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Nuhad Saif**

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Julia Saif**

represented by **Asher Perlin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Briana Hazel Goldberg**                    represented by **Asher Perlin**
*individually and as personal*                          (See above for address)
*representative of the Estate of Rabbi*                 *ATTORNEY TO BE NOTICED*
*Abraham Samuel (Avraham) Goldberg*
*Estate of*                                             **Jordan D. Factor**
Estate of Rabbi Abraham Samuel                          (See above for address)
(Avraham) Goldberg                                      *ATTORNEY TO BE NOTICED*

                                                        **Michael Andrew Rollin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Kennedy Calisher**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Estate of Rabbi Abraham Samuel**            represented by **Asher Perlin**
**(Avraham) Goldberg**                                  (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jordan D. Factor**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Andrew Rollin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Kennedy Calisher**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah (Goldberg) Hammond**                represented by **Asher Perlin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Jordan D. Factor**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Michael Andrew Rollin**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Kennedy Calisher**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Libby Goldberg**                              represented by   **Asher Perlin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jordan D. Factor**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael Andrew Rollin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Daniel Kennedy Calisher**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rivka (Goldberg) Sireling**                   represented by   **Asher Perlin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jordan D. Factor**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael Andrew Rollin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Daniel Kennedy Calisher**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hadassa (Goldberg) Treuhaft**                 represented by   **Asher Perlin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jordan D. Factor**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael Andrew Rollin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Daniel Kennedy Calisher**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Adrian Goldberg**                             represented by   **Asher Perlin**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Jordan D. Factor**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Michael Andrew Rollin**
                                                                 (See above for address)

*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Elisheva Goldberg** | represented by | **Asher Perlin** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan D. Factor**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Andrew Rollin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Daniel Kennedy Calisher**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Palestine Liberation Organization, The** | represented by | **Amy Brown Doolittle** |

Squire Patton Boggs (US) LLP
2550 M Street NW
Washington, DC 20037–1301
202–457–6000
Fax: 202–457–6315
Email: amy.doolittle@squirepb.com
*ATTORNEY TO BE NOTICED*

**Brent Rollow Owen**
Squire Patton Boggs (US) LLP
1801 California Street
Suite 4900
Denver, CO 80202
720–278–6481
Email: brent.owen@squirepb.com
*ATTORNEY TO BE NOTICED*

**David J. Lizmi**
Mayer Brown LLP
1221 Sixth Avenue
New York, NY 10020
212–506–2243
Email: dlizmi@mayerbrown.com
*TERMINATED: 03/07/2023*
*ATTORNEY TO BE NOTICED*

**Gassan A. Baloul**
Squire Patton Boggs (US) LLP
2550 M Street, NorthWest
Washington, DC 20037
202–457–6155
Fax: 202–457–6315
Email: gassan.baloul@squirepb.com
*ATTORNEY TO BE NOTICED*

**Joseph S. Alonzo**

Squire Patton Boggs LLP
1211 Avenue of the Americas
26th Floor
New York, NY 10036
212–872–9831
Email: joseph.alonzo@squirepb.com
*ATTORNEY TO BE NOTICED*

**Mitchell R. Berger**
Squire Patton Boggs (US) LLP
2550 M Street, NorhtWest
Washington, DC 20037
202–457–5601
Fax: 202–457–6315
Email: mitchell.berger@squirepb.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Palestinian Authority, The**
*also known as*
The Palestinian Interim Self–Government
Authority
*also known as*
The Palestinian National Authority

represented by **Amy Brown Doolittle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Brent Rollow Owen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David J. Lizmi**
(See above for address)
*TERMINATED: 03/07/2023*

**Gassan A. Baloul**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joseph S. Alonzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mitchell R. Berger**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Riyad Mansour**
*as the representative of The Palestine
Liberation Organization and The
Palestinian Authority*

represented by **Gassan A. Baloul**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2023 | 113 | NOTICE OF APPEAL as to 111 Order on Motion to Dismiss, 112 Judgment,,,,, by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel (Filing fee $ 505, Receipt Number ACODC–9292218) (Attachments: # 1 Order, # 2 Final |

| | | |
|---|---|---|
| | | Judgment)(Perlin, Asher) (Entered: 09/13/2023) |
| 08/23/2023 | 112 | FINAL JUDGMENT in favor of The Palestine Liberation Organization, The Palestinian Authority, and Riyad Mansour against the Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, United States of America, Adrian Goldberg, Aharon Levine, Akiva Pollack, Avraham Levine, Avraham Nefoussi, Avraham Twersky, Bashy Miriam Twersky, Bassheva Miriam Pelcovics, Basya Yehudis Goldstein, Briana Hazel Goldberg, Chana Levine, Chaya Werfel, Dana–Lee Salis, David Samuel Salis, Deborah (Goldberg) Hammond, Devorah Kupinsky, Elisheva Goldberg, Eliyahu Kupinsky, Hadassa (Goldberg) Treuhaft, Haya Levine, Joseph Werfel, Julia Saif, Libby Goldberg, Malka Goldstein, Meshulem Twersky, Michal Levine, Miriam Goldstein, Mordechai Goldstein, Moshe Levine, Moshe Gedaliah Goldstein, Nechama Charlap, Norman Heching, Nuhad Saif, Refael Twersky, Rinal Saif, Rivka Walder, Rivka (Goldberg) Sireling, Sarah Rivka Goldstein, Saul Goldstein, Shelley Levine, Stefanie Levine, Yakova Kupinsky, Yerachmiel Levine, Yitzchak Kupinsky, and Yitzchok Meir Levine. Court grants Defendants Motion to Dismiss [D. 58], dismisses the remaining claims without prejudice, and case is closed. Entered by the Clerk on 08/23/2023. (dclem) (Entered: 08/23/2023) |
| 08/23/2023 | 111 | ORDER granting 58 Motion to Dismiss and dismissing the remaining claims without prejudice. by District Judge Gordon P Gallagher on 08/23/2023.(dclem) (Entered: 08/23/2023) |
| 08/03/2023 | 110 | BRIEF re 105 Order,,, *Supplemental Brief Concerning Mallory* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 08/03/2023) |
| 08/02/2023 | 109 | NOTICE of Entry of Appearance by Michael Andrew Rollin on behalf of All Plaintiffs Attorney Michael Andrew Rollin added to party Nechama Charlap(pty:pla), Attorney Michael Andrew Rollin added to party Estate of Rabbi Abraham Samuel (Avraham) Goldberg(pty:pla), Attorney Michael Andrew Rollin added to party Estate of Rabbi Aryeh Kupinsky(pty:pla), Attorney Michael Andrew Rollin added to party Estate of Rabbi Kalman (Cary) Levine(pty:pla), Attorney Michael Andrew Rollin added to party Estate of Rabbi Moshe Twersky(pty:pla), Attorney Michael Andrew Rollin added to party Estate of Zidan Saif(pty:pla), Attorney Michael Andrew Rollin added to party Adrian Goldberg(pty:pla), Attorney Michael Andrew Rollin added to party Briana Hazel Goldberg(pty:pla), Attorney Michael Andrew Rollin added to party Elisheva Goldberg(pty:pla), Attorney Michael Andrew Rollin added to party Libby Goldberg(pty:pla), Attorney Michael Andrew Rollin added to party Basya Yehudis Goldstein(pty:pla), Attorney Michael Andrew Rollin added to party Malka Goldstein(pty:pla), Attorney Michael Andrew Rollin added to party Miriam Goldstein(pty:pla), Attorney Michael Andrew Rollin added to party Mordechai Goldstein(pty:pla), Attorney Michael Andrew Rollin added to party Moshe Gedaliah Goldstein(pty:pla), Attorney Michael Andrew Rollin added to party Sarah Rivka Goldstein(pty:pla), Attorney Michael Andrew Rollin added to party Saul Goldstein(pty:pla), Attorney Michael Andrew Rollin added to party Deborah (Goldberg) Hammond(pty:pla), Attorney Michael Andrew Rollin added to party Norman Heching(pty:pla), Attorney Michael Andrew Rollin added to party Devorah Kupinsky(pty:pla), Attorney Michael Andrew Rollin added to party Eliyahu Kupinsky(pty:pla), Attorney Michael Andrew Rollin added to party Yakova Kupinsky(pty:pla), Attorney Michael Andrew Rollin added to party Yitzchak Kupinsky(pty:pla), Attorney Michael Andrew Rollin added to party Aharon Levine(pty:pla), Attorney Michael Andrew Rollin added to party Avraham Levine(pty:pla), Attorney Michael Andrew Rollin added to party Chana Levine(pty:pla), Attorney Michael Andrew Rollin added to party Haya Levine(pty:pla), Attorney Michael Andrew Rollin added to party Michal Levine(pty:pla), Attorney Michael Andrew Rollin added to party Moshe Levine(pty:pla), Attorney Michael Andrew Rollin added to party Shelley Levine(pty:pla), Attorney Michael Andrew Rollin added to party Stefanie Levine(pty:pla), Attorney Michael Andrew Rollin added to party Yerachmiel Levine(pty:pla), Attorney Michael Andrew Rollin added to party Yitzchok Meir Levine(pty:pla), Attorney Michael Andrew Rollin added to party Avraham Nefoussi(pty:pla), Attorney Michael Andrew Rollin added to party Bassheva Miriam Pelcovics(pty:pla), Attorney Michael Andrew Rollin added to party Akiva Pollack(pty:pla), Attorney Michael Andrew Rollin added to party Julia Saif(pty:pla), Attorney Michael Andrew Rollin added to party Nuhad Saif(pty:pla), Attorney Michael Andrew Rollin added to party Rinal Saif(pty:pla), Attorney Michael Andrew Rollin added to party Dana–Lee Salis(pty:pla), Attorney Michael Andrew Rollin added to party David Samuel Salis(pty:pla), Attorney Michael Andrew Rollin added to party Rivka (Goldberg) Sireling(pty:pla), Attorney Michael Andrew Rollin added to party Hadassa (Goldberg) Treuhaft(pty:pla), Attorney Michael Andrew Rollin added to party Avraham Twersky(pty:pla), Attorney Michael Andrew Rollin added to party Bashy Miriam Twersky(pty:pla), Attorney Michael Andrew Rollin added to party Meshulem Twersky(pty:pla), Attorney Michael Andrew Rollin added to party Refael Twersky(pty:pla), Attorney Michael |

| | | |
|---|---|---|
| | | Andrew Rollin added to party Rivka Walder(pty:pla), Attorney Michael Andrew Rollin added to party Chaya Werfel(pty:pla), Attorney Michael Andrew Rollin added to party Joseph Werfel(pty:pla) (Rollin, Michael) (Entered: 08/02/2023) |
| 08/01/2023 | 108 | MINUTE ORDER Pursuant to conversation between Chambers and the parties, the Discovery Hearing set for 8/22/2023 is VACATED and RESET for 9/13/2023 10:45 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. On or before 9/8/2023, the parties shall submit via email to Varholak_Chambers@cod.uscourts.gov a brief joint statement setting forth the issues in dispute. SO ORDERED, by Magistrate Judge Scott T. Varholak on 8/1/2023. Text Only Entry (stvlc4, ) (Entered: 08/01/2023) |
| 07/24/2023 | 107 | BRIEF in Opposition to 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6) Supplemental Brief re Mallory v. Norfolk Southern Railway Company, 143 S. Ct. 2028 (2023),* filed by Intervenor United States of America. (Avallone, Zach) (Entered: 07/24/2023) |
| 07/24/2023 | 106 | SUPPLEMENT/AMENDMENT to 103 Notice of Supplemental Authorities,,,, by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Calisher, Daniel) (Entered: 07/24/2023) |
| 07/13/2023 | 105 | ORDER. The Court has determined that supplemental briefing concerning *Mallory v. Norfolk Southern Ry.*, No. 21–1168, 2023 WL 4187749 (U.S. June 27, 2023) is necessary and would be helpful to resolve outstanding issues in this action. It is therefore ORDERED that the individual Plaintiffs (collectively) and the Government SHALL file briefs of no more than three (3) pages per brief (exclusive of signature and title pages) **within 10 days** of this ORDER and that Defendants SHALL file a single responsive brief of no more than six (6) pages (exclusive of signature and title pages), **within 10 days** after Plaintiffs' and the Government's briefs are filed. By District Judge Gordon P Gallagher on 7/13/2023. Text Only Entry (sdunb, ) (Entered: 07/13/2023) |
| 07/13/2023 | 104 | RESPONSE to 103 Notice of Supplemental Authorities,,,, by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 07/13/2023) |
| 07/12/2023 | 103 | NOTICE of Supplemental Authorities re: 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel (Attachments: # 1 Exhibit)(Perlin, Asher) (Entered: 07/12/2023) |
| 07/07/2023 | 102 | MINUTE ORDER: Per the request of the parties, this matter is set for a Discovery Hearing on 8/22/2023 at 2:30 PM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. On or before 8/17/2023, the parties shall submit via email to Varholak_Chambers@cod.uscourts.gov a brief joint statement setting forth the issues in dispute. SO ORDERED, by Magistrate Judge Scott T. Varholak on 7/7/23. Text Only Entry (stvlc3, Andrew) (Entered: 07/07/2023) |
| 05/22/2023 | 101 | NOTICE of Supplemental Authorities re: 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The (Attachments: # 1 Exhibit A)(Baloul, Gassan) |

| | | (Entered: 05/22/2023) |
|---|---|---|
| 04/05/2023 | 100 | REASSIGNMENT OF JUDGE. This action is reassigned to Judge Gordon P. Gallagherupon his appointment as United States District Judge. Unless otherwise ordered, the dates and times for all previously scheduled matters will be maintained. Judge Gallagher is located in Courtroom 323 in the Wayne Aspinall Courthouse. His telephone number is (970) 241–8932. All future pleadings should be designated as 21–cv–03043–GPG. (Text only entry) (msmot) (Entered: 04/05/2023) |
| 03/07/2023 | 99 | ORDER granting 98 Motion to Withdraw as Attorney. Attorney David J. Lizmi terminated. SO ORDERED by Judge Raymond P. Moore on 3/7/2023. (Text Only Entry)(rmsec) (Entered: 03/07/2023) |
| 03/06/2023 | 98 | MOTION to Withdraw as Attorney *re David J. Lizmi* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 03/06/2023) |
| 03/04/2023 | 97 | ADVISORY NOTICE TO ATTORNEY AND COURT: David J. Lizmi failed to pay the 2022 Biennial Fee. Under D.C.COLO.LAttyR 3(a) and District Court General Order 2022–7, counsel was administratively removed from the court's attorney roll. Counsel must submit another bar application though PACER, pay the application fee, and, upon reinstatement, file a Notice of Entry of Appearance to continue as counsel of record in this case. Please visit and fully review the 2022 Biennial Renewal Fee page before contacting the court for assistance: Biennial / Renewal Fee Information | US District Court of Colorado (uscourts.gov). (Text Only Entry) (mfred) (Entered: 03/04/2023) |
| 02/23/2023 | 96 | NOTICE of Entry of Appearance by Amy Brown Doolittle on behalf of Palestine Liberation Organization, The, Palestinian Authority, The (Doolittle, Amy) (Entered: 02/23/2023) |
| 02/20/2023 | 95 | ADVISORY NOTICE TO ATTORNEY AND COURT: Amy Brown Doolittle failed to pay the 2022 Biennial Fee. Under D.C.COLO.LAttyR 3(a) and District Court General Order 2022–7, counsel was administratively removed from the court's attorney roll. Counsel must submit another bar application though PACER, pay the application fee, and, upon reinstatement, file a Notice of Entry of Appearance to continue as counsel of record in this case. Please visit and fully review the 2022 Biennial Renewal Fee page before contacting the court for assistance: Biennial / Renewal Fee Information | US District Court of Colorado (uscourts.gov). (Text Only Entry) (mfred) (Entered: 02/20/2023) |
| 01/27/2023 | 94 | TRANSCRIPT of Motion Hearing held on January 10, 2023 before Magistrate Judge Varholak. Pages: 1–28.<br> **NOTICE – REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (Patterson Transcription Company, ) (Entered: 01/27/2023) |
| 01/23/2023 | 93 | RESPONSE to 92 Notice of Supplemental Authorities,,,, by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 01/23/2023) |
| 01/19/2023 | 92 | NOTICE of Supplemental Authorities re: 76 Reply to Response to Motion by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel (Calisher, Daniel) (Entered: 01/19/2023) |
| 01/10/2023 | 91 | MINUTE ENTRY for Motion Hearing held before Magistrate Judge Scott T. Varholak on 1/10/2023. ORDERED: Defendants' Motion to Stay Discovery and Related Proceedings Pending |

| | | |
|---|---|---|
| | | Resolution of Defendants' Motion to Dismiss 82 is GRANTED with the limited exception of the three Requests for Production, three Requests for Admission and three Interrogatories, limited to the preservation of evidence with respect to Mr. Khoury and Mr. Al–Einein. FTR: A402. (morti,) (Entered: 01/10/2023) |
| 01/04/2023 | 90 | REPLY to 82 MOTION to Stay re 81 Minute Order,,, *Defendants' Motion to Stay Discovery and Related Proceedings Pending Resolution of Defendants' Motion to Dismiss* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Attachments: # 1 Exhibit A)(Baloul, Gassan) (Entered: 01/04/2023) |
| 01/03/2023 | 89 | ORDER This matter is before the Court on 87 Motion to Permit Expert Witness to Appear by Video. Plaintiffs' declarant Dr. Shaked shall be permitted to appear by video conference for any examination by Defendants at the 1/10 Motion Hearing. Any declarants on behalf of Defendants shall also be permitted to appear by video conference for any examination by Plaintiffs at the hearing. The parties shall confer before the Hearing to determine whether any such examination of declarants is anticipated, and jointly contact Magistrate Judge Varholak's Chambers via email on or before 1/6/2023 to receive the video appearance information if necessary. SO ORDERED, by Magistrate Judge Scott T. Varholak on 1/3/2023. Text Only Entry(stvlc4, ) (Entered: 01/03/2023) |
| 01/02/2023 | 88 | MEMORANDUM regarding 87 MOTION for Order to *Permit Expert Witness to Appear by Video* filed by Bashy Miriam Twersky, Haya Levine, Avraham Twersky, Avraham Nefoussi, Rivka Walder, Moshe Levine, Basya Yehudis Goldstein, Estate of Zidan Saif, Adrian Goldberg, David Samuel Salis, Yakova Kupinsky, Elisheva Goldberg, Avraham Levine, Estate of Rabbi Moshe Twersky, Hadassa (Goldberg) Treuhaft, Yitzchok Meir Levine, Rivka (Goldberg) Sireling, Aharon Levine, Estate of Rabbi Kalman (Cary) Levine, Julia Saif, Bassheva Miriam Pelcovics, Yerachmiel Levine, Libby Goldberg, Miriam Goldstein, Yitzchak Kupinsky, Nuhad Saif, Mordechai Goldstein, Deborah (Goldberg) Hammond, Dana–Lee Salis, Chaya Werfel, Chana Levine, Sarah Rivka Goldstein, Norman Heching, Briana Hazel Goldberg, Refael Twersky, Stefanie Levine, Shelley Levine, Meshulem Twersky, Moshe Gedaliah Goldstein, Estate of Rabbi Aryeh Kupinsky, Rinal Saif, Malka Goldstein, Akiva Pollack, Eliyahu Kupinsky, Nechama Charlap, Joseph Werfel, Saul Goldstein, Devorah Kupinsky, Michal Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg. Motion referred to Magistrate Judge Scott T. Varholak. By Judge Raymond P. Moore on 1/2/2023. (Text Only Entry) (rmsec) (Entered: 01/02/2023) |
| 01/01/2023 | 87 | MOTION for Order to *Permit Expert Witness to Appear by Video* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Perlin, Asher) (Entered: 01/01/2023) |
| 12/29/2022 | 86 | NOTICE re 85 Response to Motion,,,,, *Notice of Amended Exhibits C, D and E* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel (Attachments: # 1 Exhibit C, # 2 Exhibit D, # 3 Exhibit E)(Calisher, Daniel) (Entered: 12/29/2022) |
| 12/28/2022 | 85 | RESPONSE to 82 MOTION to Stay re 81 Minute Order,,, *Defendants' Motion to Stay Discovery and Related Proceedings Pending Resolution of Defendants' Motion to Dismiss* filed by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh |

| | | |
|---|---|---|
| | | Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Declaration of Dr. Ronni Shaked, # 10 Declaration of Yaniv Berman)(Calisher, Daniel) (Entered: 12/28/2022) |
| 12/14/2022 | 84 | MINUTE ORDER This Matter is before the Court on 82 Motion to Stay. The Court sets the following expedited briefing schedule: Plaintiffs shall file a response on or before 12/28/2022. Defendants may then file a reply on or before 1/4/2023. A Motion Hearing is set for 1/10/2023 11:15 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/14/2022. Text Only Entry (stvlc4, ) (Entered: 12/14/2022) |
| 12/14/2022 | 83 | MEMORANDUM regarding 82 MOTION to Stay re 81 Minute Order,,, *Defendants' Motion to Stay and Related Proceedings Pending Resolution of Defendants' Motion to Dismiss* filed by Palestine Liberation Organization, The, Palestinian Authority, The. Motion referred to Magistrate Judge Scott T. Varholak. SO ORDERED by Judge Raymond P. Moore on 12/14/2022. (Text Only Entry) (rmsec) (Entered: 12/14/2022) |
| 12/14/2022 | 82 | MOTION to Stay re 81 Minute Order,,, *Defendants' Motion to Stay Discovery and Related Proceedings Pending Resolution of Defendants' Motion to Dismiss* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 12/14/2022) |
| 12/07/2022 | 81 | MINUTE ORDER This Matter is before the Court on 80 Joint Status Report regarding the timing of a scheduling conference. The parties dispute whether a scheduling conference should be set in this matter before Defendants' pending Motion to Dismiss is ruled on. The Court determines that the proper avenue to take up this dispute is through a Motion to Stay followed by briefing and a hearing, if necessary. Accordingly, the Court declines to set a Scheduling Conference in this matter at this time. The Court will set this matter for a Scheduling Conference should a Motion to Stay be denied, or should no Motion to Stay be filed on or before 12/16/2022. SO ORDERED, by Magistrate Judge Scott T. Varholak on 12/7/2022. Text Only Entry (stvlc4, ) (Entered: 12/07/2022) |
| 12/07/2022 | 80 | Joint STATUS REPORT by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 12/07/2022) |
| 11/28/2022 | | ***Set Deadlines per ECF 79 : Status Report due by 12/7/2022. (cmadr, ) (Entered: 11/29/2022) |
| 11/28/2022 | 79 | ORDER granting 77 Motion for Extension of Time to File Status Report. The parties shall file a status report regarding the setting of the scheduling conference on or before 12/7/2022. SO ORDERED, by Magistrate Judge Scott T. Varholak on 11/28/2022. Text Only Entry(stvlc4, ) (Entered: 11/28/2022) |
| 11/28/2022 | 78 | MEMORANDUM regarding 77 Joint MOTION for Extension of Time to *File Status Report Nunc Pro Tunc* filed by Bashy Miriam Twersky, Haya Levine, Avraham Twersky, Avraham Nefoussi, Rivka Walder, Moshe Levine, Basya Yehudis Goldstein, Estate of Zidan Saif, Adrian Goldberg, David Samuel Salis, Yakova Kupinsky, Elisheva Goldberg, Avraham Levine, Estate of Rabbi Moshe Twersky, Hadassa (Goldberg) Treuhaft, Yitzchak Meir Levine, Rivka (Goldberg) Sireling, Aharon Levine, Estate of Rabbi Kalman (Cary) Levine, Julia Saif, Bassheva Miriam Pelcovics, Yerachmiel Levine, Libby Goldberg, Miriam Goldstein, Yitzchak Kupinsky, Nuhad Saif, Mordechai Goldstein, Deborah (Goldberg) Hammond, Dana–Lee Salis, Chaya Werfel, Chana Levine, Sarah Rivka Goldstein, Norman Heching, Briana Hazel Goldberg, Refael Twersky, Stefanie Levine, Shelley Levine, Meshulem Twersky, Moshe Gedaliah Goldstein, Estate of Rabbi Aryeh Kupinsky, Rinal Saif, Malka Goldstein, Akiva Pollack, Eliyahu Kupinsky, Nechama Charlap, Joseph Werfel, Saul Goldstein, Devorah Kupinsky, Michal Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg. Motion referred to Magistrate Judge Scott T. Varholak. By Judge Raymond P. Moore on 11/28/2022. (Text Only Entry) (rmsec) (Entered: 11/28/2022) |

| 11/25/2022 | 77 | Joint MOTION for Extension of Time to *File Status Report Nunc Pro Tunc* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Attachments: # 1 Proposed Order (PDF Only))(Calisher, Daniel) (Entered: 11/25/2022) |
| 11/14/2022 | 76 | REPLY to Response to 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)* filed by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 11/14/2022) |
| 10/27/2022 | 75 | ORDER: After reviewing the unopposed Motion 74 , and applicable parts of the court record, and being otherwise fully advised, the Court finds no response is required before ruling. See D.C.COLO.LCivR 7.1(d). And, upon such review, the Court also finds sufficient grounds for granting Defendants leave to submit a Reply in support of their Motion to Dismiss that is no longer than thirty–eight (38) pages. Accordingly, the motion 74 is GRANTED. SO ORDERED by Judge Raymond P. Moore on 10/27/2022. (Text Only Entry)(rmsec) (Entered: 10/27/2022) |
| 10/27/2022 | 74 | Unopposed MOTION for Leave to File Excess Pages *FILE OVERSIZE REPLY BRIEF* by Defendants Riyad Mansour, Palestine Liberation Organization, The, Palestinian Authority, The. (Attachments: # 1 Proposed Order (PDF Only))(Baloul, Gassan) (Entered: 10/27/2022) |
| 09/26/2022 | 73 | RESPONSE to 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6) Intervenor United States of America's Brief in support of the Constitutionality of the PSJVTA* filed by Intervenor United States of America. (Avallone, Zach) (Entered: 09/26/2022) |
| 09/20/2022 | 72 | ORDER: This matter is before the Court on Defendants' Unopposed Motion for Extension of Time to File Reply Brief in support of Motion to Dismiss 70 . Being fully advised and finding good cause, the Motion is GRANTED. Defendants shall have through November 14, 2022 in which to file their Reply. SO ORDERED by Judge Raymond P. Moore on 9/20/2022. (Text Only Entry)(rmsec ) (Entered: 09/20/2022) |
| 09/20/2022 | 71 | SUPPLEMENT/AMENDMENT to 69 Response to Motion,,,,, *Table of Authorities* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Calisher, Daniel) (Entered: 09/20/2022) |
| 09/20/2022 | 70 | MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Attachments: # 1 Proposed Order (PDF Only) [Proposed] Order Granting Defendants' Unopposed Motion for Extension of Time to File Reply in Support of Motion to Dismiss)(Baloul, Gassan) (Entered: 09/20/2022) |
| 09/19/2022 | 69 | RESPONSE to 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)* filed by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu |

| | | |
|---|---|---|
| | | Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Attachments: # 1 Declaration of Asher Perlin, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11 Exhibit J, # 12 Exhibit K, # 13 Declaration of Dr. Boaz Shnoor)(Calisher, Daniel) (Entered: 09/19/2022) |
| 09/09/2022 | 68 | ORDER: In light of the Amended filings 50 and 58 , Defendants' Motion to Dismiss 30 is DENIED as moot. SO ORDERED by Judge Raymond P. Moore on 9/9/2022. (Text Only Entry)(rmsec ) (Entered: 09/09/2022) |
| 09/06/2022 | 67 | Notice of Intervention by Intervenor United States of America. (Avallone, Zach) Modified on 9/9/2022 to correct docket title (sapod, ). (Entered: 09/06/2022) |
| 08/24/2022 | 66 | ORDER: This matter is before the Court on Plaintiffs' Unopposed Motion to Enlarge the Page Limit and for Extension of Time to Respond to Motion to Dismiss First Amended Complaint 65 . Being fully advised and finding good cause, the Motion is GRANTED. Plaintiffs shall have until September 19, 2022 in which to file their Response in Opposition to Defendants' Motion to Dismiss. Plaintiffs shall have leave to file a Response that is no longer than fifty–five (55) pages. SO ORDERED by Judge Raymond P. Moore on 8/24/2022. (Text Only Entry)(rmsec ) (Entered: 08/24/2022) |
| 08/24/2022 | 65 | Unopposed MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6) and to Enlarge the Page Limit* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Attachments: # 1 Proposed Order (PDF Only))(Calisher, Daniel) (Entered: 08/24/2022) |
| 07/21/2022 | 64 | RETURN Certified Mail Receipt of Service upon the United States Attorney General on 7/18/2022, re: 62 Order. (sdunb, ) (Entered: 07/21/2022) |
| 07/07/2022 | 63 | Certified Mail by Clerk of Court re 62 Order, 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)*, 49 Restricted Document – Level 1, to United States Attorney General. (sdunb, ) (Entered: 07/07/2022) |
| 07/06/2022 | 62 | ORDER CERTIFYING MATTER TO THE UNITED STATES ATTORNEY GENERAL. It is ORDERED that Defendants' challenge to the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act is certified to the United States Attorney General; and it is FURTHER ORDERED that the Clerk of this Court shall forward a copy of this Order, the 49 Amended Complaint, and the 58 Motion to Dismiss, both certified under seal, to the United States Attorney General. By Judge Raymond P. Moore on 7/6/2022. (sdunb, ) (Entered: 07/06/2022) |
| 07/06/2022 | 61 | ORDER: This matter is before the Court on Plaintiffs' Unopposed Motion for Extension of Time to Respond to the Motion to Dismiss the First Amended Complaint 60 . Being fully advised, the Motion is GRANTED. Plaintiffs shall have until September 6, 2022 in which to respond to the Motion to Dismiss. SO ORDERED by Judge Raymond P. Moore on 7/6/2022. (Text Only Entry)(rmsec) (Entered: 07/06/2022) |
| 07/06/2022 | 60 | Unopposed MOTION for Extension of Time to File Response/Reply as to 58 MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah |

| | | |
|---|---|---|
| | | Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel. (Attachments: # 1 Proposed Order (PDF Only))(Calisher, Daniel) (Entered: 07/06/2022) |
| 07/05/2022 | 59 | NOTICE *OF CONSTITUTIONAL CHALLENGE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 5.1 TO 18 U.S.C. § 2334(e)* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The (Baloul, Gassan) (Entered: 07/05/2022) |
| 06/27/2022 | 58 | MOTION to Dismiss *Plaintiffs' First Amended Complaint Under Rule 12(b)(2) and Rule 12(b)(6)* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 06/27/2022) |
| 06/14/2022 | 57 | ORDER: After reviewing the unopposed motion 56 , and applicable parts of the court record, and being otherwise fully advised, the Court finds no response is required before ruling. See D.C.COLO.LCivR 7.1(d). And, upon such review, the Court also finds sufficient grounds for granting Defendants leave to submit a motion to dismiss that is no longer than forty–five (45) pages. Accordingly, the motion 56 is GRANTED. SO ORDERED by Judge Raymond P. Moore on 6/14/2022. (Text Only Entry)(rmsec ) (Entered: 06/14/2022) |
| 06/13/2022 | 56 | Unopposed MOTION for Leave to File Excess Pages *for Defendants' Motion to Dismiss the First Amended Complaint* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Attachments: # 1 Proposed Order (PDF Only))(Baloul, Gassan) (Entered: 06/13/2022) |
| 06/01/2022 | 55 | SUMMONS Returned Executed by All Plaintiffs. Riyad Mansour served on 5/26/2022, answer due 6/27/2022. (Perlin, Asher) (Entered: 06/01/2022) |
| 06/01/2022 | 54 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Riyad Mansour. Riyad Mansour answer due 6/27/2022. (Baloul, Gassan) (Entered: 06/01/2022) |
| 05/26/2022 | 53 | SUMMONS issued by Clerk. (sdunb, ) (Entered: 05/26/2022) |
| 05/25/2022 | 52 | SUMMONS REQUEST as to RIYAD MANSOUR by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Basya Yehudis Goldstein, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Chaya Werfel, Joseph Werfel, Intervenor United States of America. (Calisher, Daniel) (Entered: 05/25/2022) |
| 05/19/2022 | 51 | NOTICE re 42 Order on Motion for Extension of Time to File, 41 Unopposed MOTION for Extension of Time to *Decide Whether to Intervene*, 32 Order,, by Intervenor United States of America (Avallone, Zach) (Entered: 05/19/2022) |
| 05/17/2022 | 50 | AMENDED COMPLAINT *Unredacted* against Palestine Liberation Organization, The, Palestinian Authority, The, Riyad Mansour Attorney Jordan D. Factor added to party Chaya Werfel(pty:pla), Attorney Jordan D. Factor added to party Basya Yehudis Goldstein(pty:pla), filed by Estate of Zidan Saif, Avraham Nefoussi, Julia Saif, Briana Hazel Goldberg, Saul Goldstein, Stefanie Levine, Moshe Levine, Shelley Levine, Avraham Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Yerachmiel Levine, Bashy Miriam Twersky, Akiva Pollack, Libby Goldberg, Miriam Goldstein, Sarah Rivka Goldstein, Rivka (Goldberg) Sireling, Devorah Kupinsky, Joseph Werfel, Nuhad Saif, Bassheva Miriam Pelcovics, Malka Goldstein, Estate of Rabbi Moshe Twersky, Elisheva Goldberg, David Samuel Salis, Adrian Goldberg, Dana–Lee Salis, Avraham Twersky, Mordechai Goldstein, Chana Levine, Yitzchak Kupinsky, Moshe Gedaliah Goldstein, Haya Levine, Rivka Walder, Yitzchok Meir Levine, Estate of Rabbi Aryeh Kupinsky, Michal Levine, Estate of Rabbi Kalman (Cary) Levine, Meshulem Twersky, Rinal Saif, Deborah (Goldberg) Hammond, Yakova Kupinsky, Hadassa (Goldberg) Treuhaft, Norman |

| | | |
|---|---|---|
| | | Heching, Eliyahu Kupinsky, Nechama Charlap, Rafael Twersky, Aharon Levine, Chaya Werfel, Basya Yehudis Goldstein.(Factor, Jordan) (Entered: 05/17/2022) |
| 05/13/2022 | <u>49</u> | RESTRICTED DOCUMENT – Level 1: First Amended Complaint and Jury Demand by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel.. (Factor, Jordan) Modified on 5/16/2022 to add title (sdunb, ). (Entered: 05/13/2022) |
| 05/09/2022 | 48 | ORDER granting <u>46</u> Motion to Continue. Plaintiffs shall file their Amended Complaint on or before 5/13/2022. Defendants shall respond to the Amended Complaint on or before 6/27/2022. Within seven (7) days after the completion of briefing on Defendants' motion to dismiss, the parties shall file a status report advising the Court of their positions as to the timing of a scheduling conference. SO ORDERED, by Magistrate Judge Scott T. Varholak on 5/9/2022. Text Only Entry(stvlc2, ) (Entered: 05/09/2022) |
| 05/09/2022 | 47 | MEMORANDUM regarding <u>46</u> Joint MOTION to Continue *and Status Report* filed by Bashy Miriam Twersky, Haya Levine, Avraham Twersky, Avraham Nefoussi, Rivka Walder, Moshe Levine, Estate of Zidan Saif, Adrian Goldberg, David Samuel Salis, Yakova Kupinsky, Elisheva Goldberg, Avraham Levine, Estate of Rabbi Moshe Twersky, Hadassa (Goldberg) Treuhaft, Yitzchok Meir Levine, Rivka (Goldberg) Sireling, Aharon Levine, Estate of Rabbi Kalman (Cary) Levine, Julia Saif, Bassheva Miriam Pelcovics, Yerachmiel Levine, Libby Goldberg, Miriam Goldstein, Yitzchak Kupinsky, Nuhad Saif, Mordechai Goldstein, Deborah (Goldberg) Hammond, Dana–Lee Salis, Chana Levine, Sarah Rivka Goldstein, Norman Heching, Briana Hazel Goldberg, Refael Twersky, Stefanie Levine, Shelley Levine, Meshulem Twersky, Moshe Gedaliah Goldstein, Estate of Rabbi Aryeh Kupinsky, Rinal Saif, Malka Goldstein, Akiva Pollack, Eliyahu Kupinsky, Nechama Charlap, Joseph Werfel, Saul Goldstein, Devorah Kupinsky, Michal Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg. Motion referred to Magistrate Judge Scott T. Varholak. By Judge Raymond P. Moore on 5/9/2022. (Text Only Entry) (rmsec ) (Entered: 05/09/2022) |
| 05/09/2022 | <u>46</u> | Joint MOTION to Continue *and Status Report* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel. (Attachments: # <u>1</u> Proposed Order (PDF Only))(Calisher, Daniel) (Entered: 05/09/2022) |
| 05/06/2022 | <u>45</u> | NOTICE of Entry of Appearance by Amy Brown Doolittle on behalf of Palestine Liberation Organization, The, Palestinian Authority, TheAttorney Amy Brown Doolittle added to party Palestine Liberation Organization, The(pty:dft), Attorney Amy Brown Doolittle added to party Palestinian Authority, The(pty:dft) (Doolittle, Amy) (Entered: 05/06/2022) |
| 05/03/2022 | 44 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re <u>43</u> Notice of Change of Address/Contact Information filed by attorney Brent R. Owen. **DO NOT REFILE THE DOCUMENT. Action to take –** counsel must submit a change of contact request through the Manage my Account tab at the PACER website at https://www.pacer.gov/, pursuant to D.C.COLO.LAttyR 5(c) and 3.5 of the Electronic Case Filing Procedures (Civil cases).(Text Only Entry) (sdunb, ) (Entered: 05/03/2022) |

| | | |
|---|---|---|
| 05/02/2022 | 43 | NOTICE of Change of Address/Contact Information *Squire Patton Boggs (US) LLP* by Brent Rollow Owen (Owen, Brent) (Entered: 05/02/2022) |
| 04/27/2022 | 42 | ORDER: This matter is before the Court on the Motion of the United States of America for an Extension of Time to Decide Whether to Intervene 41 . The Motion is unopposed by the Parties. Being fully advised, the Motion is GRANTED. The United States of America shall have until May 20, 2022 in which to decide whether to intervene in this matter pursuant to Fed. R. Civ. P. 5.1. SO ORDERED by Judge Raymond P. Moore on 4/27/2022. (Text Only Entry)(rmsec ) (Entered: 04/27/2022) |
| 04/27/2022 | 41 | Unopposed MOTION for Extension of Time to *Decide Whether to Intervene* by Intervenor United States of America. (Avallone, Zach) (Entered: 04/27/2022) |
| 04/07/2022 | 40 | CONSENT to Jurisdiction of Magistrate Judge by Defendants Palestine Liberation Organization, The, Palestinian Authority, The All parties do not consent.. (Baloul, Gassan) (Entered: 04/07/2022) |
| 03/11/2022 | 38 | NOTICE of Supplemental Authorities by Defendants Palestine Liberation Organization, The, Palestinian Authority, The (Attachments: # 1 Mar. 10, 2022 Sokolow Decision)(Baloul, Gassan) (Entered: 03/11/2022) |
| 03/10/2022 | 39 | Certified Mail Receipt for Service upon United States Attorney General on 03/7/2022 re 33 Certificate of Service.(sdunb, ) (Entered: 03/11/2022) |
| 03/08/2022 | 36 | ORDER granting 34 Motion for Extension of Time. Plaintiff shall respond to Defendants' Motion to Dismiss on or before 5/13/2022. The Scheduling Conference set for 3/29/2022 is VACATED. The parties shall file a status report regarding resetting the scheduling conference on or before 5/11/2022. SO ORDERED, by Magistrate Judge Scott T. Varholak on 3/8/2022. Text Only Entry(stvlc2, ) (Entered: 03/08/2022) |
| 03/08/2022 | 35 | MEMORANDUM regarding 34 MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss *Plaintiffs' Complaint and Joint Motion to Adjourn Scheduling Conference* filed by Bashy Miriam Twersky, Haya Levine, Avraham Twersky, Avraham Nefoussi, Rivka Walder, Moshe Levine, Estate of Zidan Saif, Adrian Goldberg, David Samuel Salis, Yakova Kupinsky, Elisheva Goldberg, Avraham Levine, Estate of Rabbi Moshe Twersky, Hadassa (Goldberg) Treuhaft, Yitzchok Meir Levine, Rivka (Goldberg) Sireling, Aharon Levine, Estate of Rabbi Kalman (Cary) Levine, Julia Saif, Bassheva Miriam Pelcovics, Yerachmiel Levine, Libby Goldberg, Miriam Goldstein, Yitzchak Kupinsky, Nuhad Saif, Mordechai Goldstein, Deborah (Goldberg) Hammond, Dana–Lee Salis, Chana Levine, Sarah Rivka Goldstein, Norman Heching, Briana Hazel Goldberg, Refael Twersky, Stefanie Levine, Shelley Levine, Meshulem Twersky, Moshe Gedaliah Goldstein, Estate of Rabbi Aryeh Kupinsky, Rinal Saif, Malka Goldstein, Akiva Pollack, Eliyahu Kupinsky, Nechama Charlap, Joseph Werfel, Saul Goldstein, Devorah Kupinsky, Michal Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg. Motion referred to Magistrate Judge Scott T. Varholak. By Judge Raymond P. Moore on 3/8/2022. (Text Only Entry) (rmsec ) (Entered: 03/08/2022) |
| 03/07/2022 | 37 | Certified Mail Receipt for Service upon United States Attorney on 03/4/2022 re 33 Certificate of Service. (sdunb, ) (Entered: 03/10/2022) |
| 03/07/2022 | 34 | MOTION for Extension of Time to File Response/Reply as to 30 MOTION to Dismiss *Plaintiffs' Complaint and Joint Motion to Adjourn Scheduling Conference* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel. (Attachments: # 1 Proposed Order (PDF Only))(Factor, Jordan) (Entered: 03/07/2022) |
| 02/28/2022 | 33 | CERTIFICATE re 31 Notice of constitutional challenge to the Promoting Security and Justice for Victims of Terrorism Act of 2019 (PSJVTA). (sdunb, ) (Entered: 02/28/2022) |

| 02/28/2022 | 32 | ORDER CERTIFYING MATTER TO THE UNITED STATES ATTORNEY GENERAL. It is: ORDERED that Defendants' challenge to the constitutionality of the Promoting Security and Justice for Victims of Terrorism Act is certified to the United States Attorney General; and it is FURTHER ORDERED that the Clerk of this Court shall forward a copy of this Order, the Complaint (ECF No. 1 ), and the Motion to Dismiss (ECF No. 30 ), both certified under seal, to the United States Attorney General. By Judge Raymond P. Moore on 02/28/2022. (sdunb, ) (Entered: 02/28/2022) |
|---|---|---|
| 02/28/2022 | 31 | NOTICE *of constitutional challenge to the Promoting Security and Justice for Victims of Terrorism Act of 2019 (PSJVTA)* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The (Baloul, Gassan) (Entered: 02/28/2022) |
| 02/21/2022 | 30 | MOTION to Dismiss *Plaintiffs' Complaint* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Baloul, Gassan) (Entered: 02/21/2022) |
| 02/14/2022 | 29 | ORDER: After reviewing the unopposed motion 28 , and applicable parts of the court record, and being otherwise fully advised, the Court finds no response is required before ruling. *See* D.C.COLO.LCivR 7.1(d). And, upon such review, the Court also finds sufficient grounds for granting Defendants leave to submit a motion to dismiss that is no longer than thirty–five (35) pages. Accordingly, the motion 28 is GRANTED. SO ORDERED by Judge Raymond P. Moore on 2/14/2022. (Text Only Entry)(rmsec ) (Entered: 02/14/2022) |
| 02/14/2022 | 28 | Unopposed MOTION for Leave to File Excess Pages *(ENLARGE PAGE LIMITS FOR DEFENDANTS MOTION TO DISMISS)* by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Attachments: # 1 Proposed Order (PDF Only))(Baloul, Gassan) (Entered: 02/14/2022) |
| 01/03/2022 | 27 | STIPULATED PROTECTIVE ORDER by Magistrate Judge Scott T. Varholak on 3 January 2022. (cmadr, ) (Entered: 01/03/2022) |
| 01/03/2022 | 26 | ORDER granting 23 Motion for Protective Order. The Court will enter the protective order proposed by the parties. SO ORDERED, by Magistrate Judge Scott T. Varholak on 1/3/2022. Text Only Entry(stvlc2, ) (Entered: 01/03/2022) |
| 01/03/2022 | 25 | ORDER granting 21 Motion to Continue. The Scheduling Conference set for 1/19/2022 is VACATED and RESET for 3/29/2022 09:30 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. Joint Proposed Scheduling Order due 3/22/2022. SO ORDERED, by Magistrate Judge Scott T. Varholak on 1/3/2022. Text Only Entry(stvlc2, ) (Entered: 01/03/2022) |
| 01/03/2022 | 24 | MEMORANDUM regarding 23 Joint MOTION for Protective Order filed by Palestine Liberation Organization, The, Palestinian Authority, The. Motion referred to Magistrate Judge Scott T. Varholak. By Judge Raymond P. Moore on 1/3/2022. (Text Only Entry) (rmsec ) (Entered: 01/03/2022) |
| 01/03/2022 | 23 | Joint MOTION for Protective Order by Defendants Palestine Liberation Organization, The, Palestinian Authority, The. (Attachments: # 1 Proposed Order (PDF Only) Stipulated Protective Order)(Baloul, Gassan) (Entered: 01/03/2022) |
| 12/30/2021 | 22 | MEMORANDUM regarding 21 Joint MOTION to Continue *Scheduling Conference* filed by Bashy Miriam Twersky, Haya Levine, Avraham Twersky, Avraham Nefoussi, Rivka Walder, Moshe Levine, Estate of Zidan Saif, Adrian Goldberg, David Samuel Salis, Yakova Kupinsky, Elisheva Goldberg, Avraham Levine, Estate of Rabbi Moshe Twersky, Hadassa (Goldberg) Treuhaft, Yitzchok Meir Levine, Rivka (Goldberg) Sireling, Aharon Levine, Estate of Rabbi Kalman (Cary) Levine, Julia Saif, Bassheva Miriam Pelcovics, Yerachmiel Levine, Libby Goldberg, Miriam Goldstein, Yitzchak Kupinsky, Nuhad Saif, Mordechai Goldstein, Deborah (Goldberg) Hammond, Dana–Lee Salis, Chana Levine, Sarah Rivka Goldstein, Norman Heching, Briana Hazel Goldberg, Refael Twersky, Stefanie Levine, Shelley Levine, Meshulem Twersky, Moshe Gedaliah Goldstein, Estate of Rabbi Aryeh Kupinsky, Rinal Saif, Malka Goldstein, Akiva Pollack, Eliyahu Kupinsky, Nechama Charlap, Joseph Werfel, Saul Goldstein, Devorah Kupinsky, Michal Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg. Motion referred to Magistrate Judge Scott T. Varholak. Entered by Judge Raymond P. Moore on 12/30/2021. Text Only Entry (cpear) (Entered: 12/30/2021) |
| 12/30/2021 | 21 | Joint MOTION to Continue *Scheduling Conference* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, |

| | | |
|---|---|---|
| | | Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel. (Calisher, Daniel) (Entered: 12/30/2021) |
| 11/30/2021 | 20 | NOTICE of Entry of Appearance by David J. Lizmi on behalf of The Palestine Liberation Organization, The Palestinian AuthorityAttorney David J. Lizmi added to party The Palestine Liberation Organization(pty:dft), Attorney David J. Lizmi added to party The Palestinian Authority(pty:dft) (Lizmi, David) (Entered: 11/30/2021) |
| 11/30/2021 | 19 | NOTICE of Entry of Appearance by Brent Rollow Owen on behalf of The Palestine Liberation Organization, The Palestinian AuthorityAttorney Brent Rollow Owen added to party The Palestine Liberation Organization(pty:dft), Attorney Brent Rollow Owen added to party The Palestinian Authority(pty:dft) (Owen, Brent) (Entered: 11/30/2021) |
| 11/30/2021 | 18 | NOTICE of Entry of Appearance by Joseph S. Alonzo on behalf of The Palestine Liberation Organization, The Palestinian AuthorityAttorney Joseph S. Alonzo added to party The Palestine Liberation Organization(pty:dft), Attorney Joseph S. Alonzo added to party The Palestinian Authority(pty:dft) (Alonzo, Joseph) (Entered: 11/30/2021) |
| 11/30/2021 | 17 | NOTICE of Entry of Appearance by Mitchell R. Berger on behalf of The Palestine Liberation Organization, The Palestinian AuthorityAttorney Mitchell R. Berger added to party The Palestine Liberation Organization(pty:dft), Attorney Mitchell R. Berger added to party The Palestinian Authority(pty:dft) (Berger, Mitchell) (Entered: 11/30/2021) |
| 11/30/2021 | 16 | NOTICE of Entry of Appearance by Gassan A. Baloul on behalf of The Palestine Liberation Organization, The Palestinian AuthorityAttorney Gassan A. Baloul added to party The Palestine Liberation Organization(pty:dft), Attorney Gassan A. Baloul added to party The Palestinian Authority(pty:dft) (Baloul, Gassan) (Entered: 11/30/2021) |
| 11/22/2021 | 15 | WAIVER OF SERVICE Returned Executed by Estate of Zidan Saif, Avraham Nefoussi, Julia Saif, Briana Hazel Goldberg, Saul Goldstein, Stefanie Levine, Moshe Levine, Shelley Levine, Avraham Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Yerachmiel Levine, Bashy Miriam Twersky, Akiva Pollack, Libby Goldberg, Miriam Goldstein, Sarah Rivka Goldstein, Rivka (Goldberg) Sireling, Devorah Kupinsky, Joseph Werfel, Nuhad Saif, Bassheva Miriam Pelcovics, Malka Goldstein, Estate of Rabbi Moshe Twersky, Elisheva Goldberg, David Samuel Salis, Adrian Goldberg, Dana–Lee Salis, Avraham Twersky, Mordechai Goldstein, Chana Levine, Yitzchak Kupinsky, Moshe Gedaliah Goldstein, Haya Levine, Rivka Walder, Yitzchok Meir Levine, Estate of Rabbi Aryeh Kupinsky, Michal Levine, Estate of Rabbi Kalman (Cary) Levine, Meshulem Twersky, Rinal Saif, Deborah (Goldberg) Hammond, Yakova Kupinsky, Hadassa (Goldberg) Treuhaft, Norman Heching, Eliyahu Kupinsky, Nechama Charlap, Refael Twersky, Aharon Levine. All Defendants. (Perlin, Asher) (Entered: 11/22/2021) |
| 11/18/2021 | 14 | SUMMONS issued by Clerk. (Attachments: # 1 Summons, # 2 Magistrate Judge Consent Form) (agarc, ) (Entered: 11/18/2021) |
| 11/18/2021 | 13 | AFFIDAVIT re 1 Complaint,,,,,,,,,,,,,,,,,,,,,,,,, *Requesting Foreign Mailing of Complaint and Summonses* by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel. (Perlin, Asher) (Entered: 11/18/2021) |
| 11/16/2021 | 12 | SUMMONS REQUEST as to The Palestinian Authority by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, |

| | | |
|---|---|---|
| | | Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel. (Calisher, Daniel) (Entered: 11/16/2021) |
| 11/16/2021 | 11 | SUMMONS REQUEST as to The Palestine Liberation Organization by Plaintiffs Nechama Charlap, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, Deborah (Goldberg) Hammond, Norman Heching, Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel. (Calisher, Daniel) (Entered: 11/16/2021) |
| 11/15/2021 | 10 | ORDER SETTING SCHEDULING CONFERENCE by Magistrate Judge Scott T. Varholak on 15 November 2021. Proposed Scheduling Order due 1/12/2022. Scheduling Conference set for 1/19/2022 11:30 AM in Courtroom A 402 before Magistrate Judge Scott T. Varholak. (cmadr, ) (Entered: 11/15/2021) |
| 11/12/2021 | 9 | MINUTE ORDER: With the assignment of this matter, the parties are advised that throughout this case they are expected to be familiar and comply with not only the Local Rules of this District, but also Judge Raymond P. Moore's Civil Practice Standards, which may be found at: http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRaymondPMoore.aspx. SO ORDERED by Judge Raymond P. Moore on 11/12/2021. (Text Only Entry) (rmsec ) (Entered: 11/12/2021) |
| 11/12/2021 | 8 | ORDER REFERRING CASE to Magistrate Judge Scott T. Varholak. Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case is referred to the assigned United States Magistrate Judge to (1) convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2, (2) conduct such status conferences and issue such orders necessary for compliance with the scheduling order, including amendments or modifications of the scheduling order upon a showing of good cause, (3) hear and determine pretrial matters, including discovery and other non–dispositive motions, (4) conduct a pretrial conference and enter a pretrial order, and (5) conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. On the recommendation or informal request of the magistrate judge or on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding. By Judge Raymond P. Moore on 11/12/2021. (Text Only Entry) (rmsec ) (Entered: 11/12/2021) |
| 11/12/2021 | 5 | NOTICE of Entry of Appearance by Jordan D. Factor on behalf of All Plaintiffs Attorney Jordan D. Factor added to party Nechama Charlap(pty:pla), Attorney Jordan D. Factor added to party Estate of Rabbi Abraham Samuel (Avraham) Goldberg(pty:pla), Attorney Jordan D. Factor added to party Estate of Rabbi Aryeh Kupinsky(pty:pla), Attorney Jordan D. Factor added to party Estate of Rabbi Kalman (Cary) Levine(pty:pla), Attorney Jordan D. Factor added to party Estate of Rabbi Moshe Twersky(pty:pla), Attorney Jordan D. Factor added to party Estate of Zidan Saif(pty:pla), Attorney Jordan D. Factor added to party Adrian Goldberg(pty:pla), Attorney Jordan D. Factor added to party Briana Hazel Goldberg(pty:pla), Attorney Jordan D. Factor added to party Elisheva Goldberg(pty:pla), Attorney Jordan D. Factor added to party Libby Goldberg(pty:pla), Attorney Jordan D. Factor added to party Malka Goldstein(pty:pla), Attorney Jordan D. Factor added to party Miriam Goldstein(pty:pla), Attorney Jordan D. Factor added to party Mordechai Goldstein(pty:pla), Attorney Jordan D. Factor added to party Moshe Gedaliah Goldstein(pty:pla), Attorney Jordan D. Factor added to party Sarah Rivka Goldstein(pty:pla), Attorney Jordan D. Factor added to party Saul Goldstein(pty:pla), Attorney Jordan D. Factor added to party Deborah (Goldberg) Hammond(pty:pla), Attorney Jordan D. Factor added to party Norman Heching(pty:pla), Attorney Jordan D. Factor added to party Devorah Kupinsky(pty:pla), |

| | | |
|---|---|---|
| | | Attorney Jordan D. Factor added to party Eliyahu Kupinsky(pty:pla), Attorney Jordan D. Factor added to party Yakova Kupinsky(pty:pla), Attorney Jordan D. Factor added to party Yitzchak Kupinsky(pty:pla), Attorney Jordan D. Factor added to party Aharon Levine(pty:pla), Attorney Jordan D. Factor added to party Avraham Levine(pty:pla), Attorney Jordan D. Factor added to party Chana Levine(pty:pla), Attorney Jordan D. Factor added to party Haya Levine(pty:pla), Attorney Jordan D. Factor added to party Michal Levine(pty:pla), Attorney Jordan D. Factor added to party Moshe Levine(pty:pla), Attorney Jordan D. Factor added to party Shelley Levine(pty:pla), Attorney Jordan D. Factor added to party Stefanie Levine(pty:pla), Attorney Jordan D. Factor added to party Yerachmiel Levine(pty:pla), Attorney Jordan D. Factor added to party Yitzchok Meir Levine(pty:pla), Attorney Jordan D. Factor added to party Avraham Nefoussi(pty:pla), Attorney Jordan D. Factor added to party Bassheva Miriam Pelcovics(pty:pla), Attorney Jordan D. Factor added to party Akiva Pollack(pty:pla), Attorney Jordan D. Factor added to party Julia Saif(pty:pla), Attorney Jordan D. Factor added to party Nuhad Saif(pty:pla), Attorney Jordan D. Factor added to party Rinal Saif(pty:pla), Attorney Jordan D. Factor added to party Dana–Lee Salis(pty:pla), Attorney Jordan D. Factor added to party David Samuel Salis(pty:pla), Attorney Jordan D. Factor added to party Rivka (Goldberg) Sireling(pty:pla), Attorney Jordan D. Factor added to party Hadassa (Goldberg) Treuhaft(pty:pla), Attorney Jordan D. Factor added to party Avraham Twersky(pty:pla), Attorney Jordan D. Factor added to party Bashy Miriam Twersky(pty:pla), Attorney Jordan D. Factor added to party Meshulem Twersky(pty:pla), Attorney Jordan D. Factor added to party Refael Twersky(pty:pla), Attorney Jordan D. Factor added to party Rivka Walder(pty:pla), Attorney Jordan D. Factor added to party Joseph Werfel(pty:pla) (Factor, Jordan) (Entered: 11/12/2021) |
| 11/12/2021 | 4 | NOTICE of Entry of Appearance by Asher Perlin on behalf of All Plaintiffs Attorney Asher Perlin added to party A.D.G.(pty:pla), Attorney Asher Perlin added to party A.T.(pty:pla), Attorney Asher Perlin added to party B.G.(pty:pla), Attorney Asher Perlin added to party B.Y.G.(pty:pla), Attorney Asher Perlin added to party C.T.(pty:pla), Attorney Asher Perlin added to party Nechama Charlap(pty:pla), Attorney Asher Perlin added to party E.C.(pty:pla), Attorney Asher Perlin added to party E.G.(pty:pla), Attorney Asher Perlin added to party E.T.(1)(pty:pla), Attorney Asher Perlin added to party E.T.(2)(pty:pla), Attorney Asher Perlin added to party E.Y.S.(pty:pla), Attorney Asher Perlin added to party Estate of Rabbi Abraham Samuel (Avraham) Goldberg(pty:pla), Attorney Asher Perlin added to party Estate of Rabbi Aryeh Kupinsky(pty:pla), Attorney Asher Perlin added to party Estate of Rabbi Kalman (Cary) Levine(pty:pla), Attorney Asher Perlin added to party Estate of Rabbi Moshe Twersky(pty:pla), Attorney Asher Perlin added to party Estate of Zidan Saif(pty:pla), Attorney Asher Perlin added to party Adrian Goldberg(pty:pla), Attorney Asher Perlin added to party Briana Hazel Goldberg(pty:pla), Attorney Asher Perlin added to party Elisheva Goldberg(pty:pla), Attorney Asher Perlin added to party Libby Goldberg(pty:pla), Attorney Asher Perlin added to party Malka Goldstein(pty:pla), Attorney Asher Perlin added to party Miriam Goldstein(pty:pla), Attorney Asher Perlin added to party Mordechai Goldstein(pty:pla), Attorney Asher Perlin added to party Moshe Gedaliah Goldstein(pty:pla), Attorney Asher Perlin added to party Sarah Rivka Goldstein(pty:pla), Attorney Asher Perlin added to party Saul Goldstein(pty:pla), Attorney Asher Perlin added to party H.Y.A.(pty:pla), Attorney Asher Perlin added to party Deborah (Goldberg) Hammond(pty:pla), Attorney Asher Perlin added to party Norman Heching(pty:pla), Attorney Asher Perlin added to party I.C.(pty:pla), Attorney Asher Perlin added to party I.T.(pty:pla), Attorney Asher Perlin added to party I.W.(pty:pla), Attorney Asher Perlin added to party Devorah Kupinsky(pty:pla), Attorney Asher Perlin added to party Eliyahu Kupinsky(pty:pla), Attorney Asher Perlin added to party Yakova Kupinsky(pty:pla), Attorney Asher Perlin added to party Yitzchak Kupinsky(pty:pla), Attorney Asher Perlin added to party L.S.(pty:pla), Attorney Asher Perlin added to party L.Y.P.(pty:pla), Attorney Asher Perlin added to party Aharon Levine(pty:pla), Attorney Asher Perlin added to party Avraham Levine(pty:pla), Attorney Asher Perlin added to party Chana Levine(pty:pla), Attorney Asher Perlin added to party Haya Levine(pty:pla), Attorney Asher Perlin added to party Michal Levine(pty:pla), Attorney Asher Perlin added to party Moshe Levine(pty:pla), Attorney Asher Perlin added to party Shelley Levine(pty:pla), Attorney Asher Perlin added to party Stefanie Levine(pty:pla), Attorney Asher Perlin added to party Yerachmiel Levine(pty:pla), Attorney Asher Perlin added to party Yitzchok Meir Levine(pty:pla), Attorney Asher Perlin added to party M.K.(pty:pla), Attorney Asher Perlin added to party M.T.(pty:pla), Attorney Asher Perlin added to party N.B.P.(pty:pla), Attorney Asher Perlin added to party N.G.(pty:pla), Attorney Asher Perlin added to party Avraham Nefoussi(pty:pla), Attorney Asher Perlin added to party Bassheva Miriam Pelcovics(pty:pla), Attorney Asher Perlin added to party Akiva Pollack(pty:pla), Attorney Asher Perlin added to party R.T.(1)(pty:pla), Attorney Asher Perlin added to party R.T.(2)(pty:pla), Attorney Asher Perlin added to party S.T.(pty:pla), Attorney Asher Perlin added to party Julia Saif(pty:pla), Attorney Asher Perlin added to party Nuhad Saif(pty:pla), Attorney Asher Perlin added to party Rinal Saif(pty:pla), Attorney Asher Perlin added to party Dana–Lee Salis(pty:pla), Attorney |

| | | |
|---|---|---|
| | | Asher Perlin added to party David Samuel Salis(pty:pla), Attorney Asher Perlin added to party Rivka (Goldberg) Sireling(pty:pla), Attorney Asher Perlin added to party Hadassa (Goldberg) Treuhaft(pty:pla), Attorney Asher Perlin added to party Avraham Twersky(pty:pla), Attorney Asher Perlin added to party Bashy Miriam Twersky(pty:pla), Attorney Asher Perlin added to party Meshulem Twersky(pty:pla), Attorney Asher Perlin added to party Refael Twersky(pty:pla), Attorney Asher Perlin added to party Rivka Walder(pty:pla), Attorney Asher Perlin added to party Joseph Werfel(pty:pla), Attorney Asher Perlin added to party Y.A.W.(pty:pla), Attorney Asher Perlin added to party Y.C.P.(pty:pla), Attorney Asher Perlin added to party Y.K.(pty:pla), Attorney Asher Perlin added to party Y.M.P.(pty:pla), Attorney Asher Perlin added to party Y.T.(pty:pla), Attorney Asher Perlin added to party Y.W.(pty:pla), Attorney Asher Perlin added to party Y.Y.L(pty:pla) (Perlin, Asher) (Entered: 11/12/2021) |
| 11/11/2021 | 7 | Magistrate Judge consent form issued pursuant to 28 U.S.C. 636(c). Summons submitted has incomplete caption and not issued. Please file completed summons for issuance using the event Summons Request. (norlin, ) (Entered: 11/12/2021) |
| 11/11/2021 | 6 | Case assigned to Judge Raymond P. Moore and drawn to Magistrate Judge Scott T. Varholak. Text Only Entry (norlin, ) (Entered: 11/12/2021) |
| 11/11/2021 | 3 | SUMMONS REQUEST as to The Palestinian Authority by Plaintiffs A.D.G., A.T., B.G., B.Y.G., C.T., Nechama Charlap, E.C., E.G., E.T.(1), E.T.(2), E.Y.S., Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, H.Y.A., Deborah (Goldberg) Hammond, Norman Heching, I.C., I.T., I.W., Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, L.S., L.Y.P., Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, M.K., M.T., N.B.P., N.G., Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, R.T.(1), R.T.(2), S.T., Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel, Y.A.W., Y.C.P., Y.K., Y.M.P., Y.T., Y.W., Y.Y.L. (Calisher, Daniel) (Entered: 11/11/2021) |
| 11/11/2021 | 2 | SUMMONS REQUEST as to The Palestine Liberation Organization by Plaintiffs A.D.G., A.T., B.G., B.Y.G., C.T., Nechama Charlap, E.C., E.G., E.T.(1), E.T.(2), E.Y.S., Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Aryeh Kupinsky, Estate of Rabbi Kalman (Cary) Levine, Estate of Rabbi Moshe Twersky, Estate of Zidan Saif, Adrian Goldberg, Briana Hazel Goldberg, Elisheva Goldberg, Libby Goldberg, Malka Goldstein, Miriam Goldstein, Mordechai Goldstein, Moshe Gedaliah Goldstein, Sarah Rivka Goldstein, Saul Goldstein, H.Y.A., Deborah (Goldberg) Hammond, Norman Heching, I.C., I.T., I.W., Devorah Kupinsky, Eliyahu Kupinsky, Yakova Kupinsky, Yitzchak Kupinsky, L.S., L.Y.P., Aharon Levine, Avraham Levine, Chana Levine, Haya Levine, Michal Levine, Moshe Levine, Shelley Levine, Stefanie Levine, Yerachmiel Levine, Yitzchok Meir Levine, M.K., M.T., N.B.P., N.G., Avraham Nefoussi, Bassheva Miriam Pelcovics, Akiva Pollack, R.T.(1), R.T.(2), S.T., Julia Saif, Nuhad Saif, Rinal Saif, Dana–Lee Salis, David Samuel Salis, Rivka (Goldberg) Sireling, Hadassa (Goldberg) Treuhaft, Avraham Twersky, Bashy Miriam Twersky, Meshulem Twersky, Refael Twersky, Rivka Walder, Joseph Werfel, Y.A.W., Y.C.P., Y.K., Y.M.P., Y.T., Y.W., Y.Y.L. (Calisher, Daniel) (Entered: 11/11/2021) |
| 11/11/2021 | 1 | COMPLAINT *AND JURY DEMAND* against All Defendants (Filing fee $ 402,Receipt Number ACODC–8172345)Attorney Daniel Kennedy Calisher added to party A.D.G.(pty:pla), Attorney Daniel Kennedy Calisher added to party A.T.(pty:pla), Attorney Daniel Kennedy Calisher added to party B.G.(pty:pla), Attorney Daniel Kennedy Calisher added to party B.Y.G.(pty:pla), Attorney Daniel Kennedy Calisher added to party C.T.(pty:pla), Attorney Daniel Kennedy Calisher added to party Nechama Charlap(pty:pla), Attorney Daniel Kennedy Calisher added to party E.C.(pty:pla), Attorney Daniel Kennedy Calisher added to party E.G.(pty:pla), Attorney Daniel Kennedy Calisher added to party E.T.(1)(pty:pla), Attorney Daniel Kennedy Calisher added to party E.T.(2)(pty:pla), Attorney Daniel Kennedy Calisher added to party E.Y.S.(pty:pla), Attorney Daniel Kennedy Calisher added to party Estate of Rabbi Abraham Samuel (Avraham) Goldberg(pty:pla), Attorney Daniel Kennedy Calisher added to party Estate of Rabbi Aryeh Kupinsky(pty:pla), Attorney Daniel Kennedy Calisher added to party Estate of Rabbi Kalman (Cary) Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Estate of Rabbi Moshe Twersky(pty:pla), Attorney Daniel Kennedy Calisher added to party Estate of Zidan Saif(pty:pla), Attorney Daniel Kennedy Calisher added to party Adrian Goldberg(pty:pla), Attorney Daniel |

Kennedy Calisher added to party Briana Hazel Goldberg(pty:pla), Attorney Daniel Kennedy Calisher added to party Elisheva Goldberg(pty:pla), Attorney Daniel Kennedy Calisher added to party Libby Goldberg(pty:pla), Attorney Daniel Kennedy Calisher added to party Malka Goldstein(pty:pla), Attorney Daniel Kennedy Calisher added to party Miriam Goldstein(pty:pla), Attorney Daniel Kennedy Calisher added to party Mordechai Goldstein(pty:pla), Attorney Daniel Kennedy Calisher added to party Moshe Gedaliah Goldstein(pty:pla), Attorney Daniel Kennedy Calisher added to party Sarah Rivka Goldstein(pty:pla), Attorney Daniel Kennedy Calisher added to party Saul Goldstein(pty:pla), Attorney Daniel Kennedy Calisher added to party H.Y.A.(pty:pla), Attorney Daniel Kennedy Calisher added to party Deborah (Goldberg) Hammond(pty:pla), Attorney Daniel Kennedy Calisher added to party Norman Heching(pty:pla), Attorney Daniel Kennedy Calisher added to party I.C.(pty:pla), Attorney Daniel Kennedy Calisher added to party I.T.(pty:pla), Attorney Daniel Kennedy Calisher added to party I.W.(pty:pla), Attorney Daniel Kennedy Calisher added to party Devorah Kupinsky(pty:pla), Attorney Daniel Kennedy Calisher added to party Eliyahu Kupinsky(pty:pla), Attorney Daniel Kennedy Calisher added to party Yakova Kupinsky(pty:pla), Attorney Daniel Kennedy Calisher added to party Yitzchak Kupinsky(pty:pla), Attorney Daniel Kennedy Calisher added to party L.S.(pty:pla), Attorney Daniel Kennedy Calisher added to party L.Y.P.(pty:pla), Attorney Daniel Kennedy Calisher added to party Aharon Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Avraham Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Chana Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Haya Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Michal Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Moshe Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Shelley Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Stefanie Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Yerachmiel Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party Yitzchok Meir Levine(pty:pla), Attorney Daniel Kennedy Calisher added to party M.K.(pty:pla), Attorney Daniel Kennedy Calisher added to party M.T.(pty:pla), Attorney Daniel Kennedy Calisher added to party N.B.P.(pty:pla), Attorney Daniel Kennedy Calisher added to party N.G.(pty:pla), Attorney Daniel Kennedy Calisher added to party Avraham Nefoussi(pty:pla), Attorney Daniel Kennedy Calisher added to party Bassheva Miriam Pelcovics(pty:pla), Attorney Daniel Kennedy Calisher added to party Akiva Pollack(pty:pla), Attorney Daniel Kennedy Calisher added to party R.T.(1)(pty:pla), Attorney Daniel Kennedy Calisher added to party R.T.(2)(pty:pla), Attorney Daniel Kennedy Calisher added to party S.T.(pty:pla), Attorney Daniel Kennedy Calisher added to party Julia Saif(pty:pla), Attorney Daniel Kennedy Calisher added to party Nuhad Saif(pty:pla), Attorney Daniel Kennedy Calisher added to party Rinal Saif(pty:pla), Attorney Daniel Kennedy Calisher added to party Dana–Lee Salis(pty:pla), Attorney Daniel Kennedy Calisher added to party David Samuel Salis(pty:pla), Attorney Daniel Kennedy Calisher added to party Rivka (Goldberg) Sireling(pty:pla), Attorney Daniel Kennedy Calisher added to party Hadassa (Goldberg) Treuhaft(pty:pla), Attorney Daniel Kennedy Calisher added to party Avraham Twersky(pty:pla), Attorney Daniel Kennedy Calisher added to party Bashy Miriam Twersky(pty:pla), Attorney Daniel Kennedy Calisher added to party Meshulem Twersky(pty:pla), Attorney Daniel Kennedy Calisher added to party Refael Twersky(pty:pla), Attorney Daniel Kennedy Calisher added to party Rivka Walder(pty:pla), Attorney Daniel Kennedy Calisher added to party Joseph Werfel(pty:pla), Attorney Daniel Kennedy Calisher added to party Y.A.W.(pty:pla), Attorney Daniel Kennedy Calisher added to party Y.C.P.(pty:pla), Attorney Daniel Kennedy Calisher added to party Y.K.(pty:pla), Attorney Daniel Kennedy Calisher added to party Y.M.P.(pty:pla), Attorney Daniel Kennedy Calisher added to party Y.T.(pty:pla), Attorney Daniel Kennedy Calisher added to party Y.W.(pty:pla), Attorney Daniel Kennedy Calisher added to party Y.Y.L(pty:pla), filed by N.G., A.D.G., Avraham Nefoussi, I.C., Briana Hazel Goldberg, Y.Y.L, Saul Goldstein, Avraham Levine, Estate of Rabbi Abraham Samuel (Avraham) Goldberg, Yerachmiel Levine, Bashy Miriam Twersky, A.T., Miriam Goldstein, Libby Goldberg, R.T.(2), Y.W., Joseph Werfel, Bassheva Miriam Pelcovics, E.G., Malka Goldstein, L.Y.P., Elisheva Goldberg, E.T.(1), Adrian Goldberg, Avraham Twersky, Mordechai Goldstein, M.T., Yitzchak Kupinsky, E.C., Y.M.P., Rivka Walder, M.K., Yitzchok Meir Levine, S.T., I.W., I.T., Meshulem Twersky, Rinal Saif, Deborah (Goldberg) Hammond, Hadassa (Goldberg) Treuhaft, Norman Heching, Nechama Charlap, Refael Twersky, Estate of Zidan Saif, Julia Saif, L.S., Moshe Levine, Stefanie Levine, Shelley Levine, B.Y.G., Akiva Pollack, Sarah Rivka Goldstein, Devorah Kupinsky, Rivka (Goldberg) Sireling, Y.C.P., Y.A.W., Nuhad Saif, Y.T., E.Y.S., Estate of Rabbi Moshe Twersky, Y.K., David Samuel Salis, R.T.(1), N.B.P., Dana–Lee Salis, Chana Levine, Moshe Gedaliah Goldstein, Haya Levine, H.Y.A., E.T.(2), C.T., Estate of Rabbi Aryeh Kupinsky, Michal Levine, Estate of Rabbi Kalman (Cary) Levine, B.G., Yakova Kupinsky, Eliyahu Kupinsky, Aharon Levine. (Attachments: # 1 Civil Cover Sheet)(Calisher, Daniel) (Entered: 11/11/2021)