AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| Shelley Levine, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| The Palestine Liberation Organization, et al. | ) |
| *Defendant* | ) |

Case No.   1:21-cv-03043-GPG-STV

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                          .

Date:      10/18/2023

/s/Alexander N. Ely
*Attorney's signature*

Alexander N. Ely, DC Bar No. 23008
*Printed name and bar number*

United States Department of Justice, Civil Division,
Federal Programs Branch
1100 L Street NW
Washington, DC 20005
*Address*

alexander.n.ely@usdoj.gov
*E-mail address*

(202) 616-8244
*Telephone number*

(202) 616-8470
*FAX number*