**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **SHELLEY LEVINE**, *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>**THE PALESTINE LIBERATION ORGANIZATION** and **THE PALESTINIAN AUTHORITY**,<br><br>　　　　　　　　　Defendants. | Case No. 1:21-cv-03043-RM-STV |

**INTERVENOR UNITED STATES OF AMERICA'S UNOPPOSED MOTION TO WITHDRAW ZACHARY A. AVALLONE AS COUNSEL**

Pursuant to Local Attorney Rule 5(b), Intervenor United States of America respectfully moves to withdraw Zachary A. Avallone of the United States Department of Justice, Civil Division, Federal Programs Branch, as counsel for Intervenor this case. Mr. Avallone is leaving the Civil Division effective October 21, 2023. Intervenor will remain represented in this case by other attorneys from the Department of Justice, including Alexander Ely, who has previously appeared in this case.

Counsel for Plaintiffs and Defendants have stated neither opposes this motion. This withdrawal will not delay any proceedings.

Dated: October 19, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BRIAN M. BOYNTON
　　　　　　　　　　　　　　　　　　　　Principal Deputy Assistant Attorney General

1

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Director

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
ALEXANDER ELY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 514-2705
Fax: (202) 616-8470
Email: zachary.a.avallone@usdoj.gov

*Counsel for Intervenor*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ Zachary A. Avallone
ZACHARY A. AVALLONE