# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**SHELLEY LEVINE**, et al.,

Plaintiffs,

v.

**THE PALESTINE LIBERATION ORGANIZATION** and **THE PALESTINIAN AUTHORITY**,

Defendants.

Case No. 1:21-cv-03043-RM-STV

## NOTICE OF APPEAL

Notice is hereby given that Intervenor United States of America appeals to the United States Court of Appeals for the Tenth Circuit from the Opinion and Order Granting Defendants' Motion to Dismiss, dated August 23, 2023 (ECF No. 111) and the Final Judgment entered dismissing the action (ECF No. 112), as well as from any and all other orders entered in this action that merged into the aforementioned Order and Final Judgment.

Dated: October 20, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

DIANE KELLEHER
Assistant Branch Director

*/s/ Alexander N. Ely*
ALEXANDER N. ELY (DC Bar No. 230008)
Trial Attorney
United States Department of Justice

Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 993-5177; Fax: (202) 616-8470
alexander.n.ely@usdoj.gov

*Counsel for Intervenor*
*United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

/s/ *Alexander N. Ely*

ALEXANDER N. ELY

*Counsel for Intervenor United States of America*