UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, et al.,

                        Plaintiffs,

       v.

The PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY,

                        Defendants.

## MOTION TO WITHDRAW BRENT R. OWEN AS COUNSEL OF RECORD

Defendants The Palestine Liberation Organization and The Palestinian Authority ("Defendants"), by and through their attorneys of record, hereby request that the Court allow Brent R. Owen of Squire Patton Boggs (US) LLP, to withdraw from further representation of Defendants under D.C.Colo.LAttyR 5(b), and, as grounds therefore, states as follows:

1. On November 30, 2021, Brent R. Owen entered his appearance in this case.

2. Brent R. Owen is departing from the law firm of Squire Patton Boggs (US) LLP effective November 9, 2023.

3. Defendants will continue to be represented by Gassan A. Baloul, Mitchell R. Berger, Joseph S. Alonzo and Amy Brown Doolittle of the law firm Squire Patton Boggs (US) LLP, and, as such, will continue to have representation in this matter.

Accordingly, Undersigned Counsel moves to withdraw from any further representation of Defendants.

3

Respectfully submitted this 8th day of November, 2023.

**SQUIRE PATTON BOGGS (US) LLP**

*/s/ Brent R. Owen*
Brent R. Owen (#45068)
717 17th Street, Suite 1825
Denver, CO 80202
Telephone: (303) 830-1776
Facsimile: (303) 894-9239
brent.owen@squirepb.com

Gassan A. Baloul (DC Bar 1034245)
gassan.baloul@squirepb.com
Mitchell R. Berger (DC Bar 385467)
mitchell.berger@squirepb.com
Amy Brown Doolittle
amy.doolittle@squirepb.com
2550 M Street, N.W.
Washington, D.C. 20037
Telephone: (202) 457-6000
Facsimile: (202) 457-6315

*Attorney for Defendants*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2023, I caused true and correct copies of the foregoing **MOTION TO WITHDRAW BRENT R. OWEN AS COUNSEL OF RECORD** to be served on all counsel of record via electronic filing on the Court's CM/ECF system.

*/s/ Brent R. Owen*
Brent R. Owen
