UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, et al.,

                       Plaintiffs,

   v.

The PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY,

                       Defendants.

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW BRENT R. OWEN AS COUNSEL OF RECORD

This matter comes before the Court on Motion To Withdraw Brent R. Owen As Counsel Of Record. For good cause shown, the Motion is **GRANTED**.

IT IS FURTHER ORDERED that the Motion to Withdraw of Counsel of Record is GRANTED and Brent R. Owen, is granted leave to withdraw as counsel of record for Defendants The Palestine Liberation Organization and The Palestinian Authority ("Defendants") in this case, and he is fully discharged from representation of Defendants herein as of the date of this Order. The Clerk of the Court shall remove Brent R. Owen from electronic service in this matter.

DATED this __ day of _____, 2023.

                                                      _____
                                                      Raymond P. Moore
                                                      United States District Judge