FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

July 8, 2025

Christopher M. Wolpert
Clerk of Court

| | |
|---|---|
| CHAYA WERFEL; BASYA YEHUDIS GOLDSTEIN; SHELLEY LEVINE; STEFANIE LEVINE; HAYA LEVINE, as parent and natural guardian of minor Y.Y.L., next friend Y.Y.L., Estate of Rabbi Kalman (Cary) Levine; ESTATE OF RABBI KALMAN (CARY) LEVINE; AHARON LEVINE; CHANA LEVINE; MICHAL LEVINE, as parent and natural guardian of minor H.Y.A., next friend H.Y.A.; BASSHEVA MIRIAM PELCOVICS, as parent and natural guardian of minors L.Y.P., Y.M.P., N.B.P., and Y.C.P, next friend, L.Y.P., born Y.M.P., next friend N.B.P., next friend Y.C.P.; YITZCHOK MEIR LEVINE; YERACHMIEL LEVINE; MOSHE LEVINE; AVRAHAM LEVINE; DR. NORMAN HECHING; JOSEPH WERFEL; AVRAHAM NEFOUSSI; DAVID SAMUEL SALIS, individually and as parent and natural guardian of minor E.Y.S., next friend E.Y.S.; DANA-LEE SALIS, individually and as parent and natural guardian of minor E.Y.S., next friend E.Y.S.; AKIVA POLLACK; RABBI SAUL GOLDSTEIN, individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G., next friend B.Y.G., next friend E.G., next friend A.D.G., next friend N.G.; MIRIAM GOLDSTEIN, individually and as parent and natural guardian of minors B.Y.G., E.G., A.D.G., N.G. and B.G., next friend B.Y.G., next friend E.G., next friend A.D.G., next friend N.G.; SARAH RIVKA GOLDSTEIN; MORDECHAI GOLDSTEIN; MALKA GOLDSTEIN; | Nos. 23-1286 & 23-1335<br>(D.C. No. 1:21-CV-03043-GPG-STV)<br>(D. Colo.) |

MOSHE GEDALIAH GOLDSTEIN; YAKOVA KUPINSKY, individually, as parent and natural guardian of minors M.K., and Y.K., personal representative of the estate of Rabbi Aryeh Kupinsky, next friend M.K. Estate of Rabbi Aryeh Kupinsky; ESTATE OF RABBI ARYEH KUPINSKY; YITZCHAK KUPINSKY; DEVORAH KUPINSKY; ELIYAHU KUPINSKY; BASHY MIRIAM TWERSKY, personal representative of the Estate of Rabbi Moshe Twersky, Estate of Rabbi Moshe Twersky; MESHULEM TWERSKY, individually, as parent and natural guardian of minors R.T.(1), C.T., E.T.(1), Y.T., M.T., E.T.(2), and S.T, Estate of Rabbi Moshe Twersky, next friend R.T.(1), next friend E.T.(1), next friend Y.T., next friend M.T., next friend E.T.(2), next friend S.T.; ESTATE OF RABBI MOSHE TWERSKY, by its personal representatives Bashy Miriam Twersky and Meshulem Twersky; REFAEL TWERSKY, individually and as parent and natural guardian of minors A.T., I.T., and R.T.(2), next friend A.T., next friend I.T., next friend R.T.(2); RIVKA WALDER, individually and as parent and natural guardian of minors Y.A.W., I.W. and Y.W., next friend Y.A.W., next friend I.W., next friend Y.W.; NECHAMA CHARLAP, individually and as parent and natural guardian of minors I.C. and E.C., next friend I.C., next friend E.C.; AVRAHAM TWERSKY; RINAL SAIF, individually, as parent and natural guardian of minor, L.S., personal representative of the Estate of Zidan Saif, next friend L.S., Estate of Zidan Saif; ESTATE OF ZIDAN SAIF, personal representative, Rinal Saif; NUHAD SAIF; JULIA SAIF; BRIANA HAZEL GOLDBERG, individually and as personal representative of the Estate of

2

Rabbi Abraham Samuel (Avraham) Goldberg, Estate of Rabbi Abraham Samuel (Avraham) Goldberg; ESTATE OF RABBI ABRAHAM SAMUEL (AVRAHAM) GOLDBERG; DEBORAH (GOLDBERG) HAMMOND; LIBBY GOLDBERG; RIVKA (GOLDBERG) SIRELING; HADASSA (GOLDBERG) TREUHAFT; ADRIAN GOLDBERG; ELISHEVA GOLDBERG,

    Plaintiffs - Appellants,

v.

THE PALESTINE LIBERATION ORGANIZATION; THE PALESTINIAN AUTHORITY, a/k/a The Palestinian Interim Self-Government Authority, a/k/a The Palestinian National Authority; RIYAD MANSOUR, as the representative of The Palestine Liberation Organization and The Palestinian Authority,

    Defendants - Appellees.

------------------------------

UNITED STATES OF AMERICA,

    Intervenor - Appellant.

_____

**ORDER AND JUDGMENT**[*]
_____

Before **BACHARACH**, **BALDOCK**, and **CARSON**, Circuit Judges.
_____

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

In the case below, the district court concluded that the consent provision for personal jurisdiction in the Promoting Security and Justice of Victims of Terrorism Act of 2019 violated due process. Plaintiffs and the United States—which intervened to defend the constitutionality of the statute—separately appealed. After hearing argument, we abated the appeals pending a decision by the Supreme Court in *Fuld v. Palestine Liberation Organization*, No. 24-20, and *United States v. Palestine Liberation Organization*, No. 24-151 (the "*Fuld* Actions").

The parties have filed joint status reports (1) advising that the Supreme Court issued its decision in the *Fuld* Actions, and (2) offering their respective positions as to how these appeals should proceed.

Upon consideration, the abatement of these appeals is lifted, the district court's dismissal order and judgment are vacated, and these matters are remanded to the United States District Court for the District of Colorado to consider in the first instance the impact of *Fuld v. Palestine Liberation Organization*, 606 U.S. __ (2025) on the claims raised in this litigation. "Defendants' motion for leave to file a supplemental brief and Plaintiffs' motion for summary disposition are denied as moot.

                                         Entered for the Court

                                         Per Curiam

UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

July 08, 2025

Asher Perlin
Asher Perlin
4600 Sheridan Street, Suite 303
Hollywood, FL 33021

Daniel Calisher
Michael A. Rollin
Chip G. Schoneberger
Foster Graham Milstein & Calisher
360 South Garfield Street, Suite 600
Denver, CO 80209

Sharon Swingle
Courtney Dixon U.S. Department of Justice
Appellate Section, Civil Division
950 Pennsylvania Avenue NW
Washington, DC 20530

RE:   23-1286, 23-1335, Werfel, et al v. The Palestine Liberation Organization, et al
Dist/Ag docket: 1:21-CV-03043-GPG-STV

Dear Counsel:

Enclosed is a copy of the order and judgment issued today in this matter. The court has entered judgment on the docket pursuant to Fed. R. App. P. Rule 36.

Pursuant to Fed. R. App. P. Rule 40(d)(1), any petition for rehearing must be filed within 14 days after entry of judgment. Please note, however, that if the appeal is a civil case in which the United States or its officer or agency is a party, any petition for rehearing must be filed within 45 days after entry of judgment. Parties should consult both the Federal Rules and local rules of this court with regard to applicable standards and requirements. In particular, petitions for rehearing may not exceed 3900 words or 15 pages in length, and no answer is permitted unless the court enters an order requiring a response. *See* Fed. R. App. P. Rule 40 and 10th Cir. R. 40 for further information governing petitions for rehearing.

Please contact this office if you have questions.

          Sincerely,

          Christopher M. Wolpert
          Clerk of Court

cc:    Joseph S. Alonzo
      Zach A. Avallone
      Gassan A. Baloul
      Mitchell R. Berger
      Amy Brown Doolittle

CMW/jm