# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:21-cv-03043-GPG-STV

SHELLEY LEVINE, et al.,

                            Plaintiffs,

           v.

THE PALESTINE LIBERATION
ORGANIZATION and
THE PALESTINIAN AUTHORITY,

                            Defendants.

---

# ORDER GRANTING
# STIPULATION AND JOINT MOTION FOR CASE MANAGEMENT ORDER

---

THE COURT, having considered the Stipulation and Joint Motion for Case Management Order, finds the Motion well taken.

**IT IS HEREBY ORDERED THAT:**

1. The Parties' Stipulation and Joint Motion for Case Management Order is hereby GRANTED.

2. The Parties' stipulations in Paragraphs 7(a)-(e) of the Stipulation and Joint Motion for Case Management Order are so ordered.

3. The Parties shall file their supplemental briefs addressing Plaintiffs' Anti-Terrorism Act claims (Am. Compl. (DE 50), Causes of Action ##1-4) as follows:

   a. Defendants shall file their opening supplemental brief of no more than 25 pages, no later than October 17, 2025;

   b. Plaintiffs shall file their response supplemental brief of no more than 25 pages, no later than November 26, 2025; and

    c.   Defendants shall file their reply supplemental brief of no more than 12 pages, no later than December 19, 2025.

DATED:  September <u>11th</u>, 2025.

BY THE COURT:

_____

Gordon P. Gallagher
United States District Judge