IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 21-cv-03043-GPG-STV | Date: October 28, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| CHAYA WERFEL; *et al,* | Daniel Kennedy Calisher |
| Plaintiffs, | |
| v. | |
| THE PALESTINE LIBERATION ORGANIZATION and THE PALESTINIAN AUTHORITY, | Mitchell R. Berger |
| Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**MOTION HEARING**
**Court in session:**   **9:46 a.m.**
Court calls case. Appearances of counsel.

This matter is before the Court regarding Plaintiff's Motion to Lift Stay [ECF Doc. 143, filed on 9/29/2025].

For the reasons stated on the record, it is:

**ORDERED:**   Plaintiff's Motion to Lift Stay [ECF Doc. 143] is **GRANTED**.

A Scheduling Conference is set for **December 10, 2025 at 2:30 p.m.** in Courtroom A402 before Magistrate Judge Scott T. Varholak. Telephonic appearances will be permitted. All parties that wish to participate in the Hearing by telephone may do so by calling 571-353-2301 at the scheduled time and utilizing Meeting ID: 252821415#. The participants may hear the conclusion of a prior hearing at the time they call in and are instructed to simply wait until their case is called. The parties shall file a joint proposed scheduling order on or before **December 3, 2025**.

HEARING CONCLUDED.

**Court in recess:**   10:27 a.m.
Total time in court:   00:41

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.