IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 21-cv-03043-GPG-STV          Date: December 10, 2025
Courtroom Deputy: Meghan Smotts             FTR – Reporter Deck-Courtroom A402

*Parties:*                                  *Counsel:*

SHELLEY LEVINE; et al                       Daniel Kennedy Calisher
                                            Michael Rollin *by phone*

   Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION       Mitchell R. Berger *by phone*
and THE PALESTINIAN AUTHORITY               Alex Hyman *by phone*
                                            Amy Doolittle *by phone*
                                            Joseph Alonzo *by phone*

   Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 2:32 p.m.**
Court calls case.  Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT
THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **ten (10)** depositions, absent leave of court.
Each side shall be limited to **thirty-five (35)** interrogatories, **thirty-five (35)** requests for
production, and **thirty-five (35)** requests for admission.
Fact Discovery Cut-off: **12/31/2026**, Expert Discovery: **06/30/2027**
Dispositive Motions Deadline: **8/31/2027**
Parties shall designate affirmative experts **on or before 3/15/2027**
Parties shall designate rebuttal experts **on or before 5/17/2027**

**FINAL PRETRIAL CONFERENCE**: If no summary judgment motions are filed, the parties
shall contact Judge Gallagher's chambers jointly via email within ten days after the dispositive
motions deadline to set a Final Pretrial Conference. If dispositive motions are filed, parties shall
contact Judge Gallagher's chambers jointly via email within thirty days after the Court has issued
a ruling (assuming the case survives a motion for summary judgment) to set a Final Pretrial
Conference.

The Court advises counsel to review Judge Gallagher's Practice Standards as well as the Uniform Civil Practice Standards for Magistrate Judges, especially for the manner in which it addresses discovery disputes.

The Scheduling Order is signed and entered on December 10, 2025.

Hearing concluded.

**Court in recess:   2:40  p.m.**
Total time in court:     00:08

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.