**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-03043-RM-STV

SHELLEY LEVINE, *et al.*,

                Plaintiffs,

v.

THE PALESTINE LIBERATION ORGANIZATION
and THE PALESTINIAN AUTHORITY (a/k/a "The
Palestinian Interim Self-Government Authority" and/or
"The Palestinian National Authority"),

                Defendants.

---

**REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE THAT *SOKOLOW*
HAS BEEN AFFIRMED**

---

Defendants claim *Sokolow* is distinguishable because it dealt with their <u>employees</u>. (ECF 186 at 1). Defendants have got the law 180 degrees backward. In *Alfaro-Huitron v. Cervantes Agribusiness*, 982 F.3d 1242 (10th Cir. 2020), the Court of Appeals held that where, as here, the agent is **<u>not</u>** an employee, showing respondeat superior liability is far **<u>easier</u>**. "Th[e] minimal level of control required to establish an agency relationship stands in contrast to the much more significant and intrusive right of control that makes an agent an employee … although one requirement of an agency relationship is the principal's control or right of control over the agent, such control need not be control over the manner and means of the agent's performance of work; that higher level of control is necessary only to establish an employee relationship." (*Id*. at 1254). In other words, less control is required over non-employees to establish an agency relationship.

Thus, *Sokolow*'s holding that the ATA permits imposition of respondeat superior liability even for the acts of **employees** applies *a fortiori* to Plaintiffs' claim that Defendants can be held liable under the ATA because the PFLP acted as Defendants' **non-employee agent**.

DATED this 10th day of April, 2026.

Respectfully submitted,

s/ Daniel K. Calisher
Daniel K. Calisher
Foster Graham Milstein & Calisher, LLP
360 South Garfield Street, 6th Floor
Denver, Colorado 80209
Telephone: 303-333-9810
Email: calisher@fostergraham.com
*Attorneys for Plaintiffs*

s/ Asher Perlin
Asher Perlin, Esq.
4300 Biscayne Blvd, Suite 203
Miami, Florida 33137
Telephone: 786-233-7164
Email: asher@asherperlin.com
*Attorneys for Plaintiffs*